**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PETER P. STRZOK, </br></br> Plaintiff, </br> v. </br></br> ATTORNEY GENERAL </br> WILLIAM F. BARR, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:19-cv-2367 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S MOTION TO DEVIATE FROM LOCAL CIVIL RULE 5.1(c)

Local Civil Rule 5.1(c)(1) requires that the "first filing by or on behalf of a party shall have in the caption the name and full address of the party." Plaintiff hereby seeks leave to omit his home address from the caption of the first filing—his Complaint filed earlier today—and deviate from this requirement.

As detailed in the Complaint, plaintiff has been the subject of intense media interest for approximately two years; this is in part because the President of the United States has engaged in ongoing, vitriolic commentary about plaintiff, primarily via Twitter. Since mid-2017, plaintiff and his family have and continue to receive death threats and other threats against their safety. Finally, one of the harms for which Mr. Strzok seeks redress is the government's unauthorized release of information about him to the media. Including his home address in publicly available court papers would serve only to exacerbate the harm and danger that Mr. Strzok and his family have already endured. Defendants possess his home address, and no prejudice will result from

omitting this information from the Complaint. Plaintiff therefore respectfully requests that this Court grant leave to omit his home address from his first filing.

Date: <u>August 6, 2019</u>  Respectfully submitted,

/s/ Aitan D. Goelman
Aitan D. Goelman (DC Bar 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
AGoelman@zuckerman.com

/s/ Richard A. Salzman
Richard A. Salzman (DC Bar 422497)
Julia T. Quinn (DC Bar 1031695)
HELLER, HURON, CHERTKOF & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel: (202) 293-8090
salzman@hellerhuron.com
quinn@hellerhuron.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2019, a copy of the foregoing was served by first class mail upon the defendants at 950 Pennsylvania Avenue NW, Washington, DC 20530, and upon the Office of the United States Attorney for the District of Columbia, 555 4th Street, NW, 5th Floor, Washington, DC 20530.

/s/ Aitan D. Goelman

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PETER P. STRZOK, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 1:19-cv-2367 |
| | ) ) | |
| ATTORNEY GENERAL WILLIAM F. BARR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER GRANTING MOTION TO DEVIATE**

For the reasons set forth in Plaintiff's Motion to Deviate from Local Civil Rule 5.1(c), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Plaintiff may proceed in this matter without including his full address in the caption of his first filing; and it is further

**ORDERED** that the Clerk shall accept for filing and docket Plaintiff's Complaint.

This Order is effective *nunc pro tunc* to the date of said filing.


Date: _____                                              _____
                                                              U.S. District Court Judge