**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK,             )<br>                                             )<br>                                             )<br>            Plaintiff,         )<br>    v.                                  )<br>                                             )<br>                                             )<br>ATTORNEY GENERAL    )<br>WILLIAM F. BARR, *et al.*, )<br>                                             )<br>            Defendants.       )<br>                                             ) | Civil Action No. 1:19-cv-2367 |

**PROPOSED ORDER GRANTING MOTION TO DEVIATE**

For the reasons set forth in Plaintiff's Motion to Deviate from Local Civil Rule 5.1(c), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Plaintiff may proceed in this matter without including his full address in the caption of his first filing; and it is further

**ORDERED** that the Clerk shall accept for filing and docket Plaintiff's Complaint.

This Order is effective *nunc pro tunc* to the date of said filing.


Date: _____                                                          _____
                                                                                                 U.S. District Court Judge