AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Peter Strzok | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-2367 (ABJ) |
| William Barr, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Peter Strzok

Date:   08/09/2019

*Attorney's signature*

Julia T. Quinn (DC Bar 1031695)
*Printed name and bar number*

Heller, Huron, Chertkof & Salzman PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036

*Address*

quinn@hellerhuron.com
*E-mail address*

(202) 293-8090
*Telephone number*

(202) 293-7110
*FAX number*