*[Handwritten annotations: "only Motion to Intervene (not the Atts) Leave to file GRANTED / Amy B.J. 8/15/19 / Amy B. Jackson Date / United States District Judge" and "Leave to file Att Z — copies of pleadings filed in other cases — DENIED"]*

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Peter Strzok
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Civil Action No. 1:19-cv-2367

Judge Amy Berman Jackson

*[Stamp: RECEIVED Mail Room AUG 12 2019 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia]*

Motion to Intervene and Join

Cross filed in: <u>MCCABE v. BARR (1:19-cv-02399) District Court, District of Columbia</u> and STRZOK v. BARR (1:19-cv-02367) District Court, District of Columbia

Attachments are three pleadings filed and docketed in: Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (1:19-gj-00048) District Court, District of Columbia

Attachment Z (In upper right-hand corner): Motion to Intervene and Join 22 pages, Motion to Reconsider 8 pages and Notice of Appeal 11 pages. All pleadings have been filed and docketed with the DC Circuit Court of Appeals in four of my appeals: Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit, Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.

**Statement of Fact: Criminals are Stupid. McCabe and Strzok have confirmed that fact by filing complaints.**

David Andrew Christenson has cause, standing and Constitutional Authority to Intervene and Join.

David Andrew Christenson is a victim as are all Americans. Someone has to represent the American People.

The U.S. House of Representatives, both Democrats and Republicans, do not represent, nor do they have the best interests of the American People, in this matter.

The overriding precedent is that the American People have a Constitutional Right to this incriminating information.

The Constitution, First Amendment, last sentence of the First Amendment ("and to petition the government for a redress of grievances."), Federal Law, Federal Case Law, Precedent, etc. grant me to the right to file this pleading and to **have it entered into the public court record**.

Special Counsel Robert Mueller is poisonous fruit and anything he prosecutes is defective. Robert Mueller has continually abused his authority throughout his career as a US Prosecutor, FBI Director and

now as Special Counsel. I have provided the court with factual, documented and verifiable proof of Robert Mueller's criminal conduct. See Attachments:

Notice 43 – Guilt from his participation in the Genocide of Mankind is killing Special Counsel/FBI Director Robert Mueller. A form of suicide which is now a life choice. Filed in Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit.

Twelfth Supplemental Petition for Rehearing En Banc - Notice 43 – Guilt from his participation in the Genocide of Mankind is killing Special Counsel/FBI Director Robert Mueller. A form of suicide which is now a life choice. Filed in Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.

Reference the extensive docket created by David Andrew Christenson with the DC Circuit Court of Appeals in the following four Appeals:

Electronic Privacy Information v. DOJ (19-5121) Court of Appeals for the D.C. Circuit

Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit

United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit

Judicial Watch, Inc. v. DOJ (19-5091) Court of Appeals for the D.C. Circuit

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings**.
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**
Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.
Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public**.
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial**.
Pansy v. Stroudsburg: **Third parties have a right to intervene**.
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on August 8th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson