# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:19–cv–02367–ABJ</u>

| | |
|---|---|
| STRZOK v. BARR et al | Date Filed: 08/06/2019 |
| Assigned to: Judge Amy Berman Jackson | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**PETER STRZOK**                    represented by    **Aitan Dror Goelman**
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
(202) 778–1996
Fax: (202) 822–8106
Email: <u>agoelman@zuckerman.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Theresa Quinn**
HELLER, HURON, CHERTKOF &
SALZMAN, PLLC
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293–8090
Fax: (202) 293–7110
Email: <u>jtq@hellerhuron.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Salzman**
HELLER, HURON, CHERTKOF &
SALZMAN, PLLC
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293–8090
Fax: (202) 293–7110
Email: <u>salzman@hellerhuron.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WILLIAM F. BARR**
*in his official capacity as Attorney General*

**Defendant**

**UNITED STATES DEPARTMENT OF JUSTICE**

**Defendant**

**CHRISTOPHER A. WRAY**
*in his official capacity as FBI Director*

**Defendant**

**FEDERAL BUREAU OF INVESTIGATION**

**Movant**

**DAVID ANDREW CHRISTENSON**              represented by   **DAVID ANDREW CHRISTENSON**
P.O. Box 9063
Miramar Beach, FL 32550
(504) 715–3086
PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/06/2019 | 1 | | COMPLAINT against WILLIAM F. BARR, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, CHRISTOPHER A. WRAY with Jury Demand ( Filing fee $ 400 receipt number 0090–6303726) filed by PETER STRZOK. (Attachments: # 1 Civil Cover Sheet, # 2 Summons to Attorney General William F. Barr, # 3 Summons to United States Department of Justice, # 4 Summons to FBI Director Christopher A. Wray, # 5 Summons to Federal Bureau of Investigation)(Goelman, Aitan) (Entered: 08/06/2019) |
| 08/06/2019 | 2 | | MOTION to Deviate From Local Civil Rule 5.1(c) by PETER STRZOK (Attachments: # 1 Proposed Order)(Goelman, Aitan) (Entered: 08/06/2019) |
| 08/07/2019 | | | Case Assigned to Judge Amy Berman Jackson. (zjd) (Entered: 08/07/2019) |
| 08/07/2019 | 3 | | SUMMONS (4) Issued Electronically as to WILLIAM F. BARR, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, CHRISTOPHER A. WRAY. (Attachment: # 1 Notice and Consent)(zjd) (Entered: 08/07/2019) |
| 08/08/2019 | | | AMENDED PURSUANT TO MINUTE ORDER FILED 08/09/19.....MINUTE ORDER granting 2 Motion to Deviate from Local Civil Rule 5.1(c). Plaintiff may omit his home address from the complaint, but he must provide this information to the Clerk's Office. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/8/2019. lcabj2) Modified on 8/9/2019 (jth). (Entered: 08/08/2019) |

| 08/09/2019 | | | MINUTE ORDER. The Minute Order of August 8, 2019 is amended as follows: plaintiff should not provide his home address to the Clerk's office. Instead, plaintiff must file a notice under seal containing plaintiff's home address by August 12, 2019. Such information shall remain under seal and withheld from disclosure until otherwise directed by this Court. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/9/2019. (lcabj2) (Entered: 08/09/2019) |
|---|---|---|---|
| 08/09/2019 | 4 | | NOTICE of Appearance by Julia Theresa Quinn on behalf of PETER STRZOK (Quinn, Julia) (Entered: 08/09/2019) |
| 08/09/2019 | 5 | | SEALED DOCUMENT filed by PETER STRZOK re Order,, Set Deadlines, (This document is SEALED and only available to authorized persons.)(Quinn, Julia) (Entered: 08/09/2019) |
| 08/12/2019 | 6 | | NOTICE of Appearance by Richard A. Salzman on behalf of PETER STRZOK (Salzman, Richard) (Entered: 08/12/2019) |
| 08/13/2019 | 7 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 08/08/2019. (Goelman, Aitan) (Entered: 08/13/2019) |
| 08/13/2019 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF JUSTICE served on 8/8/2019 (Goelman, Aitan) (Entered: 08/13/2019) |
| 08/13/2019 | 9 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CHRISTOPHER A. WRAY served on 8/8/2019 (Goelman, Aitan) (Entered: 08/13/2019) |
| 08/13/2019 | 10 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FEDERAL BUREAU OF INVESTIGATION served on 8/8/2019 (Goelman, Aitan) (Entered: 08/13/2019) |
| 08/15/2019 | 11 | | MOTION to Intervene by DAVID ANDREW CHRISTENSON, "Leave to file GRANTED. Only 3 pages Motion to Intervene (not the attachments) " "Leave to file Attachment Z, Copies of pleadings file in other cases DENIED" Signed by Judge Amy Berman Jackson on 08/15/2019 (jf) (Entered: 08/19/2019) |
| 08/15/2019 | 12 | | LEAVE TO FILE DENIED– Attachment Z to the Motion to Intervene filed by DAVID ANDREW CHRISTENSON. This document is unavailable as the Court denied its filing.. "Leave to file Attachment Z, Copies of pleadings file in other cases DENIED" Signed by Judge Amy Berman Jackson on 08/15/2019. (jf) (Entered: 08/19/2019) |
| 08/20/2019 | 13 | | STRICKEN PURSUANT TO MINUTE ORDER FILED 08/23/19.....MOTION for Reconsideration by DAVID ANDREW CHRISTENSON (jf) Modified on 8/23/2019 (jth). (Entered: 08/22/2019) |
| 08/23/2019 | | | MINUTE ORDER striking 13 Motion for Reconsideration. The movant has filed a motion to intervene in this case which is still pending. Unless and until it has been ruled upon in the movant's favor, he may not file pleadings on the docket absent leave of this court to do so. Moreover, a motion for reconsideration is inappropriate at this time since the court has not issued any rulings in this matter that could be reconsidered. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/23/2019. (lcabj2) (Entered: 08/23/2019) |

| 08/23/2019 | 14 | | REQUEST FOR SUMMONS TO ISSUE *U.S. Attorney for the District of Columbia* filed by PETER STRZOK.(Goelman, Aitan) (Entered: 08/23/2019) |
|---|---|---|---|
| 08/26/2019 | 17 | | LEAVE TO FILE DENIED– Friend Of The Court Brief submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file in this case denied unless and until motion to intervene is granted" Signed by Judge Amy Berman Jackson on 08/26/2019. (jf) (Entered: 09/04/2019) |
| 08/27/2019 | 15 | | SUMMONS (1) Issued Electronically as to U.S. Attorney (zjf) (Entered: 08/27/2019) |
| 09/03/2019 | 16 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 8/28/2019. Answer due for ALL FEDERAL DEFENDANTS by 10/27/2019. (Goelman, Aitan) (Entered: 09/03/2019) |
| 09/09/2019 | 18 | | LEAVE TO FILE DENIED– Notices submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file DENIED, Motion to Intervene Still Pending" Signed by Judge Amy Berman Jackson on 09/09/2019. (Attachments: # 1 Additional Filing) (zjf) (Entered: 09/12/2019) |
| 09/12/2019 | 19 | 12 | LEAVE TO FILE DENIED– Amicus/Notice66 submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file DENIED. Movants Motion to Intervene has not yet been granted" Signed by Amy B. Jackson, USDJ on 09/12/2019. (jf) (Entered: 09/16/2019) |
| 09/17/2019 | 20 | 22 | LEAVE TO FILE DENIED– Amicus/Notice submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file DENIED" Signed by Amy B. Jackson, USDJ on 09/17/2019. (jf) (Entered: 09/20/2019) |
| 09/19/2019 | 21 | 5 | NOTICE OF APPEAL as to 20 Leave to File Denied, 19 Leave to File Denied, by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. (jf) (Entered: 09/23/2019) |

# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civil Action No. 1:19-cv-2367-ABJ

Peter Strzok

Judge Amy Berman Jackson

Plaintiff,

v.

William Barr, Attorney General, et. al.,

Defendants.

## Notice of Appeal

This appeal is about upholding and honoring the Constitution.

Attachment 1: Amicus/Notice 66 Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism Watch List is Unconstitutional.

Attachment 2: Notice 65 "Nuke the Hurricanes" by President Donald Trump Docketed in the US House Application.

Attachment 3: Amicus/Notice 67 Julian Paul Assange Defendant

Attachment 4: Motion for Leave to File Motion to Intervene Chelsea Manning Defendant.

Attachment 5: Motion for Leave to File Motion to Intervene Reality Leigh Winner Defendant.

- Amicus/Notice 69 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 15th, 2019)
- Notice 69 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 15th, 2019)
- Notice 69 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 15th, 2019)
- Notice 69 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 15th, 2019)
- Amicus/Notice 69 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 15th, 2019)
- Amicus/Notice 69 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 15th, 2019)
- Amicus/Notice 69 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 15th, 2019)

RECEIVED
Mail Room

SEP 1 9 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

5

- Amicus/Notice 69 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 15th, 2019)
- Amicus/Notice 69 Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 15th, 2019)
- Amicus/Notice 69 United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 15th, 2019)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 16th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1



RECEIVED
MAILROOM

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

ANAS ELHADY, et al.,                                              Case No. 16-cv-00375-AJT
Plaintiffs,

                                                                 Judge Anthony J. Trenga

v.

CHARLES H. KABLE, Director of the Terrorist Screening Center; in his official capacity, et al.;
Defendants.

Amicus/Notice 66 – Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism
Watch List is Unconstitutional.

**<u>Americans will murder every Federal Judge when the truth comes out. I am trying to save the Judges
and their family members. Trump, the other Demigods, time, math, etc. will ensure that the truth
comes out.</u>** (Read the Demigod FBI Director Comey DOJ/IG report about his conduct if you want proof.
Comey, the sunarcissist ("A sunarcissist is a narcissist who chooses suicide over honor.") wanted an
apology because he was not charged with a crime, yet.)

The Federal Judiciary is responsible for the Terrorism Watch List. (Albeit it has a different name now
because of the protection provided by the Federal Judiciary.) The Federal Judiciary has made it
impossible for Americana to receive Justice as is their Constitutional Right(s) – First Amendment – Last
Sentence – "and to petition the Government for a redress of grievances." I have filed, on behalf of all
Americans, "Grievances" in over 150 Federal Cases. The Cancer (Criminally violating the Constitutional
Rights of Americans) is systemic within the Federal Government, all three branches. Stockholm
Syndrome: The Federal Judiciary sympathizes with their captors, the Executive Branch.

(Ask Judge Emmet G. Sullivan why he allows criminal prosecutor misconduct to run rampant in his
courtroom. He did so in the Senator Ted Stevens criminal case and now again in the General Mike Flynn
criminal case. The conviction for Stevens was vacated. Will Flynn's guilty plea be vacated? We have
Obamacare because of the Stevens conviction. He lost the election and then there was a two-vote swing
in the Senate, thus Obamacare passed. Americans did not receive a fair and impartial election as is their
Constitutional Right. The Federal Judiciary tampered with the Election. Would Obama have become
President if Stevens had not been convicted?)

➢ American, Hero and Federal Whistleblower Chelsea Manning sits is prison because of <u>Judge
Anthony John Trenga.</u>

➢ American, Hero, Federal Whistleblower Coast Guard Commander William Goetzee was
murdered while in Federal custody because of the Federal Judiciary.

➢ American, Federal Whistleblower Air Force Captain David Andrew Christenson was falsely
arrested, placed in isolation and medicated against his will and still he was never charged with a

Attachment 2



**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

---

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: "THE SCARLETT EFFECT".

This is how you change the narrative and make people think.

## TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.

## PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.

## IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.

## THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.

## CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.

# Attachment 3



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                          CRIMINAL NO. Case 1:18-cr-00111-CMH

v.                                                SENIOR JUDGE CLAUDE M. HILTON

JULIAN PAUL ASSANGE,
Defendant.

Amicus/Notice 67 – Every Judge is just as crazy and delusional as Trump and just as much a criminal.

Is the following true?

In 2016 did the CIA and the FBI know that Trump was crazy, delusional and a criminal? Yes.

In 2016 did the CIA and the FBI know that Trump was conspiring with the Russians to secure his Presidential Election Victory? Yes. (They also knew that Clinton was crazy, delusional and a criminal but just not as bad as Trump. The least of two evils.)

The CIA could not disclose the truth about Trump and the Russians without breaking the law and disclosing highly classified information. National Security was too important. The FBI tried. (This is why no one in the DOJ/FBI will be charged with a crime. It is also why McCabe and Strzok have been so brazen in filing civil complaints against the DOJ/FBI. It is why Comey thinks he deserves an apology.)

The extraction of the CIA Agent from Russia is amazing. (The truth will come out.)

The following is true.

The courts have protected the criminal conduct of our Government with the conclusion being the Genocide of Mankind.

Trump, math, time, the other Demigods, etc. will ensure that the truth comes out. That truth will incriminate the Federal Judiciary in the Genocide of Mankind.

The CIA and the FBI knew that Trump would disclose highly sensitive classified information for his own good and protection.

### THE PARADOX AND WHY I AM HERE

### BLACKMAIL AND EXTORTION WITH AMERICANS AND MANKIND PAYING THE PRICE

### YOUR ARE THE PERFECT SUNARCISSIST, YOU HAVE CHOSEN SUICIDE OVER HONOR

# Attachment 4



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                              CRIMINAL NO. Case 1:19-dm-12

v.                                                                            JUDGE ANTHONY JOHN TRENGA

JOHN DOE 2010R03793, (Chelsea Manning)

Motion for Leave to File Motion to Intervene

This case is about the First Amendment, Censorship and the Criminal Conduct of the Federal
Government

The conclusion will be the Genocide of Mankind - The is not a prediction or prophecy but a
mathematical certainty

**Statement of Fact: There is no other place to get this information. Look at what is taking place today.**
**The media in this country is for profit and power. (The Speaker of the United States House of**
**Representatives has asked the Trump family to hold an intervention for the President.)**

I was declared to be a terrorist by the Federal Government to silence and discredit me. I am a lifetime
commissioned US Military Officer that is trying to protect his country and honor the oath that I took.

I will start with my most recent federal court filings. It will take some effort on the part of court to
comprehend what is taking place. My writings are disjointed and incoherent and for that I am sorry.

These specific pleadings are about the criminal conduct of the National Media. I am only including the
pleadings that were filed with the Court of Appeals for the District of Columbia Circuit (CADC) in one
specific case. I have four appeals pending with the CADC from four cases, criminal and civil, that are
currently before the District of Columbia.

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-
00810) District Court, District of Columbia Judge Reggie B. Walton – CADC Case: 19-5121

UNITED STATES V. STONE (1:19-cr-00018) District Court, District of Columbia Judge Amy Berman Jackson
- CADC Case: 19-3012

CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Segal Huvelle – CADC
Case: 19-5057

# Attachment 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

NO. 1:17-CR-0034-JRH

v.

REALITY LEIGH WINNER,
Defendant.

Judge James Randal Hall

### Motion for Leave to File Motion to Intervene

### This case is about the First Amendment, Censorship and the Criminal Conduct of the Federal Government

### The conclusion will be the Genocide of Mankind - The is not a prediction or prophecy but a mathematical certainty

Statement of Fact: There is no other place to get this information. Look at what is taking place today. The media in this country is for profit and power. (The Speaker of the United States House of Representatives has asked the Trump family to hold an intervention for the President.)

I was declared to be a terrorist by the Federal Government to silence and discredit me. I am a lifetime commissioned US Military Officer that is trying to protect his country and honor the oath that I took.

I will start with my most recent federal court filings. It will take some effort on the part of court to comprehend what is taking place. My writings are disjointed and incoherent and for that I am sorry.

These specific pleadings are about the criminal conduct of the National Media. I am only including the pleadings that were filed with the Court of Appeals for the District of Columbia Circuit (CADC) in one specific case. I have four appeals pending with the CADC from four cases, criminal and civil, that are currently before the District of Columbia.

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia Judge Reggie B. Walton – CADC Case: 19-5121

UNITED STATES V. STONE (1:19-cr-00018) District Court, District of Columbia Judge Amy Berman Jackson - CADC Case: 19-3012

CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Segal Huvelle – CADC Case: 19-5057

JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE (1:19-cv-00800) District Court, District of Columbia Judge Tanya Sue Chutkan – CADC Case: 19-5091

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civil Action No. 1:19-cv-2367-ABJ

Peter Strzok
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Judge Amy Berman Jackson
Leave to file DENIED

_A̶B̶J̶_____ 9/12/19

Amy B. Jackson          Date
United States District Judge

*Movants Motion to Intervene has not yet been granted*

Amicus/Notice 66 – Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism
Watch List is Unconstitutional.

**Americans will murder every Federal Judge when the truth comes out. I am trying to save the Judges
and their family members. Trump, the other Demigods, time, math, etc. will ensure that the truth
comes out.** (Read the Demigod FBI Director Comey DOJ/IG report about his conduct if you want proof.
Comey, the sunarcissist ("A sunarcissist is a narcissist who chooses suicide over honor.") wanted an
apology because he was not charged with a crime, yet.)

The Federal Judiciary is responsible for the Terrorism Watch List. (Albeit it has a different name now
because of the protection provided by the Federal Judiciary.) The Federal Judiciary has made it
impossible for Americana to receive Justice as is their Constitutional Right(s) – First Amendment – Last
Sentence – "and to petition the Government for a redress of grievances." I have filed, on behalf of all
Americans, "Grievances" in over 150 Federal Cases. The Cancer (Criminally violating the Constitutional
Rights of Americans) is systemic within the Federal Government, all three branches. Stockholm
Syndrome: The Federal Judiciary sympathizes with their captors, the Executive Branch.

(Ask Judge Emmet G. Sullivan why he allows criminal prosecutor misconduct to run rampant in his
courtroom. He did so in the Senator Ted Stevens criminal case and now again in the General Mike Flynn
criminal case. The conviction for Stevens was vacated. Will Flynn's guilty plea be vacated? We have
Obamacare because of the Stevens conviction. He lost the election and then there was a two-vote swing
in the Senate, thus Obamacare passed. Americans did not receive a fair and impartial election as is their
Constitutional Right. The Federal Judiciary tampered with the Election. Would Obama have become
President if Stevens had not been convicted?)

➢ American, Hero and Federal Whistleblower Chelsea Manning sits is prison because of <u>Judge
Anthony John Trenga.</u>

➢ American, Hero, Federal Whistleblower Coast Guard Commander William Goetzee was
murdered while in Federal custody because of the Federal Judiciary.

➢ American, Federal Whistleblower Air Force Captain David Andrew Christenson was falsely
arrested, placed in isolation and medicated against his will and still he was never charged with a
crime. He was classified as a terrorist. **His defense attorneys were future Attorney General and
Ex US Attorney Matthew Whitaker, US Attorney Linda Mott and US Attorney Billy Gibbens.**


RECEIVED
Mail Room

SEP 1 0 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

12

The Terrorism Watch List is a slap on the hand compared to the Murder of American, Hero, Federal Whistleblower Coast Guard Commander William Goetzee.

The Government has already moved on and created different lists, with different names, that criminally violate the Constitutional Rights of all Americans and again, the Federal Judiciary is responsible.

Judge Anthony John Trenga is as responsible for the criminal violations of all American's Constitutional Rights just as Hitler was for the Holocaust.

Attachment 1: Motion for Leave to File Motion to Intervene in United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia. The pleading is 59 pages and includes six attachments. Only pages 1-3 are attached.

Attachment 2: Title page for The United States Supreme Court and The Katrina Virus by David Andrew Christenson

Attachment 3: Title page for The Reluctant Patriot by David Andrew Christenson

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). The books were placed into the Library of Congress in 2012.*

- Amicus/Notice 66 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 7th, 2019)
- Notice 66 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 7th, 2019)
- Notice 66 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 7th, 2019)
- Notice 66 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 7th, 2019)
- Amicus/Notice 66 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 7th, 2019)
- Amicus/Notice 66 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 7th, 2019)
- Amicus/Notice 66 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 7th, 2019)

- Amicus/Notice 66 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 7th, 2019)
- Amicus/Notice 66 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 7th, 2019)

Godspeed,

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 7th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1



FILED

JUN - 5 2019

CLERK, U.S. DIST...
ALEXANDRIA, VIRG...

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**MOVANT DAVID ANDREW CHRISTENSON**

**UNITED STATES OF AMERICA**                    **CRIMINAL NO. Case 1:19-dm-12**

**v.**                                          **JUDGE ANTHONY JOHN TRENGA**

**JOHN DOE 2010R03793, (Chelsea Manning)**

**Motion for Leave to File Motion to Intervene**

**This case is about the First Amendment, Censorship and the Criminal Conduct of the Federal Government**

**The conclusion will be the Genocide of Mankind - The is not a prediction or prophecy but a mathematical certainty**

**Statement of Fact: There is no other place to get this information. Look at what is taking place today. The media in this country is for profit and power. (The Speaker of the United States House of Representatives has asked the Trump family to hold an intervention for the President.)**

**I was declared to be a terrorist by the Federal Government to silence and discredit me. I am a lifetime commissioned US Military Officer that is trying to protect his country and honor the oath that I took.**

**I will start with my most recent federal court filings. It will take some effort on the part of court to comprehend what is taking place. My writings are disjointed and incoherent and for that I am sorry.**

**These specific pleadings are about the criminal conduct of the National Media. I am only including the pleadings that were filed with the Court of Appeals for the District of Columbia Circuit (CADC) in one specific case. I have four appeals pending with the CADC from four cases, criminal and civil, that are currently before the District of Columbia.**

**ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia Judge Reggie B. Walton – CADC Case: 19-5121**

**UNITED STATES V. STONE (1:19-cr-00018) District Court, District of Columbia Judge Amy Berman Jackson - CADC Case: 19-3012**

**CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia Judge Ellen Segal Huvelle – CADC Case: 19-5057**

# Attachment 1

JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE (1:19-cv-00800) District Court, District of Columbia Judge Tanya Sue Chutkan – CADC Case: 19-5091

CADC - Case: 19-5121

➢ Notice – I make $22,000.00 per year working for Brooks Brothers as a supervisor at the Silver Sands Outlet Mall in Miramar Beach Florida. My life, and what little money I have, I dedicate to saving my fellow man.

➢ Notice – The attached Memorandum was docketed by this court (CADC) on June 20th, 2005 in the Senator Rand Paul Appeal.

➢ Notice – The murder and the coverup of Mankind is correlated with the murder of a newspaper – the New Orleans Times Picayune.

➢ Notice – Chief Justice John Roberts cannot and does not fully understand what is taking place.

➢ Notice – Unbelievable – Amazon.com/Jeff Bezos/Washington Post are going to censor me after seven years

➢ Motion for Leave to Proceed on Appeal in Forma Pauperis

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings**.
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**
Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.
Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public**.
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial**.
Pansy v. Stroudsburg: **Third parties have a right to intervene**.
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v.

# Attachment 1

Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

The Danziger Civil Rights Case in New Orleans after Hurricane Katrina. The Department of Justice had an electronic recording of what took place on the Danziger Bridge that day. The agreement between the defendants and prosecution was that the electronic recording would not be used and in exchange there would be no death penalty. The DOJ wanted a coverup conviction and not a murder conviction. They were hoping that the policemen would get 6 – 8 years for the cover-up and not the 65-year prison sentences that they got. God worked in a very mysterious way and gave the DOJ a World Series Winning Grand Slam. FBI Director Robert Mueller hedged his bet and assigned a two-year, non-investigator, to the case. The agent was convincing and became more convincing when he lied on the witness stand. This becomes exponentially more complicated because of the following: the US Navy was at the Danziger Bridge conducting illegal operational missions within the United States. American Sniper Chris Kyle actually bragged about murdering Americans in New Orleans. SEAL Team 22 from the Stennis Space Center, north of New Orleans on the Pearl River, committed genocide against our fellow Americans in violation of the Constitution and the Posse Act. It was Mueller's agents that were instrumental in covering up the murders.

Godspeed.

Sincerely filed,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 29th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

17

# Attachment 2

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# Attachment 3

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
*(Book Nine in a nine part series.)*
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press.  Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

# Attachment 3

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

### The Department of Justice classified Captain David Andrew Christenson as a terrorist. This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

# Attachment 3

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because <u>The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat</u>. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin. After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm. To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

Movant David Andrew Christenson

Civil Action No. 1:19-cv-2367-ABJ

Peter Strzok
Plaintiff,
v.
William Barr, Attorney General, et. al.,
Defendants.

Leave to file DENIED Judge Amy Berman Jackson

9|17|19

Amy B. Jackson                    Date
United States District Judge

Amicus/Notice 67 – Every Judge is just as crazy and delusional as Trump and just as much a criminal.

Is the following true?

In 2016 did the CIA and the FBI know that Trump was crazy, delusional and a criminal? Yes.

In 2016 did the CIA and the FBI know that Trump was conspiring with the Russians to secure his Presidential Election Victory? Yes. (They also knew that Clinton was crazy, delusional and a criminal but just not as bad as Trump. The least of two evils.)

The CIA could not disclose the truth about Trump and the Russians without breaking the law and disclosing highly classified information. National Security was too important. The FBI tried. (This is why no one in the DOJ/FBI will be charged with a crime. It is also why McCabe and Strzok have been so brazen in filing civil complaints against the DOJ/FBI. It is why Comey thinks he deserves an apology.)

The extraction of the CIA Agent from Russia is amazing. (The truth will come out.)

The following is true.

The courts have protected the criminal conduct of our Government with the conclusion being the Genocide of Mankind.

Trump, math, time, the other Demigods, etc. will ensure that the truth comes out. That truth will incriminate the Federal Judiciary in the Genocide of Mankind.

The CIA and the FBI knew that Trump would disclose highly sensitive classified information for his own good and protection.

## THE PARADOX AND WHY I AM HERE

## BLACKMAIL AND EXTORTION WITH AMERICANS AND MANKIND PAYING THE PRICE

## YOUR ARE THE PERFECT SUNARCISSIST, YOU HAVE CHOSEN SUICIDE OVER HONOR

All of you, all three branches of our government, participated in the coverup of the negligent release of the Katrina Virus and the murdering of Americans by the US Military during Hurricane Katrina. You covered up the Genocide of Mankind.

RECEIVED
Mail Room

SEP 1 3 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

22

You, the criminals, are making a case that you can only be so much of a criminal and that in most cases you're being a criminal is for the greater good. The problem is Trump. He turned being a criminal into becoming the President and you helped. You reap what you sow.

**IN ORDER TO STOP TRUMP, YOU WILL HAVE TO KILL HIM OR ADMIT THAT YOU ARE RESPONSIBLE FOR THE GENOCIDE OF MANKIND – THAT IS THE PARADOX**

➢ What happened to the Judiciary was insidious. It has happened to every civilization. It is why every civilization has failed.

# GOD IS GIVING YOU A CHANCE TO SERVE YOUR PENANCE HERE ON EARTH JUST LIKE ME.

Attachment 1: Notice 65 — "Nuke the Hurricanes" by President Donald Trump page 1 only

Food for thought. Did our government turn Hurricane Dorian? Trump stated it was going to Alabama and has not backed down. Why? We know he is protecting and benefiting himself but why?

I live by the following

*When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to love your neighbor as yourself." All the Law and the Prophets hang on these two commandments.*

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

- Amicus/Notice 67 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 10th, 2019)
- Notice 67 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 10th, 2019)

- Amicus/Notice 67 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 10th, 2019)

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson



In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219

1:19-gj-00048-BAH

-------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: **"THE SCARLETT EFFECT"**.

This is how you change the narrative and make people think.

## TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.

## PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.

## IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.

## THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.

## CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.