**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-2367-ABJ |
| v. | ) |
| | ) |
| ATTORNEY GENERAL WILLIAM F. BARR, | ) |
| in his official capacity, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND**

Defendants hereby move for an extension of time to respond to Plaintiff's complaint in the above-captioned matter. Service was complete on the Defendants on August 28, 2019 and, accordingly, under Rule 6(a)(1) and Rule 12(a)(3) of the Federal Rules of Civil Procedure, Defendants' response is currently due on Monday, October 28, 2019. Defendants respectfully ask the Court to extend that deadline until Friday, November 8, 2019 because the undersigned, who is the lead attorney in this matter, will be on scheduled medical leave during late October and early November.

This is Defendants' first request for an extension of time to respond to Plaintiff's complaint. Counsel for Defendants contacted counsel for Plaintiff, who indicated that Plaintiff does not oppose Defendants' request. Counsel for Plaintiff also indicated that Plaintiff would like until December 6, 2019 to respond to Defendants' responsive pleading, and, having no objection, Defendants incorporate that request into the instant unopposed motion.

Dated: October 22, 2019                                            Respectfully submitted,

        JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | )| |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-2367-ABJ |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL WILLIAM F. BARR, | ) | |
| in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Having considered Defendants' motion for extension of time, Plaintiffs' consent, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Defendants to respond to Plaintiff's complaint is extended to November 8, 2019.  Plaintiff shall have until December 6, 2019 to respond to Defendants' responsive pleading.

SO ORDERED.

Dated: _____          _____
                                                                                Hon. Amy Berman Jackson
                                                                                United States District Judge