IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL WILLIAM F. BARR,<br>in his official capacity, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:19-cv-2367-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Having considered Defendants' motion for extension of time, Plaintiffs' consent, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Defendants to respond to Plaintiff's complaint is extended to November 8, 2019. Plaintiff shall have until December 6, 2019 to respond to Defendants' responsive pleading.

SO ORDERED.

Dated: _____        _____
                                          Hon. Amy Berman Jackson
                                          United States District Judge