# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-2367-ABJ |
| v. ) | |
| ) | |
| ATTORNEY GENERAL WILLIAM F. BARR, ) | |
| in his official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND

Defendants hereby move for an extension of time to respond to Plaintiff's complaint in the above-captioned matter. According to the Court's October 23, 2019 Order, Defendants' response is currently due on Friday, November 8, 2019. Defendants respectfully ask the Court to extend that deadline until Friday, November 15, 2019. As Defendants explained previously, the undersigned, who is the lead attorney in this matter, was on scheduled medical leave during late October and early November. That leave proved to be more disruptive than the undersigned initially anticipated and detracted from Defendants' ability to prepare their response to Plaintiff's Complaint.

This is Defendants' second request for an extension of time to respond to Plaintiff's complaint. Counsel for Defendants contacted counsel for Plaintiff, who indicated that Plaintiff does not oppose Defendants' request. Counsel for Plaintiff also indicated that Plaintiff would like until December 20, 2019 to respond to Defendants' responsive pleading, and, having no objection, Defendants incorporate that request into the instant unopposed motion.

<div style="display: flex;">

Dated: November 6, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

<u>*/s/ Bradley P. Humphreys*</u>
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*

</div>