IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>   Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL WILLIAM F. BARR,<br>in his official capacity, et al.,<br><br>   Defendants. | Case No. 1:19-cv-2367-ABJ |

### [PROPOSED] ORDER

Having considered Defendants' motion for extension of time, Plaintiffs' consent, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Defendants to respond to Plaintiff's complaint is extended to November 15, 2019. Plaintiff shall have until December 20, 2019 to respond to Defendants' responsive pleading.

SO ORDERED.

Dated: _____

                           Hon. Amy Berman Jackson
                           United States District Judge