### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATTORNEY GENERAL WILLIAM F. BARR, ) <br> in his official capacity, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:19-cv-2367-ABJ |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND

Defendants hereby move for an extension of time of one business day to respond to Plaintiff's complaint in the above-captioned matter. According to the Court's October 23, 2019 Order, Defendants' response is currently due today, Friday, November 15, 2019. Defendants respectfully ask the Court to extend that deadline by one business day until Monday, November 18, 2019, due to an unforeseen complication preventing Defendants from finalizing their response.

This is Defendants' third request for an extension of time to respond to Plaintiff's complaint. Counsel for Defendants contacted counsel for Plaintiff, who indicated that Plaintiff consents to Defendants' request. Defendants do not anticipate the need to request any further extensions of time with respect to Defendants' response deadline.

Dated: November 15, 2019                     Respectfully submitted,

                                             JOSEPH H. HUNT
                                             Assistant Attorney General

                                             MARCIA BERMAN
                                             Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| PETER P. STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-2367-ABJ |
| v. ) | |
| ) | |
| ATTORNEY GENERAL WILLIAM F. BARR, ) | |
| in his official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

Having considered Defendants' motion for extension of time, Plaintiff's consent, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Defendants to respond to Plaintiff's complaint is extended to November 18, 2019.

SO ORDERED.

Dated: _____          _____
                                              Hon. Amy Berman Jackson
                                              United States District Judge