# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| PETER P. STRZOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-2367-ABJ ) ) |
| ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity, et al., | ) ) ) |
| Defendants. | ) ) ) |

## [PROPOSED] ORDER

Having considered Defendants' motion for extension of time, Plaintiff's consent, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Defendants to respond to Plaintiff's complaint is extended to November 18, 2019.

SO ORDERED.

Dated: _____        _____
                                       Hon. Amy Berman Jackson
                                       United States District Judge