IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM P. BARR, in his official capacity )<br>as Attorney General of the United States, *et* )<br>*al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:19-CV-2367-ABJ |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AS TO COUNT ONE AND COUNT TWO, AND MOTION FOR SUMMARY JUDGMENT AS TO COUNT THREE**

For the reasons stated in the accompanying memorandum, Defendants respectfully request that the Court dismiss Count One and Count Two of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, enter summary judgment in Defendants' favor as to Count One and Count Two pursuant to Federal Rule of Civil Procedure 56. Defendants also respectfully request that the Court enter summary judgment in Defendants' favor as to Count Three.

Dated: November 18, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*

BRADLEY P. HUMPHREYS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20001
Phone:  (202) 305-0878
Fax: (202) 616-8460
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*