*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit 11

U.S. Department of Justice
Federal Bureau of Investigation
Washington, D.C.  20535

## SES Job Posting Information Form

| Date Posted | Job Posting Number | Division | Grade | Position/Title |
|---|---|---|---|---|
| 07/07/2016 | 20160948 | 05 | ES | DEPUTY AD (ES) |

| Bureau Title Code | Deadline | Vacancy Advertised |
|---|---|---|
| 432 | 07/21/2016 11:59 PM EST | |

**Posting Description**

To announce one Agent SES vacancy for the position of DAD, Operations Branch I (OPS I), Counterintelligence Division (CD).

OPS I is responsible for managing and overseeing foreign counterintelligence (FCI) investigative matters nationwide.  The OPS I DAD is responsible for providing Counterintelligence (CI) Program oversight and direction to CI investigations and operations nationwide; the promulgation of CI operations policy; the effective use of sophisticated techniques; and the documented application of law enforcement or intelligence remedies as appropriate to CI/counterespionage issues.  The DAD will ensure the CI Program nationwide collects and disseminates information pertinent not only to FBI investigations and operations, but also responsive to intelligence requirements from the ODNI.

The DAD is responsible for ensuring CD operations are conducted in accordance with law, policy, and applicable guidelines.

The DAD interacts with the US Intelligence Community (USIC) on a range of sensitive matters.  This position requires considerable strategic planning, significant interaction with senior officials in the USIC, and extensive collaboration with foreign services.  The DAD provides executive management oversight of CD OPS I administrative matters.

Candidates should possess proven and outstanding skills, abilities, and experience in the following areas:  leadership, organizational and administrative, collaboration, interpersonal ability, problem solving, and oral and written communication.

SAC experience is preferred. SES experience is required.  Preference will also be given to candidates with significant CI supervisory, management and leadership experience.

Candidates must have submitted and been approved for Joint Duty credit via HR Source by the closing date of this vacancy posting.

Candidates must have passed the Leadership Skills Assessment 15 exam except those who are already Senior Executives or were ASACs prior to 06/05/2006.

A Non-SES selectee will be required to successfully complete a one-year probationary period as a condition of retaining an SES appointment in the FBI.

A Non-SES selectee is also required to complete a financial disclosure report, OGE-278, within 30 days of his/her official report.

An eligible selectee will be offered a 40% relocation incentive in conjunction with this assignment. To receive the incentive, the selected candidate must be eligible for a cost transfer and will be required to sign a two-year service agreement.

**Point of contacts**

| Bureau Name | Phone Number |
|---|---|
| NORRIS ALPHONSO III | 202-324-2366 |
| MANESCU MARY ANN | 202-324-8301 |
| PRIESTAP E W | 202-324-4614 |