*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit 12

| FD-243<br>Revised<br>05-11-2011<br>v1.1 | FEDERAL BUREAU OF INVESTIGATION<br>**POSITION DESCRIPTION COVERSHEET** |
|---|---|

**The submitting DIVISION/OFFICE completes only items 1-2f**

**1.**
- a. Division / Field Office: FBI
- b. Branch / Section:
- c. Unit or Squad:
- d. Subunit:
- e. Location: Limited- Headquarters

**2.**
- a. Official Title of Position: Supervisory Special Agent
- b. Organizational Title Of Position (if any): Deputy Assistant Director (DAD)
- c. Schedule:
- d. Series: 1811
- e. Grade: 00
- f. Full Performance Level (FPL): 00
- g. MRN: 400140

**3.**
- a. Fair Labor Standard Act (FLSA): ● Exempt  ○ Non-exempt
- b. Supervisor Indicator:

**4.**
- a. New Position? ✓
- b. In lieu of Number:
- b. Career Ladder: None; this is a stand alone position. CL: 100905

**5. Reserved for Classification Office Use Only**
- a. Job Family:
- c. Limitation (maximum 30 characters): See Below

**6. Certification**

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships; that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the know that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or mis statements may constitute violations of such statutes or their implementing regulations.

- a. Head Division / FO's Name & Title
- Signature:
- Date: (mmddyy)
- b. Immediate Supervisor's Name & Title
- Signature:
- Date: (mmddyy)

**7. HRD Final Approval**
Name & Title: Assistant Director, HRD
Signature:
Date: (mmddyy)

**8. Major Duties:**

One per Division; not to be filled simultaneously with any other DAD position serving the same Division.

SENIOR EXECUTIVE SERVICE
Title of Position: Supervisory Special Agent
Organizational Title: Deputy Assistant Director (DAD)
Organizational Location: Director's Office, FBI Headquarters
Pay Plan: ES (Senior Executive Service)
Occupational Series: 1811

Principal Duties and Responsibilities:

Serves as the principal management official and advisor to executive management (Executive Assistant Director and Assistant Director) with regard to all matters under the jurisdiction of the Branch and its component organizational elements. Position reports to the Assistant Director of the Division. Provides technical advice and guidance to counterparts to ensure ,
cohesiveness of operations and services provided. Directs the Branches' work to establish, administer and evaluate policies, guidelines and standards for all aspects of work which reaches across all FBI organizational lines (domestic and international). Performs special assignments of highly confidential and delicate nature and acts as personal representative of the Assistant Director of the FBI. Establishes and maintains effective relationships with other federal, state and local law enforcement and intelligence agencies; other federal agencies; state and local governmental leaders; community leaders; and the media to further efforts under the Division's/Branches' jurisdiction. Personally assumes oversight of major work efforts and investigations within the organizations purview and is available
for any type of assignment for which, in the judgment of the Assistant Director of the FBI or other executive, the services of a top executive are required. Continually work to improve the development and utilization of information technology to support work performed in the Division and to support the mission of the FBI. Regularly performs duties which cannot be described withou impairing the essential security of the Bureau's operations and responsibilities.

Executive Managerial Responsibilities:

Directs work of the organization toward accomplishing mandated mission functions and program objectives. Provides administrative direction over establishment of the Division's/Branches' priorities, fulfillment of goals and objectives, and provision of key programs and/or services of subordinate
organizational components. Authorizes the design, conduct and communication of important mission or program initiatives and projects.

Institutes accountability and control systems and methods to assure successful execution of the Branches' mission, programs and services to promote continual improvement in effectiveness and efficiency of operations and services. Establishes the Branches service philosophy, standards for delivery of services and programs and criteria for evaluating employee. contributions.

Provides leadership in establishing objectives, goals and operational plans that are compatible with and fully support FBI strategic mission objectives, goals and plans. Monitors Progress toward organizational goals and makes adjustments to ensure success.

Assigns mission/functional responsibilities to subordinate managers carrying out important administrative and investigative work for Division/Branch.
Serves as executive manager of several subordinate organizational components headed by positions at the SES level, which are subdivided into components headed by positions primarily at the GS-15 level. Work covers multiple investigative classifications including, but not limited to, criminal, counterintelligence, counterterrorism; important supporting operations in the fields of engineering, science, information technology, and administrative management (budget, inventory, human resources), etc. This work is carried out by GS-1811 Special Agents/Supervisory Special Agents in addition to
professional, technical and administrative support positions occupying a variety of occupational series. Evaluates performance and accomplishments of direct subordinates and provides opportunities for development of individual and organizational capacity. Makes executive decisions regarding
matters such as allocation of resources, institution of organizational changes, resolution of serious disputes or grievances, and interpretation of broad policies and executive or legislative mandates.

Exercises authority in establishing and- revising important policies, and contributing to

(BEST COPY)

development and furtherance, of FBI mission and/or administrative program, principles and strategies. Translates and communicates broad policies and objectives in terms of immediate organizational plans, goals and strategies.

Equal Employment Opportunity (EEO) Responsibilities:

Employs, complies with and advances goals of FBI merit staffing affirmative action and EEO policies. Ensures that FBI human resources programs and services, as well as internal operations, are designed and carried out without regard to race, color, religion, sex, sexual orientation, or national origin. Ensures that recruitment, selection and evaluation of personnel are conducted with consistent EEO emphasis.

Law Enforcement Retirement Coverage:

Position requires the services of an employee with background and expertise as a GS-1811 Crimina Investigator (FBI Special Agent/Supervisory Special Agent) and is eligible for the privileges associated with federal law enforcement retirement Coverage. Must be skilled in the use of various types of weaponry and defensive tactics to lead special investigative operations and teams.

(BEST COPY)