IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:19-CV-2367-ABJ |

**[PROPOSED] ORDER**

Having considered Defendants' motion to dismiss or, in the alternative, for summary judgment as to Count One and Count Two, and motion for summary judgment as to Count Three; Plaintiff's response; and the entire record, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED. Counts One and Two of Plaintiff's Complaint are hereby DISMISSED, and summary judgment is entered in Defendant's favor on Count Three.

SO ORDERED.

Dated: _____                    _____
                                                                                              Hon. Amy Berman Jackson
                                                                                              United States District Judge