IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Case No. 1:19-cv-2367-ABJ |
| v. | ) |
|  | ) |
| ATTORNEY GENERAL WILLIAM F. BARR, | ) |
| in his official capacity, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## ERRATA

Defendants file this errata regarding their motion to dismiss or, in the alternative, for summary judgment as to Count One and Count Two of Plaintiff's Complaint, and motion for summary judgment as to Count Three. Exhibit 8 and Exhibit 9 to Defendants' motion are included as attachments to this errata.

Dated: November 21, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878

E-mail: Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*

*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit 8

Standard Form 52
Rev 7/91
U S Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office   (Also complete Part B, Items 1,7-22,32,33,36 and 39)

| 1 Actions Requested | 2 Request Number |
|---|---|
| 3 For Additional Information Call   (Name and Telephone Number) | 4 Proposed Eff Date<br>08-10-2018 |
| 5 Action Requested By   (Typed Name, Title, Signature, and Request Date) | 6 Action Authorized By   (Typed Name, Title, Signature, and Date) |

## PART B - For Preparation of SF 50   (Use only codes in The Guide to Personnel Data Standards.   Show all dates in month-day-year order.)

| 1 Name (Last, First, Middle)<br>STRZOK II, PETER P | 2 Social Security Number<br>(P-1) | 3 Date of Birth<br>03-07-1970 | 4 Effective Date<br>08-10-2018 |
|---|---|---|---|

**FIRST ACTION**                                             **SECOND ACTION**

| 5-A Code | 5-B Nature of Action | 6-A Code | 6-B Nature of Action |
|---|---|---|---|
| 357 | Termination | | |
| 5-C Code | 5-D Legal Authority | 6-C Code | 6-D Legal Authority |
| ZLL | 28 USC 536 | | |
| 5-E Code | 5-F Legal Authority | 6-E Code | 6-F Legal Authority |
| | | | |

| 7 FROM: Position Title and Number | 15 TO: Position Title and Number |
|---|---|
| SUPVY SPECIAL AGENT-DAD<br>PD: 400140       Position:   60010856 | |

| 8 Pay Plan | 9 Occ CD | 10 Grd/Lvl | 11 Step/Rate | 12 Tot Salary | 13 Pay Basis | 16 Pay Plan | 17 Occ CD | 18 Grd/Lvl | 19 Step/Rate | 20 Tot Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | 1811 | 00 | 00 | | PA | | | | | | |

| 12A Basic Pay | 12B Locality Adj | 12C Adj Basic Pay | 12D Other Pay | 20A Basic Pay | 20B Locality Adj | 20C Adj Basic Pay | 20D Other Pay |
|---|---|---|---|---|---|---|---|
| $180,009.00 | $0 | $180,009.00 | $45,002 | | | | |

| 14 Name and Location of Position's Organization | 22 Name and Location of Position's Organization |
|---|---|
| Federal Bureau of Investigation<br><br>WASHINGTON DC USA | |

## EMPLOYEE DATA

| 23 Veterans Preference | 24 Tenure | 25 Agency Use | 26 Veterans Preference for RIF |
|---|---|---|---|
| 2   1-None  3-10 Point/Disability  5-10 Point/Other<br>     2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0   0-None  2-Conditional<br>     1-Permanent  3-Indefinite | | YES   X NO |

| 27 FEGLI | 28 Annuitant Indicator | 29 Pay Rate Determinant |
|---|---|---|
| Z5  Basic + Option B (5x) + Option A + Option C (5x) | 9  Not Applicable | 0  0-Regular Rate |

| 30 Retirement Plan | 31 Service Comp Date (Leave) | 32 Work Schedule | 33 Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M  FERS and FICA Special | 09-27-1992 | F  Full Time | |

## POSITION DATA

| 34 Position Occupied | 35 FLSA Category | 36 Appropriation Code | 37 Bargaining Unit Status |
|---|---|---|---|
| 3  1-Competitive Service 3-SES General<br>   2-Excepted Service  4-SES Career Reserved | E  E-Exempt<br>   N-Nonexempt | | 8888 |

| 38 Duty Station Code | 39 Duty Station   (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DC  Dist Columbia  DC  USA |

| 40 Agency Data | 41 | 42 | 43 | 44 |
|---|---|---|---|---|
| | | | | |

| 45 Edu Lvl | 46 Yr Degr Attd | 47 Acad Discipl | 48 Func Class | 49 Citizenship | 50 Veterans Status | 51 Supervisory Status |
|---|---|---|---|---|---|---|
| | | | | 1  1-USA 8-Other | P  Post VEV | 2  Supv/Mgr |

## PART C - Reviews and Approvals   (Not to be used by requesting office.)

| 1 Office/Function | Initials/Signature | Date | 1 Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A 2ND/SME<br>  MLEU | MARTEN,CAROLINE<br>MGMT&PROG ANAL | 08-13-2018 | D COR | | |
| B 3RD<br>  PPAPU | LOCKWOOD,LISA GOODMAN<br>HR SPECIALIST (GENERA | 08-14-2018 | E CAN | | |
| C PRO<br>  PPAPU | LOCKWOOD,LISA GOODMAN<br>HR SPECIALIST (GENERA | 08-14-2018 | F OTHER | | |

2. Approval: I certify that the information entered on this form is accurate and the proposed action is in compliance with statutory and regulatory requirements.

| | Signature | | Approval Date |
|---|---|---|---|

**CONTINUED ON REVERSE SIDE**                              **OVER**                    Editions Prior to 7/91 Are Not Usable After 6/30/93

Name:  STRZOK II,PETER P                                                                                          PAR Number:

**PART D - Remarks by Requesting Office**

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement?
   If ""YES"", please state these facts on a separate sheet and attach to SF52).

☐ YES    ☐ NO

**PART E - Employee Resignation/Retirement**

**Privacy Act Statement**

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.
This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 abd 3301 authorize OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administation of unemployment compensation programs.
The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits.
    Please be specific and avoid generalizations.
    Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

Termination

| 2  Effective Date | 3  Your Signature | 4  Date Signed | 5  Forwarding Address    (Number, Street, City, State, ZIP Code) |
|---|---|---|---|
| 08-10-2018 | STRZOK II,PETER P |  |  |

**PART F - Remarks for SF 50**

- SF 2819 was provided.  Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy
   (nongroup contract).
- Forwarding address: ███████████████████████
- Lump-sum payment to be made for any unused annual leave.
- Reason(s) for removal: Adjudication of Disciplinary Action

*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit 9

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296−33, Subch. 4

Case 1:19-cv-02367-ABJ   Document 32-2   Filed 11/21/19   Page 2 of 2

NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| STRZOK II, PETER P | (P-1) | 03/07/70 | 08/10/18 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5−A. Code | 5−B. Nature of Action | 6−A. Code | 6−B. Nature of Action |
| 357 | TERMINATION | | |
| 5−C. Code | 5−D. Legal Authority | 6−C. Code | 6−D. Legal Authority |
| ZLL | 28 USC 536 | | |
| 5−E. Code | 5−F. Legal Authority | 6−E. Code | 6−F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPVY SPECIAL AGENT-DAD<br>60010856  400140 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | 1811 | 00 | 00 | 180,009.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 180,009.00 | .00 | 180,009.00 | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION<br>HEADQUARTERS<br>D3-HUMAN RESOURCES DIVISION | 8A<br>DJ AV0103030000000000   PP 16 2018 |

**EMPLOYEE DATA**

| 23. Veterans Preference | | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|---|---|
| 2 | 1 − None<br>2 − 5-Point | 3 − 10−Point/Disability<br>4 − 10−Point/Compensable | 5 − 10−Point/Other<br>6 − 10−Point/Compensable/30% | 0 | 0 − None       2 − Conditional<br>1 − Permanent  3 − Indefinite | | X YES | NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5  BASIC-STANDARD-5X ADDITIONAL-5X FAM | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part−Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M  FERS AND FICA SPECIAL | 09/27/92 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 3 | 1 − Competitive Service   3 − SES General<br>2 − Excepted Service        4 − SES Career Reserved | E  E − Exempt<br>N − Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City − County − State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. Agency Data | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: P | 44. ED LV:13 YR:91 INST PRG:450901 |
|---|---|---|---|---|

45. Remarks
SF 2819 was provided.  Life insurance coverage is extended for 31 days
during which you are eligible to convert to an individual policy
(nongroup contract).
Forwarding address: ████████████
Lump-sum payment to be made for any unused annual leave.
Reason(s) for removal: Adjudication of Disciplinary Action

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | ELECTRONICALLY SIGNED BY: DAVID W. SCHLENDORF<br>ASSISTANT DIRECTOR |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| DJ AV | 4017 | 08/11/18 | |