*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit 9

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

Case 1:19-cv-02367-ABJ   Document 32-2   Filed 11/21/19   Page 2 of 2

NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| STRZOK II, PETER P | (P-1) | 03/07/70 | 08/10/18 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 357 | TERMINATION | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| ZLL | 28 USC 536 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPVY SPECIAL AGENT-DAD<br>60010856  400140 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | 1811 | 00 | 00 | 180,009.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 180,009.00 | .00 | 180,009.00 | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION<br>HEADQUARTERS<br>D3-HUMAN RESOURCES DIVISION | 8A<br>DJ AV0103030000000000   PP 16 2018 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>     2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 0  0 - None  2 - Conditional<br>     1 - Permanent  3 - Indefinite | | X  YES     NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5  BASIC-STANDARD-5X ADDITIONAL-5X FAM | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M  FERS AND FICA SPECIAL | 09/27/92 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 3  1 - Competitive Service  3 - SES General<br>    2 - Excepted Service  4 - SES Career Reserved | E  E - Exempt  N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. Agency Data | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: P | 44. ED LV:13 YR:91 INST PRG:450901 |
|---|---|---|---|---|

**45. Remarks**

SF 2819 was provided.  Life insurance coverage is extended for 31 days
during which you are eligible to convert to an individual policy
(nongroup contract).
Forwarding address: [redacted]
Lump-sum payment to be made for any unused annual leave.
Reason(s) for removal: Adjudication of Disciplinary Action

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | ELECTRONICALLY SIGNED BY: DAVID W. SCHLENDORF<br>ASSISTANT DIRECTOR |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ AV | 4017 | 08/11/18 |