**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>       Plaintiff,<br><br>       v.<br><br>ATTORNEY GENERAL WILLIAM F. BARR,<br>in his official capacity, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:19-cv-2367-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Grace X. Zhou of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Dated: November 22, 2019

                                                Respectfully submitted,

                                                JOSEPH H. HUNT<br>
                                                Assistant Attorney General

                                                MARCIA BERMAN<br>
                                                Assistant Branch Director

                                                CHRISTOPHER R. HALL<br>
                                                Assistant Branch Director

                                                */s/ Grace X. Zhou*<br>
                                                GRACE X. ZHOU<br>
                                                (N.Y. Bar No. 5623681)<br>
                                                Trial Attorney, U.S. Department of Justice<br>
                                                Civil Division, Federal Programs Branch<br>
                                                1100 L Street, N.W.<br>
                                                Washington, D.C. 20005<br>
                                                Tel.: (202) 616-8267<br>
                                                E-mail: grace.x.zhou@usdoj.gov<br>
                                                *Counsel for Defendants*