**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PETER P. STRZOK, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>ATTORNEY GENERAL WILLIAM F. )<br>BARR, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:19-CV-2367-ABJ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6, Julia T. Quinn withdraws her appearance as counsel for Peter P. Strzok. As of December 9, 2019 Ms. Quinn will no longer be with Heller, Huron, Chertkof & Salzman, PLLC. Richard A. Salzman of Heller, Huron, Chertkof & Salzman, PLLC will remain as counsel.

Dated: December 16, 2019   ___/s/_____
Julia T. Quinn (DC Bar 1031695)
HELLER, HURON, CHERTKOF & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel: (202) 293-8090

**Certificate of Service**

I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which sent notification of such filing (NEF) to the following:

Joseph H. Hunt
Marcia Berman
Christopher R. Hall
Bradley P. Humphreys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20001

/s/ Julia T. Quinn