# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATTORNEY GENERAL WILLIAM F. BARR, ) <br> in his official capacity, et al., ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-2367-ABJ |

## JOINT MOTION TO EXTEND DEADLINES

The parties hereby move for an extension of Plaintiff's deadline to oppose Defendants' pending motion, ECF No. 30, and of the deadline for Defendants to file their reply in support of that motion. Plaintiff's opposition is currently due December 20, 2019, and Defendants' reply is currently due January 3, 2020. The parties respectfully ask that the deadline for Plaintiff to file his opposition be extended until December 30, 2019, and that the deadline for Defendants' to file their reply be extended until January 17, 2020. The parties make this request in light of the upcoming holidays, which will affect the work and travel schedule of several of the attorneys involved in this case, and due to press of other litigation.

The parties do not anticipate the need to request an additional extension of these deadlines.

Dated: December 19, 2019

/s/ Aitan D. Goelman
Aitan D. Goelman (DC Bar 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
AGeolman@zuckerman.com

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Richard A. Salzman
Richard Zalzman (DC Bar 422497)
HELLER, HURON, CHERTKOF &
SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel: (202) 293-8090
salzman@hellerhuron.com

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
GRACE X. ZHOU
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL WILLIAM F. BARR,<br>in his official capacity, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:19-cv-2367-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Having considered the parties' joint motion for extension of deadlines, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Plaintiff to respond to Defendants' pending motion, ECF No. 30, is extended to December 30, 2019.  The deadline for Defendants to file their reply in support of that motion is extended to January 17, 2020.

SO ORDERED.

Dated: _____          _____
                                                                                  Hon. Amy Berman Jackson
                                                                                  United States District Judge