# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:19-cv-2367-ABJ |

## [PROPOSED] ORDER

Having considered the parties' joint motion for extension of deadlines, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Plaintiff to respond to Defendants' pending motion, ECF No. 30, is extended to December 30, 2019. The deadline for Defendants to file their reply in support of that motion is extended to January 17, 2020.

SO ORDERED.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge