*Strzok v. Barr*, No. **1:19-CV-2367-ABJ**

# Exhibit A

**Flores, Sarah Isgur (OPA)**

**From:** Flores, Sarah Isgur (OPA)
**Sent:** Friday, December 15, 2017 7:14 AM
**To:** Katmer, Elvan
**Cc:** Gibson, Jake; 531-DCDeskOps; Press
**Subject:** Re: Statement on

I want to clarify something about my statement:

I learned that another news organization may have had the texts before I showed them to media at doj. Which means we didn't give it to them. Could mean congress did after we gave it to them for example. As I said in my statement, there was no limitation on congressional release to the public either legally or ethically.

On Dec 14, 2017, at 11:44 PM, Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov> wrote:

> The Chairman and Ranking Members of each of the congressional committees were provided the opportunity to have copies of the texts delivered to their offices. This was completed before any member of the media was given access to view the same copy of the texts by the Department's Office of Public Affairs. As we understand now, some members of the media had already received copies of the texts before that—but those disclosures were not authorized by the Department.
>
> As the Deputy Attorney General said in this testimony on Wednesday, when the initial inquiries came from committees and members of Congress, the Deputy Attorney General consulted with the Inspector General, and the Inspector General determined that he had no objection to the Department's providing the material to the Congressional committees that had requested it. After that consultation, senior career ethics advisors determined that there were no legal or ethical concerns, including under the Privacy Act, that prohibited the release of the information to the public either by members of congress or by the Department.

On Dec 14, 2017, at 11:43 PM, Katmer, Elvan <Elvan.Katmer@FOXNEWS.COM> wrote:

> Good evening Ms. Flores,
>
> I am a journalist with Fox News.
> I am reading a Business Insider report that refers to a POLITICO article citing you saying a Justice Department "statement" acknowledges "copies of private text messages exchanged between two former special counsel investigators were disclosed to certain members of the media before they were given to Congress, even though those disclosures 'were not authorized.'"

Can you confirm if there is a DoJ statement on this, or was this in response to a question you have provided to POLITICO. Could you please confirm if the release of these texts were not authorized.

Sincerely,

Elvan Katmer
Fox News Channel
Assignment Desk
(202) 824 - 6369

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.