*Strzok v. Barr,* No. 1:19-CV-2367-ABJ

# Exhibit B

Chat with (b) (6) ████████████

---

Tuesday, December 12, 2017

(b) (6) ████████████

Hi Sarah, Lachlan at the Daily Beast. Betsy suggested I touch base about the document preview tonight? Just wanted to get on your radar. lachlan.markay@thedailybeast.com

8:18 PM

Chat with (b) (6)



Tuesday, December 12, 2017

(b) (6)

Hi Sarah it's Jessica from the WSJ. Del asked me to head to the DOJ for an update. Can I get escorted?

10:09 PM

Me

I can't escort at this point. Folks are wrapping and I can't be outside for that long.

10:10 PM

(b) (6)

Is there any other way to do it?

10:10 PM

Me

5 committees on the hill have this stuff

10:10 PM

(b) (6)

I can be there in a short while

10:10 PM

(b) (6)

Is there anyone else that can get me inside?

10:11 PM

Me

Not at this point. Sorry.

10:12 PM

(b) (6)

Ok will try to find a replacement, thanks all the same                    10:13 PM

# Chat with Alex Pfeiffer

Nonresponsive Records



Tuesday, December 12, 2017



Alex Pfeiffer

Hey whats uo

8:46 PM



Alex Pfeiffer

*up

8:46 PM

Alex Pfeiffer

responding to ur call

8:46 PM

Wednesday, December 13, 2017

Alex Pfeiffer

Assuming last night's call was about Strzok?

10:08 AM

Me

Yes sorry--turned out only some outlets have nighttime access. Annoying!

10:10 AM

Nonresponsive Records

# Chat with Brent kendall



Tuesday, December 12, 2017

Brent kendall

Hi Sarah it's Brent kendall from the Wall Street Journal. I'm on my way over to take a look at these documents. But I wanted to make sure how long you were going to be there. Thanks. I have a hard pass.
10:24 PM

Me

I'll be here for another 30 minutes for sure. Beyond that, I hope to leave at 11. I've been up since 4:)
10:26 PM

Brent kendall

Thanks. I'm sure it's been a super long day. I'm driving now from Silver Spring.  Google says I will be there before 11.
10:27 PM

Me

The issue is you can't take them with you
10:27 PM

Me

You have to read them here
10:27 PM

Me

And take notes
10:27 PM

Brent kendall

Well if I am able to just take a quick look and at least confirm a few of the texts then I can feed to Aruba who is already writing. thanks          10:39 PM

Brent kendall

Excuse the grammar I am dictating text while driving thanks          10:39 PM

Me

Not a problem at all          10:39 PM

# Chat with Charlie  Savage



Nonresponsive Records

Nonresponsive Records

Wednesday, December 13, 2017

Charlie Savage

Sarah -- Given RR testimony, can you please say who decided to put out the texts yesterday and why? did he know/authorize? If there is anything else DOJ is saying about the matter, can you please send it to me? Thanks!

1:02 PM

Me

He just said the IG approved

1:03 PM

Charlie Savage

I am in cab with Katie bc we are worried about missing the window for her to submit credential paperwork so not watching hearing. He said IG approved giving the stuff to the press specifically? I was asked to get Main Justice explanation for that in particular.

1:11 PM

Me

Off the record: I bent over backwards to include NYT including standing in 20 degree weather bc the person you sent didn't have a badge. The IG approved it. Lawyers and ethics officials approved it. But not to worry. We will note the press doesn't want access to information that we provide to congress and isn't subject to any withholding exemption. This is unreal to me after how much grief I've gotten from media of everything we haven't been able to make available.

1:14 PM

Me

Ian has a statement. You can work through him from now on.

1:14 PM

Charlie Savage

I understand where you are coming from and objected. They said bc RR confirmed it was a question we had to ask. (I am not even writing the story.)

1:25 PM

Me

OTR again: yep, and it will never happen again. Bc I was the one who jumped through all those hoops to ensure it could be release legally and ethically. Next time I won't bother. I'll go home before midnight, get to eat dinner, and get more than 4 hours of sleep. And you guys will never know the difference.

1:28 PM

Me

I was working from 4am to midnight yesterday. Why would I ever bother to do this again when my boss and I are both better off keeping press in the dark?

1:29 PM

Me

That's the end of my rant. But you and the other beat reporters can expect a very different relationship w the department.

1:29 PM

Not Responsive Records

# Chat with Del Wilbur



Nonresponsive Records

Nonresponsive Records

Tuesday, December 12, 2017

Nonresponsive Records



Del Wilbur

How late can we send the someone ?                    10:06 PM

Del Wilbur

We send someone?                                      10:06 PM

Me

It would have to be someone w a badge               10:07 PM

Del Wilbur

How late? Where do they go?                           10:08 PM

Me

10th street entrance. I'll be here for another 30 minutes.                    10:09 PM

Del Wilbur

Brent Kendall is going if you want to leave the texts somewhere he       10:20 PM
can find them

Me

Can't do that                    10:20 PM

Me

I'll have to stay here with him                    10:20 PM

Del Wilbur

Ah. Ok                    10:20 PM

Me

Can't take it or take pictures of it                    10:21 PM

Del Wilbur

Sorry. Ah                    10:21 PM

Wednesday, December 13, 2017

Del Wilbur

Thanks so much for your help last night. Much appreciated. Sorry       8:22 AM
for my Paper's chaotic approach to it

Me

No prob                    8:28 AM

Del Wilbur

Left you some caffeine on your desk bc of the late night, but then       2:32 PM
realized you are probably on the hill...oops. I only watched it on
cspan.

Me

Aww. That's really really kind of you. I feel pretty burned by
everything that happened this morning w stories about how I             2:37 PM
probably violated the law or something silly. but I guess I just need
to get over it.

Del Wilbur

How did you do that?                    2:37 PM

Del Wilbur

I thought I saw something about it but assumed it was a reporter pissed they didn't get the info

2:37 PM

Del Wilbur

I feel like Obama Doj would sometimes let us see documents that were sent to congress, too. I have a vague recollection of that. But I bet others in the press corp would recall it. Some have real memories for that kind of thing.

2:38 PM

Del Wilbur

Welp, feel free to enjoy it. Once you get back,  you can nuke it. I like that 350 coffee place

2:39 PM

Del Wilbur

Can we get the texts now that they have been made public by congress?

2:45 PM

Me

Anyone from congress is and has been welcome to give you the texts

3:01 PM

Nonresponsive Records

# Chat with Eric Tucker



Nonresponsive Records



Tuesday, December 12, 2017

**Eric Tucker**

Can you give any more clarity as to what we're looking at?          8:05 PM

**Eric Tucker**

Is the DAG recusing?          8:05 PM

Me

No. It's responsive to congress.          8:06 PM

**Eric Tucker**

Thanks very much. Related to unmasking?          8:11 PM

Me

Please stop guessing          8:11 PM

**Eric Tucker**

Last question: this isn't an exclusive for AP, is it? Like, others are going to be there as well, right?          8:18 PM

**Eric Tucker**

Or is this just us          8:18 PM

Me

Correct. Not just you.          8:18 PM

# Chat with Ian & Alan



Wednesday, December 13, 2017

Alan

Hi Sarah and Ian, it's Alan from US News. I know you're probably following - or with - Rosenstein this morning. Would you mind calling when you have a moment?

10:13 AM

Me

I'm at the hearing. Happy to text.

10:14 AM

Alan

Wanted to touch base on the Strzok texts that were shared yesterday.

10:18 AM

Me

You bet. Let me know what you need.

10:57 AM

## Chat with Jake Gibson

Nonresponsive Records

Nonresponsive Records

Tuesday, December 12, 2017

Nonresponsive Records

Nonresponsive Records



Nonresponsive Records

Nonresponsive Records



Nonresponsive Records

Me

Plan on coming back to doj a little after 8                    7:00 PM

Jake Gibson

I'm long gone                                                  7:00 PM

Jake Gibson

U all right?                                                   7:00 PM

Me

Who from fox wants to come?                 7:00 PM

Me

Can't talk now. And it's just a standby for the moment. Will provide     7:02 PM
more clarity when I can.

Jake Gibson

Can u call me?                                                 7:02 PM

Jake Gibson

Are u talking about doing something tonight??                 7:02 PM

Jake Gibson

You mean to do an on cam interview tonight? I'd be happy to come back for that. But need to know if it's a go, so I can get a crew

7:07 PM

Me

No. Nothing on camera.

7:08 PM

Me

This would be an info dump

7:08 PM

Jake Gibson

Oh... understood

7:08 PM

Jake Gibson

Copy

7:08 PM

Jake Gibson

Lemme know and I will book it a ckt

7:09 PM

Jake Gibson

Takes me like 30 mins door to door

7:09 PM

Jake Gibson

Can u talk anytime soon?

7:29 PM

Me

Head this way

7:44 PM

Jake Gibson

What's going on? What time? All Beat reporters?

7:45 PM

Me

Not all beats

7:46 PM

Jake Gibson

K

7:53 PM

Jake Gibson

On way

7:53 PM

Jake Gibson

Almost there

8:27 PM

Jake Gibson

10 mins

8:27 PM



# Chat with John Roberts



Nonresponsive Records

Tuesday, December 12, 2017



John Roberts

Hey...what's going on there tonight?

8:41 PM

Chat with Julia Edwards Ainsley



Tuesday, December 12, 2017

Julia Edwards Ainsley

You said tonight, right?

7:51 PM

Me

Yes. 830. Documents to review.

7:51 PM



Me

Nothing on camera

7:51 PM

Julia  Edwards Ainsley

Ok. I'm coming

7:57 PM

Wednesday, December 13, 2017

Julia  Edwards Ainsley

Hey thanks again for giving us all a heads up last night. It was a very smooth roll out --Julia Ainsley NBC

4:50 PM



Nonresponsive Records

# Chat with Kelly Cohen



Nonresponsive Records



# Chat with Laura Jarrett



Nonresponsive Records



Nonresponsive Records

Tuesday, December 12, 2017

Nonresponsive Records



Me

Plan on coming back to doj a little after 8

6:59 PM

Laura Jarrett

Got it, here now. You upstairs?

7:01 PM

Me

Yeah. I'll come down in a bit hopefully.

7:01 PM

Laura Jarrett

sounds good, let me know

7:01 PM

# Chat with Matt Zapotosky



Nonresponsive Records



Nonresponsive Records

Tuesday, December 12, 2017

Matt Zapotosky

You're gonna get Devlin instead of me (I'm technically on vacation today but am in DC).

8:04 PM

Me

No prob!    8:06 PM

# Chat with Mike Levine

Nonresponsive Records



Nonresponsive Records

Tuesday, December 12, 2017

Nonresponsive Records



Nonresponsive Records

Me

Can u come to office tonight at 830?   7:45 PM

Mike Levine

I can make it there at 9. Is that ok?   8:01 PM

Me

Yep no prob   8:01 PM

Mike Levine

Cool thanks   8:01 PM

Mike Levine

Thanks for making all that happen.   10:13 PM

Me

You bet. It's my job:)   10:13 PM

Mike Levine

Ha true. Have a good night                                          10:14 PM

Mike Levine

Hi, do you know the date of the first earliest text message?        11:09 PM

Me

8/16/15                                                             11:10 PM

Mike Levine

Thanks                                                             11:10 PM

Wednesday, December 13, 2017

Mike Levine

Hey, apparently NBC reported that the texts were released by DOJ.    7:42 AM
My folks wanted me to check to see if we can say that too, or still
case that can't mention DOJ?

Me

No she said released by doj to the hill, which is true, if you read the   7:43 AM
story

Mike Levine

Gotcha thanks                                                      7:45 AM



Nonresponsive Records

Chat with Paula Reid

Nonresponsive Records



Nonresponsive Records

Tuesday, December 12, 2017

Nonresponsive Records

Paula Reid

Any update? I am using this suspense as an excuse not to go to the gym.

6:34 PM



Me

Ha. Yeah no lid yet. I may ask y'all to come here after 8 if that helps. If not, it'll just be a phone call.                    6:34 PM

Paula Reid

Ok. Thank you. Will keep my calendar open.                    6:35 PM

Me

Be here at 830                    7:48 PM

Paula Reid

Which entrance works this time of day?                    7:49 PM

Me

The 10th street one and you go through the car entrance?                    7:59 PM

Paula Reid

Cool. Tks                    8:00 PM

Wednesday, December 13, 2017

Paula Reid

It seems you have had a s--t day, but I have a prime parallel example for you if you need precedent to defend last night.                    7:51 PM

Nonresponsive Records

# Chat with Pete Williams



Tuesday, December 12, 2017

Me  7:45 PM

Can u or send someone  to office tonight at 830?

# Chat with Sarah Lynch

Nonresponsive Records



Wednesday, December 13, 2017

Sarah Lynch

Hey. How come no one told me that the texts would be at doj yesterday??

9:42 AM

Sarah Lynch

Sarah - I am coming by later but I really hope we can avoid this in the future

9:51 AM

Me

Oversight on my part. I tried to get the outlets with overnight access and you're right that Rueters does but for some reason I thought it didn't.

10:11 AM

Sarah Lynch

Julia Harte might come by for me later. I think her hearing with end before Rod's.

10:11 AM

Sarah Lynch

In future def loop me in. We have 24 hour staffing around the globe

10:12 AM

Nonresponsive Records