*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit C

**Schools, Scott (ODAG)**

| | |
|---|---|
| **From:** | Schools, Scott (ODAG) |
| **Sent:** | Tuesday, December 12, 2017 4:47 PM |
| **To:** | Winn, Peter A. (OPCL) |
| **Subject:** | FW: Texts Messages |
| **Attachments:** | Strzok Texts Redacted.pdf |

Per our conversation.

-----Original Message-----
From: (b) (6), (b) (7)(C) per FBI (INSD) (FBI) (b) (6), (b) (7)(C) per FBI
Sent: Tuesday, December 12, 2017 2:22 PM
To: Schools, Scott (ODAG) <sschools@jmd.usdoj.gov>
Cc: McNamara, Nancy (INSD) (FBI) (b) (6), (b) (7)(C) per FBI; (b) (6), (b) (7)(C) per FBI (DO) (FBI) (b) (6), (b) (7)(C) per FBI
Subject: Texts Messages

Mr. Schools,

(b) (5)

Let me know if you have any concerns or questions.

Thank you,
(b) (6), (b) (7)(C) per FBI

Unit Chief
External Audit Management Unit
Inspection Division
Federal Bureau of Investigation
(b) (6), (b) (7)(C) per FBI