*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit D

**Winn, Peter A. (OPCL)**

| | |
|---|---|
| **From:** | Winn, Peter A. (OPCL) |
| **Sent:** | Thursday, January 4, 2018 12:41 PM |
| **To:** | Schools, Scott (ODAG) |
| **Subject:** | RE: FBI Text Messages - Memo to File |
| **Attachments:** | 2017-12-12 - Privacy Act Assessment FINAL.docx |

Hi Scott,

Here is the final for your records.

Peter

Peter A. Winn
Acting Chief Privacy and Civil Liberties Officer
Director, Office of Privacy and Civil Liberties
United States Department of Justice
National Place Building, Suite 1000
1331 Pennsylvania Avenue, NW
Washington DC 20530
Office (b) (6)
Cell (b) (6)
Fax (202) 307-0693
(b) (6)
(b) (6)
https://www.justice.gov/opcl

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that unauthorized dissemination, distribution, copying, or use of this email or its contents may violate is prohibited. If you received this email in error, please notify the sender immediately and destroy all copies.

---

**From:** Schools, Scott (ODAG)
**Sent:** Wednesday, December 20, 2017 8:22 PM
**To:** Winn, Peter A. (OPCL) (b) (6)
**Subject:** RE: FBI Text Messages - Draft Memo to File

(b) (5)

---

**From:** Winn, Peter A. (OPCL)
**Sent:** Wednesday, December 20, 2017 7:00 PM
**To:** Schools, Scott (ODAG) <sschools@jmd.usdoj.gov>

**Subject:** FBI Text Messages - Draft Memo to File

Hi Scott,

(b) (5) ███████████████████████████████ █████████████████ ██ ████████
███████████████████████████

Peter