*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit E

## Harman-Stokes, Katherine M. (OPCL)

| | |
|---|---|
| **From:** | Harman-Stokes, Katherine M. (OPCL) |
| **Sent:** | Tuesday, December 19, 2017 5:44 PM |
| **To:** | Winn, Peter A. (OPCL) |
| **Cc:** | (b) (6) (OPCL) |
| **Subject:** | RE: Privacy Act assessment - OIG context |
| **Attachments:** | 2017-12-19 - Privacy Act Assessment - OIG Records (b) (5), (b) (6) .docx |
| **Importance:** | High |

Peter, (b) (5) Happy to discuss further tomorrow.
Kathy

From: Harman-Stokes, Katherine M. (OPCL)
Sent: Tuesday, December 19, 2017 4:43 PM
To: Winn, Peter A. (OPCL) (b) (6)
Cc: (b) (6) (OPCL) (b) (6)
Subject: Privacy Act assessment - OIG context
Importance: High

Peter, (b) (5)
Kathy