*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit G

**Flores, Sarah Isgur (OPA)**

**From:** Flores, Sarah Isgur (OPA)
**Sent:** Wednesday, December 13, 2017 1:03 PM
**To:** Mark.Hosenball@thomsonreuters.com
**Cc:** Prior, Ian (OPA)
**Subject:** Re: Strzok emails

As the dag just testified, the IG approved the release.

On Dec 13, 2017, at 12:38 PM, "Mark.Hosenball@thomsonreuters.com" <Mark.Hosenball@thomsonreuters.com> wrote:

> what kind of career officials approved release ? Did IG approve ? and if it is so non controversial why did you release material in what I hear was a somewhat sneaky way ?
>
> Sent from my iPhone
>
> On Dec 13, 2017, at 12:20, Flores, Sarah Isgur (OPA) <Sarah.Isgur.Flores@usdoj.gov> wrote:
>
>> The Department ensures that its release of information from the Department to members of Congress or to the media is consistent with law, including the Privacy Act. As the Department's letter to Congress last night makes clear, this information was provided in response to requests from several Congressional committees for access to this information that was not subject to withholding exceptions. Notice and delivery of this information was made to the lawyers for the parties and the relevant congressional committees in advance of public release. Further, prior to release, career officials determined that the text messages could be released under both ethical and legal standards.
>>
>> On Dec 13, 2017, at 12:16 PM, "Mark.Hosenball@thomsonreuters.com" <Mark.Hosenball@thomsonreuters.com> wrote:
>>
>>> cool tks
>>>
>>> **From:** Flores, Sarah Isgur (OPA) [mailto:Sarah.Isgur.Flores@usdoj.gov]
>>> **Sent:** Wednesday, December 13, 2017 12:12 PM
>>> **To:** Hosenball, Mark J. (Reuters)
>>> **Cc:** Prior, Ian (OPA)
>>> **Subject:** Re: Strzok emails
>>>
>>> Statement coming
>>>
>>> On Dec 13, 2017, at 12:05 PM, "Mark.Hosenball@thomsonreuters.com" <Mark.Hosenball@thomsonreuters.com> wrote:

I gather DAG just told Congress the Strzok emails were somehow approved for public release. By whom ? under what legal authority ? Did IG sign off on that ? Please advise. tks mh

**From:** Hosenball, Mark J. (Reuters)
**Sent:** Wednesday, December 13, 2017 11:28 AM
**To:** 'Flores, Sarah Isgur (OPA)'; Prior, Ian (OPA)
**Subject:** Strzok emails

http://www.businessinsider.com/peter-strzok-page-texts-mueller-russia-trump-2017-12

So this story says that DoJ invited reporters to your offices yesterday night to give them access to private text messages exchanged between Peter Strzok and Lisa Page. The story says that this material was originally obtained by DoJ as part of an investigation by Justice Department IG into how the FBI handled its inquiry into Hillary Clinton's use of a private email server while she was Secretary of State. Isn't it quite unorthodox, if not unethical or even illegal, for DoJ to deliberately make public or leak evidence collected in an IG investigation ? Who is it who ultimately authorized or instructed DoJ to allow journalists to see this evidence ? Was AG Sessions involved ? Was the White House involved or was anyone in the White House consulted ? We might be writing a story about this today so your quick response most welcome. Many thanks indeed. mh