*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit H

**Prior, Ian (OPA)**

| | |
|---|---|
| **From:** | Prior, Ian (OPA) |
| **Sent:** | Wednesday, December 13, 2017 2:30 PM |
| **To:** | Jurecic, Quinta |
| **Subject:** | RE: Comment on Strzok/Page texts |

On the record statement below. Off the record, in response to these criticisms that something unprecedented happened last night → https://twittercom/DevlinBarrett/status/941026249396375552

"The Department ensures that its release of information from the Department to members of Congress or to the media is consistent with law, including the Privacy Act. As the Department's letter to Congress last night makes clear, this information was provided in response to requests from several Congressional committees for access to this information that was not subject to withholding exceptions. Notice and delivery of this information was made to the lawyers for the parties and the relevant congressional committees in advance of public release. Further, prior to release, career officials determined that the text messages could be released under both ethical and legal standards."

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

---

**From:** Jurecic, Quinta [mailto:Quinta.Jurecic@washpost.com]
**Sent:** Wednesday, December 13, 2017 2:26 PM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Comment on Strzok/Page texts

Hi Ian,

I've seen numerous commenters express concern over the Justice Department's decision to provide the press and Congress with text messages between Lisa Page and Peter Strzok. How would the Justice Department address criticisms of the decision as unusual or potentially politicizing of an ongoing investigation? Can I ask how the Office of Legislative Affairs came to obtain the text messages? Were the documents provided to the office by the Office of the Inspector General?

Also, during this morning's hearing, DAG Rosenstein stated that the Inspector General had planned to release a report in November but had been delayed. Do you know if the November report would have concerned the entire IG investigation into the handling of the Clinton email probe, or was it only concerning Strzok and Page's relationship?

Thanks,
Quinta

Quinta Jurecic
The Washington Post
Office: 202 334 7330
Cell: (b) (6)