*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit I

**Prior, Ian (OPA)**

**From:** Prior, Ian (OPA)
**Sent:** Wednesday, December 13, 2017 4:09 PM
**To:** Daniel Friedman
**Subject:** RE: Statement on release of Strzok texts?

Develin – another beat reporter, as is Paula Reid and Del Wilbur

https://twitter.com/DevlinBarrett/status/941026249396375552

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

**From:** Daniel Friedman [mailto:DFriedman@motherjones.com]
**Sent:** Wednesday, December 13, 2017 4:06 PM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Re: Statement on release of Strzok texts?

Thanks.

**From:** Prior, Ian (OPA) <Ian.Prior@usdoj.gov>
**Sent:** Wednesday, December 13, 2017 3:43:29 PM
**To:** Daniel Friedman
**Subject:** RE: Statement on release of Strzok texts?

"The Department ensures that its release of information from the Department to members of Congress or to the media is consistent with law, including the Privacy Act. As the Department's letter to Congress last night makes clear, this information was provided in response to requests from several Congressional committees for access to this information that was not subject to withholding exceptions. Notice and delivery of this information was made to the lawyers for the parties and the relevant congressional committees in advance of public release. Further, prior to release, career officials determined that the text messages could be released under both ethical and legal standards."

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

**From:** Daniel Friedman [mailto:DFriedman@motherjones.com]
**Sent:** Wednesday, December 13, 2017 3:40 PM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Re: Statement on release of Strzok texts?

Thanks. If you get more in his I'd like to know, even if the record. That does seem to me like the part where this is perhaps unusual.

Thanks,
Dan

---

**From:** Prior, Ian (OPA) <Ian.Prior@usdoj.gov>
**Sent:** Wednesday, December 13, 2017 11:27:07 AM
**To:** Daniel Friedman
**Subject:** RE: Statement on release of Strzok texts?

Off the record, I honestly don't know the process. Will have to check

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

---

**From:** Daniel Friedman [mailto:DFriedman@motherjones.com]
**Sent:** Wednesday, December 13, 2017 11:23 AM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Re: Statement on release of Strzok texts?

Just recalled one question I should have asked: These texts were given/obtained by the IG and turned over to Congress as the result of members' request, I believe. Do they pass through the comms office as part of the process through which the leg. affairs people turn them over to the Hill?

---

**From:** Prior, Ian (OPA) <Ian.Prior@usdoj.gov>
**Sent:** Wednesday, December 13, 2017 11:14 AM
**To:** Daniel Friedman
**Subject:** RE: Statement on release of Strzok texts?

Just called you

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

**From:** Daniel Friedman [mailto:DFriedman@motherjones.com]
**Sent:** Wednesday, December 13, 2017 11:11 AM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Re: Statement on release of Strzok texts?

Do you have handy prior examples of instances in which DOJ provided information to the press that was also sent to Hill, to avoid confusion? I personally have never received something like that.

**From:** Prior, Ian (OPA) <Ian.Prior@usdoj.gov>
**Sent:** Wednesday, December 13, 2017 10:59:30 AM
**To:** Daniel Friedman
**Subject:** RE: Statement on release of Strzok texts?

yes

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

**From:** Daniel Friedman [mailto:DFriedman@motherjones.com]
**Sent:** Wednesday, December 13, 2017 10:58 AM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Re: Statement on release of Strzok texts?

Thanks. Are the texts shared the same as the ones the Hill got? I was under impression Fox saw more texts than were turned over to the Hill.

**From:** Prior, Ian (OPA) <Ian.Prior@usdoj.gov>
**Sent:** Wednesday, December 13, 2017 10:56:04 AM
**To:** Daniel Friedman
**Subject:** RE: Statement on release of Strzok texts?

From DOJ official:
We often provide information we give to Congressional committees to avoid any confusion.

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

**From:** Daniel Friedman [mailto:DFriedman@motherjones.com]
**Sent:** Wednesday, December 13, 2017 10:55 AM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Statement on release of Strzok texts?

Ian,
Do you have a statement you can share on DOJ allowing some reporters to view Strzok/Page texts? Saw reference to that on twitter.

Can I see them too?

Thanks,
Dan Friedman
202.290.5424