*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit J

**Prior, Ian (OPA)**

**From:** Prior, Ian (OPA)
**Sent:** Wednesday, December 13, 2017 12:55 PM
**To:** (b) (6) Eli Lake Email
**Subject:** FW: This is Eli Lake from Bloomberg View. Deadline query on text messages

Yes. Off the record, I would note that we invited Chris Strohm who declined.

On the record statement:
The Department ensures that its release of information from the Department to members of Congress or to the media is consistent with law, including the Privacy Act. As the Department's letter to Congress last night makes clear, this information was provided in response to requests from several Congressional committees for access to this information that was not subject to withholding exceptions. Notice and delivery of this information was made to the lawyers for the parties and the relevant congressional committees in advance of public release. Further, prior to release, career officials determined that the text messages could be released under both ethical and legal standards.

Ian D. Prior
Principal Deputy Director of Public Affairs
Department of Justice
Office: 202.616.0911
Cell: (b) (6)

*For information on office hours, access to media events, and standard ground rules for interviews, please click here.*

**From:** Press
**Sent:** Wednesday, December 13, 2017 12:51 PM
**To:** Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Cc:** Pettit, Mark T. (OPA) <mtpettit@jmd.usdoj.gov>
**Subject:** FW: This is Eli Lake from Bloomberg View. Deadline query on text messages

Thanks-KJ

**From:** Eli Lake (b) (6)
**Sent:** Wednesday, December 13, 2017 12:47 PM
**To:** Press <Press@jmd.usdoj.gov>
**Subject:** This is Eli Lake from Bloomberg View. Deadline query on text messages

Business Insider is reporting that DoJ invited reporters Tuesday evening to view text messages the department was going to send to Congress between Peter Strzok and Lisa Page.

Is this accurate? If so, why was this done? What about the due process rights of Page and Strzok? On deadline. My number is 917 213 0804