*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit K

**Flores, Sarah Isgur (OPA)**

**From:** Flores, Sarah Isgur (OPA)
**Sent:** Wednesday, December 13, 2017 10:25 AM
**To:** Zoe Tillman
**Cc:** Prior, Ian (OPA); Pettit, Mark T. (OPA)
**Subject:** Re: Strzok texts

To the hill. Not to reporters. You'll notice when sourcing other outlets have said they "obtained" them. If that doesn't work for y'all, let me know.

On Dec 13, 2017, at 10:03 AM, Zoe Tillman <zoe.tillman@buzzfeed.com> wrote:

> Thanks, can you explain what you mean in saying we couldn't source them to DOJ? Several reports said the texts were "released" by DOJ.
>
> On Dec 13, 2017 9:56 AM, "Flores, Sarah Isgur (OPA)" <Sarah.Isgur.Flores@usdoj.gov> wrote:
>> We have a hard copy you can review at the office. You can't take them with you, take pictures, or source them (to doj or otherwise).
>>
>> Mark will be the one to work with on that.
>>
>> On Dec 13, 2017, at 9:53 AM, Zoe Tillman <zoe.tillman@buzzfeed.com> wrote:
>>
>>> Good morning - are you providing the Strzok texts, or do I need to ask someone else?
>>>
>>> Thanks,
>>> Zoe
>>>
>>> --
>>> Zoe Tillman | BuzzFeed News | Reporter
>>> O: 202-602-1705 | M: (b) (6)         | @zoetillman
>>> 1630 Connecticut Avenue NW, 7th Floor, Washington, DC 20009