*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit L

**Flores, Sarah Isgur (OPA)**

**From:** Flores, Sarah Isgur (OPA)
**Sent:** Wednesday, December 13, 2017 4:02 PM
**To:** Emma Loop
**Subject:** RE: texts

Yes. Sourcing rule stays the same as yall agreed to.

xxx
Sarah Isgur Flores
Director of Public Affairs
202.305.5808

**From:** Emma Loop [mailto:emma.loop@buzzfeed.com]
**Sent:** Wednesday, December 13, 2017 3:59 PM
**To:** Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov>
**Subject:** texts

Hi Sarah,

I was just at the DOJ copying the text messages between Strzok and Page. Matt told me we aren't to attribute the texts to you but multiple lawmakers spoke about the DOJ allowing reporters to view the texts at the House Judiciary Committee hearing today, and DAG Rosenstein said he believed it was true. Do we still need to avoid attributing to DOJ?

Thanks,

Emma

Emma Loop | BuzzFeed News | Capitol Hill Reporter, Washington | c: (b) (6) (on Signal) | d: 202-602-1706 | PGP: http://bit.ly/2pCPtjT | Twitter: @LoopEmma | buzzfeed.com/emmaloop

Got a confidential tip? Here's how to send it to us: tips.buzzfeed.com