*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit M



U.S. Department of Justice

Office of the Inspector General

December 15, 2017

The Honorable Jarrold Nadler
Ranking Member
Committee on the Judiciary
U.S. House of Representatives
2109 Rayburn House Office Building
Washington, DC 20515

The Honorable Jamie Raskin
Vice Ranking Member
Committee on the Judiciary
U.S. House of Representatives
431 Cannon House Office Building
Washington, DC 20515

The Honorable Hakeem Jeffries
U.S. House of Representatives
1607 Longworth House Office Building
Washington, DC 20515

Dear Ranking Member Nadler, Vice Ranking Member Raskin, and Congressman Jeffries:

Thank you for your letter dated December 14, 2017, requesting information regarding whether the Department of Justice (the Department) consulted with the Office of Inspector General (OIG) before sharing text messages between FBI employees Peter Strzok and Lisa Page with Congress and the media. Our responses to the questions presented in your letter are set forth below.

1. A spokeswoman for the Department suggested that "career Justice officials evaluated the messages…to be sure that they could be released 'under both ethical and legal standards.'" Did the Department consult with your office prior to producing these text messages to Congress?

   At a hearing on November 15, 2017, before the House Committee on Oversight and Government Reform, I testified that the OIG had no objection to the Department providing to Congress pre-existing Department records in its custody in response to a Congressional oversight request. I noted that the Department would need to determine whether there were any restrictions, such as those affecting grand jury information, that limited its ability to produce certain

records to Congress. I conveyed this position to the Department as well. The Department did not consult with the OIG in order to determine whether releasing the text messages met applicable ethical and legal standards before providing them to Congress.

2. Did the Department consult with your office prior to sharing these text messages with the press?

   The Department did not consult with the OIG before sharing the text messages with the press.

If you have any additional questions, please do not hesitate to contact me or Greg Sabina, my Advisor for Legislative Affairs, at (202) 514-3435.

Sincerely,

Michael E. Horowitz
Inspector General

cc: The Honorable Robert Goodlatte
Chairman, Committee on the Judiciary

The Honorable Trey Gowdy
Chairman, House Committee on Oversight and Government Reform

The Honorable Elijah Cummings
Ranking Member, House Committee on Oversight and
    Government Reform

The Honorable John Culberson
Chairman, Subcommittee on Commerce, Justice, Science, and Related
    Agencies, House Committee on Appropriations

The Honorable Jose Serrano
Ranking Member, Subcommittee on Commerce, Justice, Science, and
    Related Agencies, House Committee on Appropriations

The Honorable Charles Grassley
Chairman, Senate Committee on the Judiciary

The Honorable Dianne Feinstein
Ranking Member, Senate Committee on the Judiciary

Document ID: 0.7.16060.5678-000001                                                                                          20180326-0061145

The Honorable Ron Johnson
Chairman, Senate Committee on Homeland Security and
    Governmental Affairs

The Honorable Claire McCaskill
Ranking Member, Senate Committee on Homeland Security and
    Governmental Affairs

The Honorable Richard Shelby
Chairman, Subcommittee on Commerce, Justice, Science, and Related
    Agencies, Senate Committee on Appropriations

The Honorable Jeanne Shaheen
Ranking Member, Subcommittee on Commerce, Justice, Science, and
    Related Agencies, Senate Committee on Appropriations

The Honorable Rod J. Rosenstein
Deputy Attorney General, U.S. Department of Justice

3

The Honorable Ron Johnson
Chairman, Senate Committee on Homeland Security and
    Governmental Affairs

The Honorable Claire McCaskill
Ranking Member, Senate Committee on Homeland Security and
    Governmental Affairs

The Honorable Richard Shelby
Chairman, Subcommittee on Commerce, Justice, Science, and Related
    Agencies, Senate Committee on Appropriations

The Honorable Jeanne Shaheen
Ranking Member, Subcommittee on Commerce, Justice, Science, and
    Related Agencies, Senate Committee on Appropriations

The Honorable Rod J. Rosenstein
Deputy Attorney General, U.S. Department of Justice

3