*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit N

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PETER P. STRZOK,                                         ) <br> ) <br> Plaintiff,            ) <br> ) <br> v.                                               ) <br> ) <br> WILLIAM P. BARR, in his official capacity   ) <br> as Attorney General of the United States, *et al.*,  ) <br> ) <br> Defendants.       ) <br> ) | Case No. 1:19-CV-2367-ABJ |

## DECLARATION OF PETER STRZOK

I, Peter P. Strzok, hereby declare:

1. I am the Plaintiff in the above-captioned case.

2. In early August 2017, I was removed from the Special Counsel's Office and reassigned to the FBI's Human Resources Division after the texts criticizing Candidate and President Trump were discovered by the Office of the Inspector General ("OIG").

3. Shortly after that transition, I met with David Bowdich, who was at the time the Associate Deputy Director of the FBI.  Mr. Bowdich currently serves at the FBI's Deputy Director.

4. During that conversation, Mr. Bowdich reassured me, in substance, that the discovery of the texts would not significantly impact my career path at the FBI.

5. When I sent the texts in question, I intended that they remain private.

6. My family and I have been the subject of threats, both before and after August 9, 2018.

7. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on: December 20, 2019                /s/ Peter P. Strzok
                                                                     Peter P. Strzok