*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit P

From: [REDACTED] (DO) (FBI) [mailto:[REDACTED]@fbi.gov]
Sent: Wednesday, July 25, 2018 3:48 PM
To: Goelman, Aitan
Subject: Peter Strzok Last Chance Agreement

Aitan,

Based on your client's statements during yesterday's hearing that he would accept a 60-day suspension, demotion, and a Last Chance Agreement in lieu of dismissal, and at your request, I am forwarding you the attached Last Chance Agreement.  I want to stress, Aitan, in the end, as you know, it is the AD's decision.  I am waiting to hear back from you before speaking further with the AD.

[REDACTED]

Office of Professional Responsibility
Federal Bureau of Investigation
[REDACTED]

1

## "LAST CHANCE" ADJUDICATION AGREEMENT
## FOR PETER P. STRZOK II
### July 2018

On June 15, 2018, Deputy Assistant Director Peter P. Strzok II was proposed for dismissal from the rolls of the FBI based on the findings that he: (1) made inappropriate political comments in text messages on his FBI-issued cell phone, in violation of FBI Offense Code 5.21 (Unprofessional Conduct – Off Duty); (2) utilized a personal email account to conduct official FBI business, in violation of FBI Offense Code 5.18 (Security Violation – Other); and (3) failed to diligently pursue a significant investigative lead, in violation of FBI Offense Code 1.7 (Investigative Deficiency – Misconduct Related to Judicial Proceedings). In lieu of dismissal, Mr. Strzok requests that the Assistant Director, OPR, reduce the penalty to a 60-day suspension, in which Offense Codes 5.21 and 5.18 are substantiated, Offense Code 5.2 (Dereliction of Supervisory Responsibility) be substituted for Offense Code 1.7, and he be demoted to a non-supervisory position. In support of this request, Mr. Strzok agrees to the following terms:

Mr. Strzok agrees to complete a suspension of 60 calendar days by remaining in Suspension Status until he has recorded a total of 44 complete work days of Suspension in WebTA. The required 44 days of lost pay includes any complete 8-hour work day already recorded in WebTA as "Suspension."

Mr. Strzok agrees that OPR will retain jurisdiction over this matter, and that failure to abide by this agreement will cause OPR to reopen this matter and summarily dismiss the employee.

Mr. Strzok further agrees that the OPR Assistant Director's decision will constitute the FBI's FINAL decision in this matter, unless the matter is reopened based on credible evidence of a violation of this agreement. Mr. Strzok agrees to waive his right to appeal to the FBI's internal disciplinary entity or to the Merit Systems Protection Board.

Mr. Strzok further agrees that if he engages in any other serious misconduct, the appropriate sanction will be removal from the rolls of the FBI.


Signature:_____          Date:_____
      Peter P. Strzok II


Signature:_____          Date:_____
      Aitan D. Goelman
      Counsel for Peter P. Strzok