*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit R



Aitan D. Goelman
Zuckerman Spaeder LLP
agoelman@zuckerman.com

ZUCKERMAN SPAEDER

1800 M STREET NW • SUITE 1000 • WASHINGTON, DC 20036-5802
202.778.1999 direct • mobile • 202.822.8106 fax

▸ Download V-Card | Office | Website | Blog

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800, and permanently delete all copies.

**From:** Bessee, Cecilia O. (OGC) (FBI) [[REDACTED]@fbi.gov]
**Sent:** Monday, August 20, 2018 8:59 PM
**To:** Goelman, Aitan
**Cc:** [REDACTED]
**Subject:** FW: Special Agent Peter Strzok

Aitan,
Your email to Deputy Director Bowdich regarding Special Agent Peter Strzok, has been forwarded to the FBI's Office of the General Counsel for appropriate response.  We are in the process of reviewing your email and looking into your request.  We will respond to your request in due course.  Thank you for your patience.
Cecilia

Cecilia O. Bessee
Acting Deputy General Counsel
Litigation Branch
Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave, NW, Room 10140
Washington, DC 20535
Telephone: [REDACTED]

1

Facsilile: [REDACTED]

Confidentiality Statement :
This message is transmitted to you by the Office of the General Counsel of the Federal Bureau of Investigation.  The message, along with any attachments, may be confidential and legally privileged.   If you are not the intended recipient of this message, please destroy it promptly without further retention or  dissemination (unless otherwise required by law).  Please notify the sender of the error by a separate e-mail or by calling  [REDACTED].


-------- Original message --------
From: "Goelman, Aitan" <AGoelman@zuckerman.com>
Date: 8/11/18 9:37 PM (GMT-05:00)
To: "Bowdich, David L. (DO) (FBI)" <[REDACTED]>
Subject: Special Agent Peter Strzok


Deputy Director Bowdich:

I represent Peter Strzok and am in possession of your letter dated August 9, 2018, terminating Special Agent Strzok and thereby overturning the decision of the FBI's Office of Professional Responsibility ("OPR") that Special Agent Strzok's profound remorse, record of exemplary service and unlikelihood of recidivism justify the less severe punishment of a 60-day suspension and demotion rather than termination.  Your letter states that your decision to terminate "is final, and not subject to further administrative review."  This is inconsistent with both past practice and the language of previous communications from OPR.  Both the OPR letter of August 8, 2018, and the OPR letter of June 15, 2018, announcing the disciplinary recommendation, stated that Special Agent Strzok would be entitled to appeal any adverse decision more severe than a 14-day suspension to a 5-member, cross-divisional Disciplinary Review Board.  Given that the availability of such an appeal is consistent with past practice, and Director Wray's repeated statements that he intended to scrupulously follow the FBI's ordinary practice in this matter, we respectfully request the opportunity to appeal your decision administratively and, if you decline, an explanation as to why the Bureau decided to abandon both past practice and its own written commitments in this case.

Very truly yours,

Aitan Goelman