**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> WILLIAM P. BARR, in his official capacity ) </br> as Attorney General of the United States, *et al.*, ) </br> ) </br> Defendants. ) </br> ) | Case No. 1:19-CV-2367-ABJ |

**[PROPOSED] ORDER**

Having considered Defendants' motion to dismiss or, in the alternative, for summary judgment as to Count One and Count Two, and motion for summary judgment as to Count Three; Plaintiff's response; and the entire record, IT IS HEREBY ORDERED:

Defendants' motion is **DENIED**.

Dated:_____          _____
                                                            Hon. Amy Berman Jackson
                                                            United States District Judge