## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-CV-2367-ABJ |
| v. | ) | |
| | ) | |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT MOTION TO EXPAND PAGE LIMIT
## OF DEFENDANTS' REPLY MEMORANDUM

Defendants respectfully move to expand the page limit of their reply memorandum in support of Defendants' pending motion, ECF No. 30, to 30 pages.  The parties have conferred, and Plaintiff consents to this request.  Under the local rules, "a reply memorandum shall not exceed 25 pages, without prior approval of the Court."  Loc. Civ. R. 7(e).  Defendants respectfully asks that the page limit for their reply memorandum be expanded to 30 pages in light of the number and complexity of issues presented in this case.

Dated: January 17, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20001
Phone:  (202) 305-0878
Fax: (202) 616-8460
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*