IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-CV-2367-ABJ |
| v. ) | |
| ) | |
| WILLIAM P. BARR, in his official capacity ) | |
| as Attorney General of the United States, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion to expand the page limit of Defendants' reply memorandum, it is hereby ORDERED that the motion is GRANTED.

Defendants arepermitted to file a reply memorandum in support of their pending Motion, ECF 30, not to exceed 30 pages.

SO ORDERED.

Dated: _____        _____
                                                                Hon. Amy Berman Jackson
                                                                United States District Court Judge