IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER P. STRZOK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-2367-ABJ |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY**

Plaintiff hereby requests leave to file a file a surreply in opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. Plaintiff's surreply need not exceed fifteen (15) pages and would be filed on or before January 31, 2020. Defendants' Reply Memorandum advanced new arguments and attached a five-page declaration from former Deputy Attorney General Rod Rosenstein with new, pre-discovery factual assertions. (*See* ECF No. 38, 38-1). Where a "movant raises arguments for the first time in his reply to the non-movant's opposition, the court [should] either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond . . . ." *Baloch v. Norton*, 517 F. Supp. 2d 345, 348 n.2 (D.D.C. 2007); *see also Alexander v. F.B.I.*, 186 F.R.D. 71, 74 (D.D.C. 1998) (finding "good cause" for a surreply where Plaintiff would otherwise be "unable to contest matters presented to the court for the first time in the form of [a] declaration"). Here, the government has effectively filed a new summary judgment motion based on a new factual record. If the Court grants leave to

1

file a surreply, Plaintiff will also submit an amended declaration pursuant to Federal Rule of Civil Procedure 56(d) therewith.  Defendants do not oppose this motion.

Date: January 21, 2020                                  Respectfully submitted,

/s/ Aitan D. Goelman
Aitan D. Goelman (DC Bar 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
AGoelman@zuckerman.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PETER P. STRZOK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-2367-ABJ |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

WHEREAS on January 17, 2020, Defendants filed a Reply in Support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 38) (the "Reply");

AND WHEREAS the Reply advanced new arguments and attached a declaration asserting new facts (*see id.*; ECF No. 38-1);

AND WHEREAS Plaintiff then filed an unopposed motion for leave to file, by January 31, 2020, a surreply not to exceed fifteen (15) pages;

IT IS **ORDERED** that Plaintiff may file a surreply not to exceed fifteen (15) pages on or before January 31, 2020.


Dated:_____                                _____
                                                      Hon. Amy Berman Jackson
                                                      United States District Judge