IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR, in his official capacity<br>as Attorney General of the United States, *et al.*,<br><br>        Defendants. | Case No. 1:19-CV-2367-ABJ |

**[PROPOSED] ORDER**

WHEREAS on January 17, 2020, Defendants filed a Reply in Support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 38) (the "Reply");

AND WHEREAS the Reply advanced new arguments and attached a declaration asserting new facts (*see id.*; ECF No. 38-1);

AND WHEREAS Plaintiff then filed an unopposed motion for leave to file, by January 31, 2020, a surreply not to exceed fifteen (15) pages;

IT IS **ORDERED** that Plaintiff may file a surreply not to exceed fifteen (15) pages on or before January 31, 2020.

Dated:_____          _____
                                Hon. Amy Berman Jackson
                                United States District Judge