*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit T

**Flores, Sarah Isgur (OPA)**

**From:** Flores, Sarah Isgur (OPA)
**Sent:** Tuesday, December 05, 2017 10:12 AM
**To:** Jarrett, Laura
**Subject:** RE: Contempt citations for DOJ/FBI?

FYI: nunes has a call or meeting with the DAG today. We've already told him that we're going to give him the text messages.

xxx
Sarah Isgur Flores
Director of Public Affairs
202.305.5808

**From:** Jarrett, Laura [mailto:Laura.Jarrett@cnn.com]
**Sent:** Tuesday, December 5, 2017 10:06 AM
**To:** Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov>
**Subject:** Fwd: Contempt citations for DOJ/FBI?


Laura Jarrett
CNN Justice Reporter
202-816-9771

Begin forwarded message:

> **From:** "Langer, Jack" (b) (6) House Email
> **Date:** December 5, 2017 at 10:01:10 AM EST
> **To:** "Jarrett, Laura" <Laura.Jarrett@cnn.com>
> **Subject: RE: Contempt citations for DOJ/FBI?**
>
> Hi Laura,
>
> We are expecting to put out a press release on this today. I've added you to our press list so you'll receive it.
>
> Jack Langer
> Director of Communications
> House Permanent Select Committee on Intelligence
> Office: (b) (6)
> Cell: (b) (6)
>
>
> -----Original Message-----
> From: Jarrett, Laura [mailto:Laura.Jarrett@cnn.com]
> Sent: Monday, December 04, 2017 10:38 PM

To: Langer, Jack
Subject: Contempt citations for DOJ/FBI?

Jack -

I cover DOJ for CNN and saw over the weekend that Chairman Nunes had set a deadline for COB today for all outstanding subpoena requests to be met from the Justice Dept and FBI. Do you have any update on what happened or next steps? Thanks in advance.

Laura Jarrett
CNN Justice Reporter
202-816-9771