*Strzok v. Barr*, No. 1:19-CV-2367-ABJ

# Exhibit U

Thank you,

Darren Samuelsohn
Senior reporter, POLITICO
Desk: 703-842-1769
Cell: (b) (6)
Dsamuelsohn@politico.com
@dsamuelsohn

**From:** "Flores, Sarah Isgur (OPA)" <Sarah.Isgur.Flores@usdoj.gov>
**Date:** Thursday, December 14, 2017 at 1:26 PM
**To:** Josh Gerstein <jgerstein@politico.com>, Darren Samuelsohn <dsamuelsohn@politico.com>
**Subject:** RE: Sharing a POLITICO link: "DOJ fuels doubts about integrity of Mueller probe"

Thanks, Josh. All reasonable points. Hopefully Darren can take my word for it that no documents were shown to any member of the press before Congress. Although I understand the texts were in distribution to reporters from another source before I showed them to anyone and I don't know how that happened.

xxx
Sarah Isgur Flores
Director of Public Affairs
202.305.5808

**From:** Josh Gerstein [mailto:jgerstein@politico.com]
**Sent:** Thursday, December 14, 2017 1:21 PM
**To:** Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov>; Darren Samuelsohn <dsamuelsohn@politico.com>
**Subject:** RE: Sharing a POLITICO link: "DOJ fuels doubts about integrity of Mueller probe"

Hi Sarah:

So in order to respect the terms of the embargo and the sourcing from Tuesday night, I did my best to steer clear of this story entirely. Just seemed awkward for me to try to wade into the specifics of stuff that was supposed to be for guidance or unattributed and the timing of everything.

Now that some of that is, for better or worse, in the public domain maybe you can work out with Darren the timeline he can report. I think he was operating primarily off of what lawmakers were saying yesterday at the hearing and elsewhere on the Hill.

If there's something specific you need me to verify about what went down, I'm happy to do that, but I did not want to breach any confidences.

--Josh

**From:** Flores, Sarah Isgur (OPA) [mailto:Sarah.Isgur.Flores@usdoj.gov]
**Sent:** Thursday, December 14, 2017 12:59 PM
**To:** Josh Gerstein <jgerstein@politico.com>; Darren Samuelsohn <dsamuelsohn@politico.com>
**Subject:** Fwd: Sharing a POLITICO link: "DOJ fuels doubts about integrity of Mueller probe"

I haven't seen a response to this. Need correction asap.

Begin forwarded message:

**From:** Darren Samuelsohn <dsamuelsohn@politico.com>
**Date:** December 14, 2017 at 11:08:11 AM EST
**To:** Darren Samuelsohn <dsamuelsohn@politico.com>
**Subject: Sharing a POLITICO link: "DOJ fuels doubts about integrity of Mueller probe"**

Good morning,

Sharing my latest story published this AM in POLITICO: **"DOJ fuels doubts about integrity of Mueller probe"**

https://www.politico.com/story/2017/12/14/justice-department-mueller-investigation-295483

Please share on social media and with friends and collagues. You can tag me @dsamuelsohn on Twitter.

Be in touch,

Darren Samuelsohn
Senior reporter, POLITICO
Desk: 703-842-1769
Cell: (b) (6)
Dsamuelsohn@politico.com
@dsamuelsohn