# United States Court of Appeals
### For The District of Columbia Circuit

**No. 19-5262**  September Term, 2019

1:19-cv-02367-ABJ

Filed On: December 19, 2019 [1820920]

Peter Strzok,

    Appellee

    v.

William Pelham Barr, in his official capacity as Attorney General, et al.,

    Appellees

David Andrew Christenson,

    Appellant

### O R D E R

By order filed October 2, 2019, appellant was directed to either pay the appellate docketing fee or file a motion for leave to proceed on appeal in forma pauperis by November 1, 2019. To date no submissions have been filed by the appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by February 3, 2020.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
      Amanda Himes
      Deputy Clerk