**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER STRZOK, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-02367-ABJ |
| LISA PAGE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-03675-TSC |

**[PROPOSED] ORDER**

Upon consideration of the government's motion to consolidate before this Court *Strzok v. Barr*, No. 1:19-cv-02367-ABJ, and *Page v. U.S. Department of Justice*, No. 1:19-03675-TSC, the government's motion is GRANTED. The two cases are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge