IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-CV-2367-ABJ |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF STRZOK'S RESPONSE TO DEFENDANTS'
MOTION TO CONSOLIDATE (ECF NO. 42)**

Plaintiff Peter P. Strzok takes no position on the government's Motion to Consolidate this case with *Page v. U.S. Department of Justice*, No. 1:19-cv-3675-TSC, for the limited purposes of coordinating discovery and pretrial proceedings related to the Privacy Act claims presented in both cases. In each case, the government has moved for summary judgment on the Privacy Act claims before any discovery has been taken.[1] It is premature, however, to address whether the cases should be tried together, as the government suggests they should be. *See* Motion to Consolidate at 5, ECF No. 42. The parties should address whether any issues in the cases should be tried together after discovery concludes, and Mr. Strzok therefore opposes consolidation of the cases for trial at this stage of the litigation. *See* Fed. R. Civ. P. 42.

---

[1] The government moved to dismiss two other claims in Mr. Strzok's complaint, and alternatively for summary judgment on those claims. Mr. Strzok's opposition to the government's motion shows that the motion to dismiss is insubstantial and that discovery of information exclusively available to the government is required before reaching the summary judgment motion. *See* Fed. R. Civ. P. 56(d).

1

Date: March 26, 2020                    Respectfully submitted,

/s/ Aitan D. Goelman
Aitan D. Goelman (DC Bar 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
AGoelman@zuckerman.com

/s/ Richard A. Salzman
Richard A. Salzman (DC Bar 422497)
HELLER, HURON, CHERTKOF & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel: (202) 293-8090
salzman@hellerhuron.com