UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER STRZOK,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity, *et al.*,<br><br>    *Defendants*. | Civil Action No. 19-cv-2367 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of Proposed Intervenor Lisa Page's Consent Motion to Intervene for the Limited Purpose of Responding to Defendants' Motion to Consolidate, IT IS HEREBY ORDERED that the Motion is **GRANTED**. IT IS FURTHER ORDERED that Proposed Intervenor Lisa Page's Response to Defendants' Motion to Consolidate shall be deemed **FILED** on the docket of this action.

IT IS SO ORDERED on this the ____ day of _____, 2020.

_____
Hon. Amy Berman Jackson
United States District Judge