UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK,<br><br>   *Plaintiff*,<br><br> v.<br><br>ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity, *et al.*,<br><br>   *Defendants*. | Civil Action No. 19-cv-2367 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Consolidate this action for all purposes with *Page v. U.S. Department of Justice*, No. 19-cv-3675 (TSC), IT IS HEREBY ORDERED that Defendants' Motion is **DENIED**.

IT IS SO ORDERED on this the ____ day of _____, 2020.

---

             Hon. Amy Berman Jackson
             United States District Judge