**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER STRZOK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATTORNEY GENERAL WILLIAM F. ) <br> BARR, in his official capacity, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:19-cv-02367-ABJ |
| LISA PAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:19-cv-03675-TSC |

**[CONSENT] MOTION FOR EXTENSION OF TIME**

Defendants U.S. Department of Justice and Federal Bureau of Investigation hereby move for an extension of time to file their Reply in support of their Motion for Summary Judgment, ECF. No. 14, and opposition to Plaintiff's Rule 56(d) Motion, ECF No. 20, in *Page v. U.S. Department of Justice*, No. 1:19-03675-TSC (*Page*). On March 30, 2020, the Court ordered that any extensions of time in the *Page* case "be directed to this Court in light of the limited consolidation." ECF No. 45 at 2, *Strzok v. Barr*, No. 1:19-cv-02367-ABJ (*Strzok*).

Pursuant to Local Civil Rules 7(b) and (d), Defendants' Reply is currently due on April 10, 2020, and Defendants' opposition to Plaintiff's Rule 56(d) Motion is due on April 17, 2020.

2

Defendants respectfully ask the Court to extend those deadlines until May 11, 2020, in light of the COVID-19 pandemic's impact on the federal government's operations.  It is also efficient to align the due dates for those two related filings.  This is Defendants' first request for an extension of time to file the reply brief and opposition to Plaintiff's 56(d) Motion.  Counsel for Defendants contacted counsel for Plaintiff, who indicated that Plaintiff consents to the requested extension.

| | |
|---|---|
| Dated: April 8, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | MARCIA BERMAN<br>Assistant Branch Director |
| | */s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS<br>GRACE X. ZHOU<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-0878<br>E-mail: Bradley.Humphreys@usdoj.gov |
| | *Counsel for Defendants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PETER STRZOK, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-02367-ABJ |
| v. | ) ) | |
| ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| LISA PAGE, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:19-cv-03675-TSC |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

Having considered Defendants' motion for extension of time in *Page v. U.S. Dep't of Justice*, No. 1:19-cv-03675-TSC (*Page*), the parties' agreement, and for good cause shown, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED.

The deadline for Defendants to file their Reply in support of the Motion for Summary Judgment, ECF No. 14, and opposition to Plaintiff's Rule 56(d) Motion, ECF No. 20, in *Page* is hereby EXTENDED until May 11, 2020.

A copy of this Order shall be docketed in *Page*, No. 1:19-cv-03675-TSC.

2

SO ORDERED.

Dated: _____

Hon. Amy Berman Jackson
United States District Judge