**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-02367-ABJ |
| | ) | |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| LISA PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-03675-TSC |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Having considered Defendants' motion for extension of time in *Page v. U.S. Dep't of Justice*, No. 1:19-cv-03675-TSC (*Page*), the parties' agreement, and for good cause shown, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED.

The deadline for Defendants to file their Reply in support of the Motion for Summary Judgment, ECF No. 14, and opposition to Plaintiff's Rule 56(d) Motion, ECF No. 20, in *Page* is hereby EXTENDED until May 11, 2020.

A copy of this Order shall be docketed in *Page*, No. 1:19-cv-03675-TSC.

SO ORDERED.


Dated: _____          _____
                                             Hon. Amy Berman Jackson
                                             United States District Judge