**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK,<br><br>       Plaintiff,<br><br>       v.<br><br>ATTORNEY GENERAL WILLIAM F. BARR,<br>in his official capacity, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:19-cv-2367-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO EXTEND TIME TO ANSWER**

Defendants hereby move for an extension of time of one week to answer Plaintiff's complaint in the above-captioned matter. Pursuant to Rule 12(a)(4)(A), Defendants' answer is currently due October 9, 2020. Defendants ask for a one-week extension because they require additional time to gather facts to respond to the allegations in Plaintiff's complaint. Counsel for Defendants contacted Plaintiff's counsel regarding this motion, and Plaintiff consents to the requested extension.

Dated: October 6, 2020

                                                                                      Respectfully submitted,

                                                                                      JEFFREY B. CLARK
                                                                                      Acting Assistant Attorney General

                                                                                      MARCIA BERMAN
                                                                                      Assistant Branch Director

                                                                                      CHRISTOPHER R. HALL
                                                                                      Assistant Branch Director

                                                                                      */s/ Bradley P. Humphreys*
                                                                                      BRADLEY P. HUMPHREYS
                                                                                      GRACE X. ZHOU
                                                                                      Trial Attorneys, U.S. Department of Justice

2

        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, D.C. 20005
        Tel.: (202) 305-0878
        Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*