**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATTORNEY GENERAL WILLIAM F. BARR, ) <br> in his official capacity, et al., ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-2367-ABJ |

**[PROPOSED] ORDER**

Having considered Defendants' motion for extension of time, Plaintiff's consent, and for good cause shown, IT IS HEREBY ORDERED:

The deadline for Defendants to answer Plaintiff's complaint is extended to October 16, 2020.

SO ORDERED.


Dated: _____          _____
                                          Hon. Amy Berman Jackson
                                          United States District Judge