UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, <br><br> *Plaintiff*, <br><br> v. <br><br> ATTORNEY GENERAL WILLIAM F. BARR, in his official capacity as Attorney General, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-3675 (TSC) |

**JOINT STATUS REPORT REGARDING
CONSOLIDATION OF CASES FOR DISCOVERY**

Pursuant to the Court's direction at the status conference of September 25, 2020, the parties respectfully submit this Joint Status Report to advise the Court that they agree the above-captioned cases should remain consolidated for the purposes of discovery.

The parties intend to move forward with a joint Rule 26(f) conference promptly following the Court's ruling on consolidation.

2

Dated: October 9, 2020

/s/ Aitan D. Goelman
Aitan D. Goelman (D.C. Bar No. 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com

/s/ Richard A. Salzman
Richard A. Salzman (D.C. Bar No. 422497)
HELLER, HURON, CHERTKOF &
  SALZMAN PLLC
1730 M Street NW, Suite 412
Washington, DC 20036
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter Strzok*

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Robert J. Katerberg (D.C. Bar No. 466325)
Kaitlin Konkel (D.C. Bar No. 1021109)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

*Counsel for Plaintiff Lisa Page*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
GRACE X. ZHOU
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

2