AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PETER P. STRZOK ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-2367-ABJ |
| ATTORNEY GENERAL WILLIAM F. BARR, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Peter P. Strzok                                              .

Date:   10/22/2020

/s/ Christopher R. MacColl
*Attorney's signature*

Christopher R. MacColl (DC Bar 1049153)
*Printed name and bar number*

ZUCKERMAN SPAEDER LLP
1800 M St., NW, Suite 1000
Washington, DC 20036
*Address*

cmaccoll@zuckerman.com
*E-mail address*

(202) 778-1849
*Telephone number*

(202) 822-8106
*FAX number*