**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PETER P. STRZOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-2367-ABJ |
| v. | ) |
| | ) |
| ATTORNEY GENERAL WILLIAM F. BARR, | ) |
| in his official capacity, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Michael J. Gaffney of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.

Dated: December 18, 2020         Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*