IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM P. BARR, in his official capacity as<br>Attorney General of the United States, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:19-cv-2367-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF
## GRACE X. ZHOU AS COUNSEL FOR DEFENDANTS

      Pursuant to D.C. Local Civil Rule 83.6(b), Grace X. Zhou hereby withdraws her appearance as counsel for Defendants in the above-captioned case. Bradley P. Humphreys and Michael J. Gaffney have previously entered appearances and remain as counsel for Defendants.

Dated: January 19, 2021                          Respectfully submitted,

                                                     */s/ Grace X. Zhou*
                                                     GRACE X. ZHOU
                                                     (NY Bar No. 5623681)
                                                     Trial Attorney, U.S. Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     1100 L Street, N.W.
                                                     Washington, D.C. 20005
                                                     Tel.: (202) 616-8267
                                                     E-mail: grace.x.zhou@usdoj.gov


                                                     For Defendants:

                                                     JEFFREY BOSSERT CLARK
                                                     Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
MICHAEL J. GAFFNEY
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*