IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 19-2367 (ABJ) |
| ) | |
| ACTING ATTORNEY GENERAL JEFFREY A. ) | |
| ROSEN, in his official capacity as Acting ) | |
| Attorney General, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**UNOPPOSED MOTION TO COMPEL DONALD J. TRUMP FOR PRESIDENT, INC.
TO RESPOND TO SUBPOENA AND FOR AN ORDER TO SHOW CAUSE**

Plaintiff Peter Strzok, by counsel and pursuant to Federal Rules of Civil Procedure 37(a) and 45(g), respectfully moves this Court for an order compelling Donald J. Trump for President, Inc. ("Trump for President") to produce all documents responsive to the subpoena duces tecum filed herewith and to show cause as to (i) why it should not be held in contempt, and (ii) why Plaintiff should not be awarded his costs for this motion.

As set forth in Plaintiff's Memorandum of Points of Law and Authorities, this Court should grant the proposed order to compel and show cause because Plaintiff properly subpoenaed Trump for President through its registered agent, yet Trump for President has failed to object or respond as required by law.

**Local Rule 7(m) Certification**

Plaintiff's counsel attempted to reach Trump for President, but those calls and emails have not been returned.  Counsel for Trump for President in another matter returned Counsel's email, but stated he was not counsel for the Campaign in this matter and did not know who was.

1

Defendants' counsel were consulted concerning this Motion, and Defendants take no position on the Motion.

Dated:  January 25, 2021					Respectfully submitted,


							/s/ Aitan D. Goelman
							Aitan D. Goelman (D.C. Bar No. 446636)
							Christopher R. MacColl (D.C. Bar No. 1049153)
							ZUCKERMAN SPAEDER LLP
							1800 M Street NW, Suite 1000
							Washington, DC 20036
							Telephone: (202) 778-1800
							AGoelman@zuckerman.com

							Richard A. Salzman (D.C. Bar No. 422497)
							HELLER, HURON, CHERTKOF & SALZMAN PLLC
							1730 M Street NW, Suite 412
							Washington, DC 20036
							Telephone: (202) 293-8090
							salzman@hellerhuron.com

							*Counsel for Plaintiff Peter Strzok*

## CERTIFICATE OF SERVICE

On January 26, 2021, I will serve this Motion, the Memorandum, and the exhibits on Donald J. Trump for President, Inc. and ensure that Donald J. Trump for President, Inc. has received actual notice of this motion by: (1) arranging for service on Donald J. Trump for President, Inc.'s registered agent in Virginia; (2) mailing via USPS the Donald J. Trump for President, Inc. headquarters in New York; and (3) emailing an electronic copy to an attorney who has appeared on behalf of Donald J. Trump for President, Inc. in another action.

Dated:  January 25, 2021                 /s/ Christopher R. MacColl