IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER STRZOK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM P. BARR, in his official capacity ) <br> as Attorney General of the United States, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:19-CV-2367-ABJ |

### **[PROPOSED] ORDER**

WHEREAS Plaintiff Peter Strzok has filed proof of service that on December 11, 2020 his agent served Donald J. Trump for President, Inc. with a third-party subpoena (the "Subpoena");

AND WHEREAS Plaintiff's attorneys have represented that Donald J. Trump for President, Inc. has not responded to the Subpoena;

IT IS **ORDERED** that Plaintiff shall promptly serve this Order and a copy of the Subpoena on Donald J. Trump for President, Inc. and return proof of service to this Court.

IT IS **FURTHER ORDERED** that Donald J. Trump for President, Inc. shall (i) preserve all documents responsive to the Subpoena; (ii) produce all documents responsive to the Subpoena to Plaintiff's counsel within 14 days of service of this Order; and (iii) appear and show cause, within 14 days of service of this Order, as to why it should not be held in contempt and why Plaintiff's costs for the Motion to Compel and for an Order to Show Cause should not be awarded.

2

Dated:_____                              _____
                                                    Hon. Amy Berman Jackson
                                                    United States District Judge