IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-CV-2367-ABJ |
| v. ) | |
| ) | |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF STRZOK'S MOTION TO COMPEL**

Defendants hereby respond to Plaintiff Peter Strzok's motion to compel, ECF No. 61. Plaintiff's counsel accurately represented in their filing that Defendants take no position on that motion and therefore do not oppose as a technical matter. However, Defendants file this response to make clear that Defendants do not endorse the arguments made in support of Plaintiff's motion regarding alleged motivations behind Plaintiff's removal or the disclosure of text messages, or otherwise share in Plaintiff's theory as to the relevance of the subpoenaed materials to Plaintiff's case.

Dated: January 26, 2021        Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

1

        MARCIA BERMAN
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
MICHAEL J. GAFFNEY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
Phone: (202) 305-0878
Fax: (202) 616-8460
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*