IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 19-2367 (ABJ) |
| ) | |
| ACTING ATTORNEY GENERAL JEFFREY A. ) ROSEN, in his official capacity as Acting Attorney General, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE WITHDRAWING MOTION TO COMPEL DONALD J. TRUMP FOR PRESIDENT, INC. TO RESPOND TO SUBPOENA AND FOR AN ORDER TO SHOW CAUSE (ECF No. 61)**

Counsel for Plaintiff Peter Strzok hereby requests leave to withdraw his Motion to Compel Donald J. Trump for President, Inc. to Respond to Subpoena and for an Order to Show Cause without prejudice. (ECF No. 61). In-house counsel for Donald J. Trump for President, Inc. discussed the subpoena with Mr. Strzok's counsel by telephone on February 2, 2021. Trump for President represented that its failure to respond to the subpoena reflected an issue with its registered agent. Additionally, in-house counsel represented that all of the documents that Mr. Strzok is requesting are in readily available form, archived, and loaded into a Relativity database, and that Trump for President is in the process of retaining litigation counsel for this matter. Mr. Strzok has requested that Trump for President serve responses and objections to the subpoena by February 12, 2021 and produce all responsive documents by February 26, 2021.

Dated:  February 2, 2021             Respectfully submitted,


                                     /s/ Aitan D. Goelman
                                     Aitan D. Goelman (D.C. Bar No. 446636)
                                     Christopher R. MacColl (D.C. Bar No. 1049153)
                                     ZUCKERMAN SPAEDER LLP
                                     1800 M Street NW, Suite 1000
                                     Washington, DC 20036
                                     Telephone: (202) 778-1800
                                     AGoelman@zuckerman.com
                                     CMacColl@zuckerman.com

                                     Richard A. Salzman (D.C. Bar No. 422497)
                                     HELLER, HURON, CHERTKOF & SALZMAN PLLC
                                     1730 M Street NW, Suite 412
                                     Washington, DC 20036
                                     Telephone: (202) 293-8090
                                     salzman@hellerhuron.com

                                     *Counsel for Plaintiff Peter Strzok*