# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | )<br>) Civil Action No. 19-2367 (ABJ)<br>) |
| ACTING ATTORNEY GENERAL JEFFREY A. ROSEN, in his official capacity as Acting Attorney General, *et al.*, | )<br>)<br>)<br>) |
| *Defendants*. | )<br>) |

## NOTICE WITHDRAWING MOTION TO COMPEL DONALD J. TRUMP FOR PRESIDENT, INC. TO RESPOND TO SUBPOENA AND FOR AN ORDER TO SHOW CAUSE

Counsel for Plaintiff Peter Strzok hereby withdraws his Motion to Compel Donald J. Trump for President, Inc. to Respond to Subpoena and for an Order to Show Cause. (ECF No. 61). In-house counsel for Donald J. Trump for President, Inc. discussed the subpoena with Mr. Strzok's counsel by telephone on February 2, 2021. Trump for President represented that its failure to respond to the subpoena reflected an issue with its registered agent. Additionally, in-house counsel represented that all of the documents that Mr. Strzok is requesting are in readily available form, archived, and loaded into a Relativity database, and that Trump for President is in the process of retaining litigation counsel for this matter. Mr. Strzok has requested that Trump for President serve responses and objections to the subpoena by February 12, 2021 and produce all responsive documents by February 26, 2021.

.

Dated: February 3, 2021

Respectfully submitted,

<u>/s/ Aitan D. Goelman</u>
Aitan D. Goelman (D.C. Bar No. 446636)
Christopher R. MacColl (D.C. Bar No. 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com

Richard A. Salzman (D.C. Bar No. 422497)
HELLER, HURON, CHERTKOF & SALZMAN PLLC
1730 M Street NW, Suite 412
Washington, DC 20036
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter Strzok*