UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK,<br><br>    *Plaintiff*,<br><br> v.<br><br>ATTORNEY GENERAL MERRICK GARLAND,<br>in his official capacity as Attorney General, *et al.*,<br><br>    *Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>    *Plaintiff*,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 19-3675 (TSC) |

**JOINT REPORT**

  Pursuant to Federal Rule of Civil Procedure 26 and this Court's Minute Order dated April 27, 2021, the parties have conferred and submit the following Joint Report.[1]  The parties have attached a jointly proposed scheduling order.

  The Parties agree that the above-captioned cases should continue to proceed on a common discovery schedule to promote efficiency.  The parties further agree that extending the deadline

---

[1] The above-captioned cases have been consolidated for purposes of discovery.  The "parties" in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity.  The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

for expert disclosures to August 15, 2021 and setting a further status conference for October 25, 2021, with a joint status report on whether the cases should remain consolidated for summary judgment or trial due on October 22, 2021, is an appropriate schedule for these cases.

| | |
|---|---|
| Dated: April 29, 2021 | Respectfully submitted, |

/s/ Christopher R. MacColl
Aitan D. Goelman (D.C. Bar 446636)
Christopher R. MacColl (D.C. Bar 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com
CMacColl@zuckerman.com

Richard A. Salzman (D.C. Bar 422497)
HELLER, HURON, CHERTKOF &
 SALZMAN PLLC
1730 M Street NW, Suite 412
Washington, DC 20036
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter Strzok*

/s/ Kaitlin Konkel
Amy Jeffress (D.C. Bar 449258)
Robert J. Katerberg (D.C. Bar 466325)
Kaitlin Konkel (D.C. Bar 1021109)
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Amy.Jeffress@aporter.com
Robert.Katerberg@arnoldporter.com
Kaitlin.Konkel@arnoldporter.com

*Counsel for Plaintiff Lisa Page*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
MICHAEL J. GAFFNEY
JOSHUA C. ABBUHL
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov
Michael.J.Gaffney@usdoj.gov
Joshua.Abbuhl@usdoj.gov

*Counsel for Defendants*