## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, <br><br> *Plaintiff*, <br><br> v. <br><br> ATTORNEY GENERAL MERRICK GARLAND, in his official capacity as Attorney General, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-3675 (TSC) |

## **[PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Report, it is hereby ORDERED that the above-captioned cases shall proceed on the following schedule:

| | |
|---|---|
| Expert disclosures, pursuant to Fed. R. Civ. Proc. 26(a)(2)(A) | August 15, 2021 |
| Substantial completion of document production pursuant to Fed. R. Civ. P. 34 | September 1, 2021 |
| All discovery completed | October 15, 2021 |
| Joint status report on whether the cases should remain consolidated for purposes of summary judgment or trial | October 22, 2021 |
| Status conference to be held in Courtroom 3 | October 25, 2021 at _:__ __ |

2

The Court consolidated these cases for purposes of discovery only. Following the filing of the parties' joint status report on or before October 22, 2021, the Court shall determine whether the cases will remain consolidated for summary judgment proceedings or trial.

IT IS SO ORDERED this the _____ day of _____, 2021.

_____
AMY BERMAN JACKSON
United States District Judge

2