IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>    Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>    Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 19-3675 (TSC) |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Extend Discovery Deadlines, it is hereby

ORDERED that the above-captioned cases shall proceed on the following schedule:

| | |
|---|---|
| Expert disclosures, pursuant to Fed. R. Civ. Proc. 26(a)(2)(A) | October 15, 2021 |
| Substantial completion of document production pursuant to Fed. R. Civ. P. 34 | November 1, 2021 |
| All discovery completed | December 15, 2021 |
| Joint status report on whether the cases should remain consolidated for purposes of summary judgment or trial | December 22, 2021 |
| Status conference to be held in Courtroom 3 | December 29, 2021 at     : |

The Court consolidated these cases for the purposes of discovery only. Following the filing of the parties' joint status report on or before December 22, 2021, the Court shall determine whether the cases will remain consolidated for summary judgment proceedings or trial.

IT IS SO ORDERED this the _____ day of _____, 2021.

                                              AMY BERMAN JACKSON
                                              United States District Judge