IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL MERRICK B. )<br>GARLAND, in his official capacity, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 19-3675 (TSC) |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

The parties respectfully submit this motion to extend the deadline for expert disclosures set by the Court in its August 12, 2021 Minute Order.[1] Pursuant to the current scheduling order, expert disclosures pursuant to Fed. R. Civ. Proc. 26(a)(2)(A) must be made by October 15, 2021. Pursuant to Fed. R. Civ. Proc. 26(a)(2)(D)(ii), any rebuttal reports must be served 30 days later, on November 15, 2021. The parties agree that the deadlines for making expert disclosures and

---

[1] The above-captioned cases have been consolidated for purposes of discovery. The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

serving expert rebuttal reports should be extended to November 19, 2021 and January 25, 2022, respectively.

The parties continue to engage in discovery and agree that the above-captioned cases should continue to proceed on a common discovery schedule to promote efficiency. The parties also agree that certain other discovery deadlines will likely need to be extended to assist with the efficient litigation of these cases. The parties are actively conferring about the extent of such potential extensions and will promptly notify the Court of their joint proposal (or, in the event they cannot reach agreement, competing proposals) regarding proposed modifications to the remaining dates in the current scheduling order.

Dated: October 15, 2021

*/s/ Christopher R. MacColl*
Aitan D. Goelman (D.C. Bar 446636)
Christopher R. MacColl (D.C. Bar 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com
CMacColl@zuckerman.com

Richard A. Salzman (D.C. Bar 422497)
HELLER, HURON, CHERTKOF &
SALZMAN PLLC
1730 M Street NW, Suite 412
Washington, DC 20036
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter Strzok*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL (D.C. Bar 1044782)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-2356
Email: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*

*/s/ Amy Jeffress*
Amy Jeffress (D.C. Bar 449258)
Robert J. Katerberg (D.C. Bar 466325)
Kaitlin Konkel (D.C. Bar 1021109)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Amy.Jeffress@aporter.com
Robert.Katerberg@arnoldporter.com
Kaitlin.Konkel@arnoldporter.com

*Counsel for Plaintiff Lisa Page*