### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>   Plaintiff,<br><br> v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>   Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | Civil Action No. 19-3675 (TSC) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Extend Discovery Deadlines, it is hereby ORDERED that the deadline for expert disclosures, pursuant to Fed. R. Civ. Proc. 26(a)(2)(A), be extended from October 15, 2021 to November 19, 2021, and that the deadline for expert rebuttal reports, pursuant to Fed. R. Civ. Proc. 26(a)(2)(D)(ii), be extended from November 15, 2021 to January 25, 2022.

IT IS SO ORDERED this the _____ day of _____, 2021.

                          AMY BERMAN JACKSON
                          United States District Judge