### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-2367 (ABJ) |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LISA PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-3675 (TSC) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Report Regarding Discovery Deadlines, it is hereby ORDERED that the above-captioned cases shall proceed on the following schedule:

|  | **Current Deadline**[1] | **Proposed Deadline** | |
|---|---|---|---|
| Substantial completion of document production pursuant to Fed. R. Civ. P. 34 | November 1, 2021 | Plaintiffs' proposal: December 1, 2021 | Defendants' proposal: March 1, 2022 |
| All discovery completed | December 15, 2021 | Two months from substantial completion deadline | |
|  |  | Plaintiffs' proposal: February 1, 2022 | Defendants' proposal: May 2, 2022 |
| Joint status report on whether the cases should remain consolidated for purposes of summary judgment or trial | December 22, 2021 | One week from close of discovery | |
|  |  | Plaintiffs' proposal: February 8, 2022 | Defendants' proposal: May 9, 2022 |
| Status conference to be held in Courtroom 3 | January 5, 2022 | One week from filing of joint status report | |
|  |  | Plaintiffs' proposal: February 15, 2022 | Defendants' proposal: May 16, 2022 |

The Court consolidated these cases for the purposes of discovery only. Following the filing of the parties' joint status report on or before [February 8, 2022 / May 9, 2022], the Court shall determine whether the cases will remain consolidated for summary judgment proceedings or trial.

IT IS SO ORDERED this the _____ day of _____, 2021.

_____
AMY BERMAN JACKSON
United States District Judge

---

[1] Pursuant to the Court's October 19, 2021 Minute Order, the deadlines for making expert disclosures and serving expert rebuttal reports have been extended to November 19, 2021 and January 25, 2022, respectively.