# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>    Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>    Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 19-3675 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Extend Expert Rebuttal Report Deadline, it is hereby ORDERED that the deadline for serving expert rebuttal reports be extended from January 25, 2022 to March 25, 2022.

IT IS SO ORDERED this the _____ day of _____, 2022.

AMY BERMAN JACKSON
United States District Judge