IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-2367 (ABJ) |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LISA PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-3675 (TSC) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

The parties respectfully submit this motion to extend the current discovery deadlines set by the Court in its November 4, 2021 and January 25, 2022 Minute Orders.[1] The parties continue to engage in discovery and agree that the above-captioned cases should continue to proceed on a common discovery schedule to promote efficiency. The parties have conferred and agree that extending the current discovery deadlines would assist with the efficient litigation of these cases.

---

[1] The above-captioned cases have been consolidated for purposes of discovery. The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

All parties have actively been producing documents: In the 15-month period since Plaintiffs issued their first Requests for Production, Defendants have produced more than 15,000 pages of documents; in the 11-month period since Defendants issued their first Requests for Production, Mr. Strzok has produced more than 10,000 pages of documents, and Ms. Page has produced more than 4,300 pages of documents. All parties expect to make further rolling productions in the coming months. In addition, the parties have served objections and responses to Interrogatories and Requests for Admissions. The parties have also begun depositions. Plaintiffs deposed two witnesses in January 2022. Both Plaintiffs and Defendants intend to notice additional depositions in the coming weeks after the relevant document productions are completed.[2]

In order to provide the parties the opportunity to fully develop the factual record potentially relevant to the claims and defenses in this litigation, the parties respectfully submit that good cause exists for an extension of the current discovery deadlines to the dates set forth in the attached proposed order.

| | |
|---|---|
| Dated: February 25, 2022 | Respectfully submitted, |
| /s/ Christopher R. MacColl<br>Aitan D. Goelman (D.C. Bar 446636)<br>Christopher R. MacColl (D.C. Bar 1049153)<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 778-1800<br>AGoelman@zuckerman.com<br>CMacColl@zuckerman.com | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>/s/ Michael J. Gaffney |

---

[2] In the Court's January 25, 2022 Minute Order, the Court ordered the parties to submit a joint status report by March 25, 2022. If the Court grants this joint motion, the parties respectfully request that the Court advise the parties as to whether the Court requires a joint status report on March 25, 2022 or any other date prior to the close of discovery.

| | |
|---|---|
| Richard A. Salzman (D.C. Bar 422497)<br>HELLER, HURON, CHERTKOF &<br>SALZMAN PLLC<br>1730 M Street NW, Suite 412<br>Washington, DC 20036<br>Telephone: (202) 293-8090<br>salzman@hellerhuron.com<br><br>*Counsel for Plaintiff Peter Strzok*<br><br><br>*/s/ Amy Jeffress*<br>Amy Jeffress (D.C. Bar 449258)<br>Robert J. Katerberg (D.C. Bar 466325)<br>Kaitlin Konkel (D.C. Bar 1021109)<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Fax: (202) 942-5999<br>Amy.Jeffress@aporter.com<br>Robert.Katerberg@arnoldporter.com<br>Kaitlin.Konkel@arnoldporter.com<br><br>*Counsel for Plaintiff Lisa Page* | MICHAEL J. GAFFNEY (D.C. Bar 1048531)<br>BRADLEY P. HUMPHREYS<br>(D.C. Bar 988057)<br>JOSHUA C. ABBUHL (D.C. Bar 1044782)<br>Trial Attorneys, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 514-2356<br>Email: Michael.J.Gaffney@usdoj.gov<br><br>*Counsel for Defendants* |