# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>    Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL MERRICK B.<br>GARLAND, in his official capacity, *et al.*,<br><br>    Defendants.<br><br> | )<br>)<br>)<br>)<br>)   Civil Action No. 19-2367 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| LISA PAGE,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 19-3675 (TSC)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Extend Discovery Deadlines, it is hereby

ORDERED that the above-captioned cases shall proceed on the following schedule:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Substantial completion of document production for DOJ, OIG, and FBI custodians agreed to during or before October 2021 | Not addressed in the Court's November 4, 2021 Minute Order.  The parties have agreed to a date of March 1, 2022. | March 1, 2022 |
| Substantial completion of all document production pursuant to Fed. R. Civ. P. 34 | Not addressed in the Court's November 4, 2021 Minute Order. | July 1, 2022 |
| Service of expert rebuttal reports | March 25, 2022 | August 1, 2022 |
| All discovery to be completed | April 15, 2022 | August 15, 2022 |
| Post-discovery status report | April 22, 2022 | August 22, 2022 |
| Post-discovery status conference | April 29, 2022 | August 26, 2022 |

The Court consolidated these cases for the purposes of discovery only.  Following the filing of the parties' joint status report on or before [August 22, 2022], the Court shall determine whether the cases will remain consolidated for summary judgment proceedings or trial.

IT IS SO ORDERED this the _____ day of _____, 2022.


_____

AMY BERMAN JACKSON
United States District Judge

2