IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL MERRICK B. )<br>GARLAND, in his official capacity, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 19-2367 (ABJ) |

**UNOPPOSED MOTION FOR COURT-ISSUED SUBPOENA DUCES TECUM TO NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**

Plaintiff Peter P. Strzok hereby requests that the Court issue the attached Proposed Court-Issued Subpoena Duces Tecum to National Archives and Records Administration ("NARA").

The Proposed Subpoena has been negotiated between counsel for Mr. Strzok and counsel for the Defendants, who also represent NARA in connection with this request. The Proposed Subpoena is not opposed by the Defendants or NARA and is appropriate considering the government's interpretation of 44 U.S.C. § 2205(2)(a), which requires a "subpoena or other judicial process *issued by a court* of competent jurisdiction" (emphasis added). Pursuant to 44 U.S.C. § 2205(2), NARA's production of any documents shall be "subject to any rights, defenses, or privileges which the United States or any agency or person may invoke[.]"

NARA estimates that it will take around four months to identify and produce any non-privileged responsive documents. The parties are therefore optimistic that any productions appropriate pursuant to this subpoena will be complete within the current discovery schedule and agree that the current July 1, 2022 "substantial completion" deadline for the parties' document productions should not apply to NARA's productions in response to the Proposed Subpoena.

Dated: March 24, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher R. MacColl*
　　　　　　　　　　　　　　　　　　　　Aitan D. Goelman (D.C. Bar 446636)
　　　　　　　　　　　　　　　　　　　　Christopher R. MacColl (D.C. Bar 1049153)
　　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP
　　　　　　　　　　　　　　　　　　　　1800 M Street NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 778-1800
　　　　　　　　　　　　　　　　　　　　AGoelman@zuckerman.com
　　　　　　　　　　　　　　　　　　　　CMacColl@zuckerman.com

　　　　　　　　　　　　　　　　　　　　Richard A. Salzman (D.C. Bar 422497)
　　　　　　　　　　　　　　　　　　　　HELLER, HURON, CHERTKOF &
　　　　　　　　　　　　　　　　　　　　SALZMAN PLLC
　　　　　　　　　　　　　　　　　　　　1730 M Street NW, Suite 412
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 293-8090
　　　　　　　　　　　　　　　　　　　　salzman@hellerhuron.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Peter Strzok*