IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>      Plaintiff,<br><br>      v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>      Defendants. | Case No. 1:19-CV-02367-ABJ |

**[PROPOSED] COURT-ISSUED SUBPOENA DUCES TECUM TO NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**

  The National Archives and Records Administration ("NARA") is hereby **ORDERED** to produce copies of all documents, electronically stored information, and other records responsive to the requests enumerated in Exhibit A to counsel of record for Peter Strzok at Zuckerman Spaeder LLP, 1800 M St. NW Washington, DC 20036 as soon as practicable, consistent with the agency's existing obligations.  Pursuant to 44 U.S.C. § 2205(2), NARA's production of documents shall be "subject to any rights, defenses, or privileges which the United States or any agency or person may invoke[.]"

Dated: March __, 2022

                                  _____
                                  Hon. Amy Berman Jackson
                                  United States District Court Judge

# EXHIBIT A

For purposes of the below request, the term "records" means any "Presidential record" as defined by 44 U.S.C. § 2201 or any "official record[] of an agency" that is within the possession, custody or control of the National Archives and Records Administration.

## SUBPOENA REQUESTS

Pursuant to Federal Rules of Civil Procedure 26 and 45, 44 U.S.C. § 2205 and the forgoing order, the National Archives and Records Administration shall produce all:

1. Records concerning Sarah Isgur's engagement with reporters from the Washington Post or New York Times about Peter Strzok and/or Lisa Page on or about December 1 and 2, 2017.

2. Records dated July 1, 2017 through December 12, 2017 concerning or reflecting any communications with members of the press related to Peter Strzok and/or Lisa Page.

3. Records dated July 1, 2017 through December 12, 2017 concerning or reflecting text messages between Peter Strzok and Lisa Page.

4. Records dated July 1, 2017 through August 9, 2018 concerning Peter Strzok's employment at the FBI.