UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM F. BARR, <br> *in his official capacity* <br> *as Attorney General*, <br><br> Defendants. | Civil Action No. 19-2367 (ABJ) |

# ORDER

Plaintiff's Unopposed Motion for Court-Issued Subpoena Duces Tecum to National Archives and Records Administration [Dkt. # 73] is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 45(a)(3), the Clerk is directed to issue the subpoena, signed but otherwise blank, to the requesting party. The subpoena must:

> (i) state the court from which it issued; (ii) state the title of the action and its civil-action number; (iii) command each person to whom it is directed to do the following at a specified time and place: attend and testify; produce designated documents, electronically stored information, or tangible things in that person's possession, custody, or control; or permit the inspection of premises; and (iv) set out the text of Rule 45(d) and (e).

Fed. R. Civ. P. 45(a)(1)(A).

1

The subpoena may command that the National Archives and Record Administration produce copies of all documents, electronically stored information, and other records responsive to the requests enumerated in Exhibit A [Dkt. # 73-1] to the motion.

*[signature: Amy B. Jackson]*

AMY BERMAN JACKSON
United States District Judge

DATE:  March 30, 2022