IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>        Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>        Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 19-3675 (TSC) |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Quash Subpoena and for a Protective Order, IT IS HEREBY ORDERED:

Defendants' Motion is GRANTED. The subpoena for the deposition of Director Christopher Wray is hereby QUASHED. Plaintiffs are precluded from taking Director Wray's deposition absent further order of this Court.

SO ORDERED.

Dated: _____

                                                              _____
                                                              Hon. Amy Berman Jackson
                                                              United States District Judge