IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>      Plaintiff,<br><br>      v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>      Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>      Defendants. | Civil Action No. 19-3675 (TSC) |

**DECLARATION OF CHRISTOPHER R. MACCOLL IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

I, Christopher R. MacColl, hereby declare:

1. I am an associate with Zuckerman Spaeder LLP. I have filed an appearance in this matter as an attorney for Peter Strzok.

2. Exhibit 1 is a true and correct copy of an August 10, 2018 email bearing bates numbers FBI0007081 – FBI0007084.

3. Exhibit 2 is a true and correct copy of an August 8, 2018 email bearing bates numbers FBI0007135 – FBI0007139.

4. Exhibit 3 is a true and correct copy of selected pages of Defendants' Objections and Responses to Plaintiff Strzok's First Set of Interrogatories.

5. Exhibit 4 is a true and correct copy of the transcript of the June 15, 2022 deposition of Candice Will.

6. Exhibit 5 is a true and correct copy of a May 30, 2018 email bearing bates numbers FBI0032323 – FBI0032325.

7. Exhibit 6 is a true and correct copy of selected pages from Plaintiff Peter Strzok's Amended Objections and Responses to Defendants' Interrogatories Nos. 1-34.

8. Exhibit 7 is a true and correct copy of a document titled FBI Policy Directive, Disciplinary Appeals Process 0915D bearing bates numbers FBI-STRZOK-0006877 – FBI-STRZOK-0006886.

9. Exhibit 8 is a true and correct copy of a March 22, 2018 email with attachments bearing bates numbers FBI0061455 – FBI0061467.

10. Exhibit 9 is a true and correct copy of a June 3, 2018 email bearing bates numbers FBI0049689 – FBI0049693.

11. Exhibit 10 is a true and correct copy of a January 30, 2018 letter from Senator Rand Paul to FBI Director Christopher Wray and a March 30, 2018 response letter from Gregory A. Brower, Assistant Director, Office of Congressional Affairs.

12. Exhibit 11 is a true and correct copy of a June 11, 2018 email bearing bates number FBI-STRZOK-0006835.

13. Exhibit 12 is a copy of a document bearing bates number FBI0041160 into which certain identifying information within to and from columns that were redacted based on unexplained rationales has been inserted consistent with information provided.

14. Exhibit 13 is a true and correct copy of the transcript of the June 9, 2022 deposition of Scott Schools.

15. Exhibit 14 is a true and correct copy of a document bearing bates number FBI0060600.

16. Exhibit 15 is a true and correct copy of the July 24, 2018 Transcript of an OPR hearing concerning Mr. Strzok.

17. Exhibit 16 is a true and correct copy of a publicly available calendar entry produced by the DOJ in another matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 21, 2022 /s/ Christopher R. MacColl
Christopher R. MacColl
DC Bar No. 1049153