*Peter P. Strzok v. Attorney General Merrick B. Garland, in his official capacity, et al.*

Civil Action No. 19-2367 (ABJ)

*Lisa Page v. U.S. Department of Justice, et al.*

Civil Action No. 19-3675 (TSC)

# Exhibit 10



RAND PAUL
KENTUCKY

# United States Senate
WASHINGTON, DC 20510

January 30, 2018

Director Christopher Wray
Federal Bureau of Investigation
935 Pennsylvania Avenue N.W.
Washington, D.C. 20535-0001

Director Wray:

In light of recent reports describing Peter Strzok and Lisa Page's extensive discussion, at work, of their political vendetta against President Donald Trump, I am concerned about their continued access to sensitive private information, such as that contained in Foreign Intelligence Surveillance Act (FISA) databases.

Do Mr. Strzok and Ms. Page still have security clearances?

Do Mr. Strzok and Ms. Page have the ability to search FISA data or other classified databases?

Is there a process in place to routinely analyze searches of databases by agents to ensure that such searches are not done for political or personal reasons? As you know, in 2013, the National Security Agency's (NSA) Office of the Inspector General reported several instances of NSA agents who searched NSA databases for information regarding their spouses and love interests.

James Madison warned that men are not angels. The exposure of political bias at the FBI is exactly why many of us advocate for greater oversight of the FBI, especially since recently passed legislation leaves FISA Section 702 surveillance largely without checks and balances.

If openly biased agents such as Mr. Strzok and Ms. Page still have access to classified databases, one might argue that the FBI's internal controls are inadequate.

Sincerely,

Rand Paul

Senator Rand Paul, M.D.



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

March 30, 2018

Honorable Rand Paul
United States Senate
Washington, DC 20510

Dear Senator Paul:

    I write in response your January 30, 2018, letter. All FBI employees must maintain a Top Secret security clearance. Because of security concerns and law enforcement sensitivities, the FBI does not reveal the specific accesses granted to particular employees. The release of information regarding access to and searches of FBI databases is similarly constrained by law enforcement sensitivities or the classified nature of that information, as well as related FBI security measures.

    We hope this answers your inquiries and thank you for your continued support of the FBI, its mission, and its people.

Sincerely,

Gregory A. Brower
Assistant Director
Office of Congressional Affairs