IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>    Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 19-3675 (TSC) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION TO FILE REPLY
IN SUPPORT OF MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

Defendants respectfully request an extension of eight days, to August 5, 2022, to file their reply in support of their Motion to Quash Subpoena and for Protective Order (ECF No. 75) as to Mr. Strzok's subpoena for the deposition of Federal Bureau of Investigation Director Christopher Wray. Mr. Strzok timely filed his opposition on July 21, 2022, and Defendants' reply is due on July 28, 2022. Good cause exists to extend the time to reply because undersigned counsel is traveling during the week of July 25 for a hearing on July 26 and will accordingly need

additional time to prepare the brief and obtain internal and client review.  Defendants have conferred with counsel for Mr. Strzok, who consents to this requested relief.

Dated: July 23, 2022					Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

<u>/s/ Christopher M. Lynch</u>
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL
(D.C. Bar 1044782)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4357
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*