# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>  Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>  Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>  Defendants. | Civil Action No. 19-3675 (TSC) |

## [PROPOSED] ORDER

Having considered Defendants' Consent Motion for Extension to File Reply in Support of Motion to Quash Subpoena and for Protective Order, IT IS HEREBY ORDERED:

Defendants' Motion is GRANTED. Defendants shall file their reply brief on or before August 5, 2022.

SO ORDERED.

Dated: _____   _____
Hon. Amy Berman Jackson
United States District Judge