### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2367 (ABJ) |
| ) | |
| ATTORNEY GENERAL MERRICK B. ) | |
| GARLAND, in his official capacity, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF CHRISTOPHER R. MACCOLL IN SUPPORT OF PETER P. STRZOK'S SUPPLEMENTAL FILING REGARDING DEFENDANTS' MOTIONS TO QUASH OR FOR PROTECTIVE ORDERS**

I, Christopher R. MacColl, hereby declare:

1. I am an associate with Zuckerman Spaeder LLP. I have filed an appearance in this matter as an attorney for Peter Strzok.

2. Exhibit 1 to Plaintiff's Supplemental Filing Regarding Defendants' Motions to Quash or for Protective Orders is a transcript of the September 9, 2022 deposition of David L Bowdich taken in this action.

3. Exhibit 2 to Plaintiff's Supplemental Filing Regarding Defendants' Motions to Quash or for Protective Orders is a true and correct copy of an email dated March 5, 2021 that was first produced in this action on September 2, 2022. This was Exhibit 4 to the deposition of David L. Bowdich.

4. Exhibit 3 to Plaintiff's Supplemental Filing Regarding Defendants' Motions to Quash or for Protective Orders is a true and correct copy of an email dated January 22, 2018. This was Exhibit 20 to the deposition of David L. Bowdich.

2

5. Exhibit 4 to Plaintiff's Supplemental Filing Regarding Defendants' Motions to Quash or for Protective Orders is a transcript of the September 15, 2022 deposition of Rod Rosenstein taken in this action.

6. Each of the forgoing exhibits was designated Confidential by the Defendants.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 29, 2022                    /s/ Christopher R. MacColl
                                                   Christopher R. MacColl
                                                   DC Bar No. 1049153