**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL MERRICK B. )<br>GARLAND, in his official capacity, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 19-3675 (TSC) |
| ATTORNEY GENERAL MERRICK )<br>GARLAND, in his official capacity, UNITED )<br>STATES DEPARTMENT OF JUSTICE, FBI )<br>DIRECTOR CHRISTOPHER A. WRAY, in his )<br>official capacity, FEDERAL BUREAU OF )<br>INVESTIGATION, )<br>)<br>Movants, )<br>v. )<br>)<br>PETER P. STRZOK )<br>)<br>IN RE SUBPOENA SERVED ON )<br>DONALD J. TRUMP )<br>) | Case No.: 1:22-mc-27 (ABJ) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETER P. STRZOK'S SEPTEMBER 29, 2022 NOTICE LISTING AREAS OF INQUIRY FOR DEPOSITIONS AT ISSUE IN MOTIONS TO QUASH**

Defendants respectfully move for an extension of time of two business days, to Tuesday, October 18, 2022, to submit their response to Mr. Strzok's September 29, 2022 Notice pursuant to the Court's August 10, 2022 Minute Order, currently due today. Good cause exists for this extension, as the government requires additional time to confer internally regarding potential assertions of the Presidential Communications Privilege to the various questions set forth in Mr. Strzok's September 29, 2022 Notice.

Counsel for Defendants have reached out to counsel for Mr. Strzok, who have consented to the relief requested herein.

Dated: October 14, 2022                                              Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher M. Lynch*
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL
(D.C. Bar 1044782)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4357
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*