**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK,<br><br>        Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>        Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 19-3675 (TSC) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>        Movants,<br>    v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No.: 1:22-mc-27 (ABJ) |

**[PROPOSED] ORDER**

Having considered Defendants' Consent Motion for Extension of Time to file a Response to Peter P. Strzok's September 29, 20222 Notice Listing Areas of Inquiry for Depositions at Issue in Motions to Quash, IT IS HEREBY ORDERED:

Defendants' Motion is GRANTED.  Defendants shall file their response to Mr. Strzok's September 29, 2022 Notice on or before October 18, 2022.

SO ORDERED.

Dated: _____    _____
Hon. Amy Berman Jackson
United States District Judge