**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK,<br><br>   Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL MERRICK B.<br>GARLAND, in his official capacity, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 19-2367 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| LISA PAGE,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 19-3675 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |
| ATTORNEY GENERAL MERRICK<br>GARLAND, in his official capacity, UNITED<br>STATES DEPARTMENT OF JUSTICE, FBI<br>DIRECTOR CHRISTOPHER A. WRAY, in his<br>official capacity, FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>   Movants,<br>  v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON<br>DONALD J. TRUMP | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:22-mc-27 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>**DECLARATION OF CHRISTOPHER M. LYNCH IN SUPPORT OF DEFENDANTS'
LEGAL ARGUMENTS REGARDING PRIVILEGE ISSUES BEARING ON
DEPOSITIONS AT ISSUE IN MOTIONS TO QUASH**</u>

I, Christopher M. Lynch, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1.      I am a Trial Attorney with the Federal Programs Branch of the Civil Division of the United States Department of Justice and counsel for Defendants in this matter.

2.      Attached as Exhibit A is a true and correct copy of the executed errata sheet to the deposition of Rod Rosenstein.

Executed this 28th day of October, 2022.

*/s/ Christopher M. Lynch*
Christopher M. Lynch

Exhibit A

ROD ROSENSTEIN DEPOSITION—ERRATA SHEET

| Page: Line | Change | Reason |
|---|---|---|
| 16:10 | "testified should be "testify" | Transcription error |
| 17:22 | "it" is extra word and should be deleted | Transcription error |
| 26:13 | "some" should be "them" | Transcription error |
| 27:5 | "waive" should be "wave" | Transcription error |
| 27:17 | "Zach" should be "Zack" | Transcription error |
| 29:3 | "27" should be "28" | Transcription error |
| 30:4 | "filed" should be "files" | Transcription error |
| 34:21 | "hundred, 510,000" should be "115,000" | Transcription error |
| 36:9 | "title is" should be "titles" | Transcription error |
| 37:5 | "is" should be "are" | Transcription error |
| 39:18 | "USA" should be "EOUSA" | Transcription error |
| 42:17 | "Session" should be Sessions" | Transcription error |
| 43:20 | "General" should be "General's" | Transcription error |
| 53:16 | "in box" should be "inbox" | Transcription error |
| 58:10 | "if" should be "of" | Transcription error |
| 59:6 | "Pager" should be "Page" | Transcription error |
| 83:14 | "become" should be "becoming" | Transcription error |
| 89:4 | "claiming" should be "blaming" | Transcription error |
| 95:15 | "gave" should be "give" | Transcription error |
| 98:5 | "department and" should be "compartmented" | Transcription error |
| 106:16 | remove "--- there is no" | Transcription error |
| 106:17 | remove "question pending." | Transcription error |

1

| 107:9 | "times" should be "time" | Transcription error |
|---|---|---|
| 117:4 | "possibly" should be "possible" | Transcription error |
| 118:16 | "new" should be "knew" | Transcription error |
| 127:8 | "Jim" should be General" | Transcription error |
| 128:19 | "needed" should be "need" | Transcription error |
| 130:8 | "POTAS" should be "POTUS" | Transcription error |
| 132:2 | "is" should be "as" | Transcription error |
| 134:20 | "is" should be "are" | Transcription error |
| 143:19 | "an" should be added after "this is" | Transcription error |
| 187:12 | remove second "--" | Transcription error |
| 189:17 | "would" should be "could" | Transcription error |
| 191:11 | "Oversight" should be "oversight" | Transcription error |
| 191:12 | "Committee" should be "committees" | Transcription error |
| 192:22 | "answers" should be "answer" | Transcription error |
| 193:19 | "release" should be "releasing" | Transcription error |
| 199:1 | "direction of" should be "disclosure to" | Transcription error |
| 199:8 | remove "in" | Transcription error |
| 200:9 | "ODC" should be "OGC" | Transcription error |
| 202:17 | "Horowitz's" should be "Horowitz" | Transcription error |
| 204:7 | "give" should be "given" | Transcription error |
| 204:21 | "insufficient and" should be "sufficiently" | Transcription error |
| 205:3 | "is" should be "are" | Transcription error |
| 207:3 | "I" should be "It" | Transcription error |
| 207:4 | remove "on" | Transcription error |

| | | |
|---|---|---|
| 208:2 | "deputy" should be "Deputy" | Transcription error |
| 210:3 | "page" should be "Page" | Transcription error |
| 212:14 | "11" should be added after "after the" | Transcription error |
| 215:14 | insert "don't" before "use" | Transcription error |
| 217:3 | "readings" should be "reading" | Transcription error |
| 218:4 | remove "put" | Transcription error |
| 221:16 | "knew" should be "new" | Transcription error |
| 224:15 | remove "the" | Transcription error |
| 224:19 | add period after "why" | Transcription error |
| 224:19 | "all" should be "All" | Transcription error |
| 229:4 | "10,362," should be "10,000, 362," | Transcription error |
| 231:1 | remove "I say that" | Transcription error |
| 231:2 | "wound" should be "ended" | Transcription error |
| 238:7 | "associate" should be "assume" | Transcription error |
| 239:11 | "date" should be "day" | Transcription error |
| 240:3 | insert "I" before "can't" | Transcription error |
| 240:3 | insert "an" after "there is" | Transcription error |
| 242:19 | "produce" should be "produced" | Transcription error |
| 250:13 | "normal" should be "norm" | Transcription error |
| 251:22 | "reporter" should be "reporters" | Transcription error |
| 256:17 | "applied" should be "apply" | Transcription error |
| 259:9 | "this" should be "that" | Transcription error |
| 261:15 | insert "was" after "if it" | Transcription error |
| 264:7 | "they" should be "it" | Transcription error |

| | | |
|---|---|---|
| 265:3 | "casting" should be "cast" | Transcription error |
| 265:19 | insert comma after "know" | Transcription error |
| 265:19 | remove comma after "of" | Transcription error |
| 268:21 | "Object" should be "Objection" | Transcription error |
| 269:10 | "that" should be added between "knew" and "from" | Transcription error |
| 274:15 | "Congressman's" should be "Congressmen's" | Transcription error |
| 279:1 | "appropriated" should be "appropriate" | Transcription error |
| 279:21 | add "review" after "Act" | Transcription error |
| 281:19 | "appropriated" should be "appropriate" | Transcription error |
| 284:2 | "Koski" should be "Kofski" | Transcription error |
| 287:13 | "viewed" should be "view" | Transcription error |
| 289:13 | "object" should be "objection" | Transcription error |
| 296:7 | "misconducted" should be "misconduct" | Transcription error |
| 299:8 | "investigating" should be "investigate" | Transcription error |
| 300:6 | "or" should be "of" | Transcription error |
| 301:18 | "closed" should be "close" | Transcription error |
| 301:21 | "and" should be "of" | Transcription error |
| 302:16 | "needed" should be "need" | Transcription error |
| 302:17 | "decision" should be "decisions" | Transcription error |
| 306:4 | "know" should be "knew" | Transcription error |
| 306:13 | "for" should be added between "not" and "attribution" | Transcription error |
| 306:13 | "a" should be "on" | Transcription error |
| 310:10 | "business insiders" should be "Business Insider" | Transcription error |
| 312:16 | "new" should be "news" | Transcription error |

| | | |
|---|---|---|
| 317:18 | the second "Congress" should be "Congressman" | Transcription error |
| 319:20 | "new" should be "news" | Transcription error |
| 328:3 | "has" should be "is" | Transcription error |
| 330:6 | "Compartment" should be "Compartmented" | Transcription error |
| 332:18 | remove "it" | Transcription error |
| 341:1-2 | "be briefed" should be "debrief" | Transcription error |
| 341:4 | "be briefed" should be "debrief" | Transcription error |
| 343:17 | "POTAS" should be "POTUS" | Transcription error |
| 353:13 | "possibly" should be "possible" | Transcription error |
| 379:18 | "many" should be "any" | Transcription error |
| 386:15 | after second "other than" should add "that" | Transcription error |
| 389:7 | "Bright Bart" should be "Breitbart" | Transcription error |
| 391:12 | "and" should be "in" | Transcription error |
| 393:12 | insert "it" after requested | Transcription error |
| 394:6 | "pleading" should be "tweeting" | Transcription error |
| 397:3 | "women" should be "woman" | Transcription error |
| 399:7 | "advanced" should be "advance" | Transcription error |
| 405:12 | "things" should be "employees" | Transcription error |
| 406:11 | "sector" should be "section" | Transcription error |

ROD ROSENSTEIN

10/12/22
DATE

5