UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK,<br>   *Plaintiff*,<br> v.<br><br>ATTORNEY GENERAL MERRICK GARLAND,<br>in his official capacity as Attorney General, *et al.*,<br><br>   *Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br>   *Plaintiff*,<br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | Civil Action No. 19-3675 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Reenter Pretrial Schedule, along with Defendants' response and Plaintiffs' reply, Plaintiffs' motion is GRANTED for good cause shown.[1]  It is hereby ORDERED that these cases shall proceed on the following pretrial schedule:

---

[1] The above-captioned cases have been consolidated for purposes of discovery.  The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity.  The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

| Date | Event |
| --- | --- |
| Friday, January 13, 2023 | Defendants to produce all documents covered by the August 10, 2022 Minute Order. |
| Friday, February 24, 2023 | FBI 30(b)(6) deposition to be completed by this date. |
| Wednesday, March 15, 2023 | All discovery to be completed in *Strzok v. Garland* and *Page v. DOJ*. |
| Wednesday, March 22, 2023 | Submission of joint status report on whether the cases should remain consolidated for purposes of summary judgment or trial. |
| Wednesday, March 29, 2023 | Status conference.  The schedule for dispositive motions will be established at this time if necessary. |

The Court previously ordered the parties to complete all discovery in these actions by August 15, 2022. *See Strzok v. Garland*, Civil Action No. 19-2367 (ABJ), Minute Order (Feb. 28, 2022); *Page v. Dep't of Justice*, Civil Action No. 19-3675 (TSC), Minute Order (Feb. 28, 2022). As explained in Plaintiffs' motion, the parties completed the bulk of discovery by that date, but they agreed to continue conducting certain limited discovery past August 15 and have continued to coordinate on discovery matters in these actions.  Consistent with this history, any ongoing discovery shall be limited to matters within the scope of the parties' prior agreements, matters to which the parties may mutually agree in the future, and any discovery ordered or permitted by the Court.  The parties have not sought, and the Court does not authorize, a general extension of the August 15, 2022 close-of-discovery deadline.

The Court consolidated these cases for the purposes of discovery only.  Following the filing of the parties' joint status report on or before [March 22, 2023], the Court shall determine whether the cases will remain consolidated for summary judgment proceedings or trial.

3

IT IS SO ORDERED this the _____ day of _____, 2022.

 

AMY BERMAN JACKSON
United States District Judge