IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-3675 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's December 8, 2022 minute order, the parties respectfully submit this joint status report reflecting the parties' agreed plan for completing any outstanding discovery unaffected by the pending apex doctrine and executive privilege dispute.[1]

---

[1] The above-captioned cases have been consolidated for purposes of discovery. The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

I.  **The Parties' Proposed Schedule**

The parties propose the following schedule to complete any outstanding discovery unaffected by the pending apex doctrine and executive privilege dispute:

- **January 13, 2023**. Defendants to produce all documents covered by the Court's August 10, 2022 minute order, as previously ordered by the Court.

- **January 20, 2023**. Plaintiffs to provide Defendants with a complete list of proposed topics for a 30(b)(6) deposition of the FBI.

- **January 31, 2023**. The parties to complete any remaining document productions.[2]

- **February 3, 2023**. If the parties have not yet agreed on a complete list of 30(b)(6) deposition topics by this date, the parties will notify the Court that the parties have reached an impasse, and each party will provide the Court with its proposed list of 30(b)(6) deposition topics.

- **March 15, 2023**. All discovery unaffected by the pending apex doctrine and executive privilege dispute to be completed in *Strzok v. Garland* and *Page v. DOJ*. Per the Court's December 8, 2022 minute order, the parties will submit a joint report with a proposed schedule or schedules for the completion of all discovery seven days after the Court's ruling on the motions to quash.

- **March 22, 2023**. Submission of joint status report on whether the cases should remain consolidated for purposes of summary judgment or trial.

- **March 29, 2023**. Status conference. The schedule for dispositive motions will be established at this time if necessary.

II.  **Potential Extensions**

The parties have met and conferred in good faith and believe that the above schedule reflects a reasonable timeframe to complete discovery unaffected by the pending apex doctrine and executive privilege dispute in these actions, based on the current state of the litigation. However, the parties note that circumstances may later require one or more parties to make a good-faith request for an extension of these deadlines. For example, Defendants note that if the parties

---

[2] This deadline applies only to the parties to these actions, and not to potential productions sought by third-party subpoenas.

2

cannot timely agree on a reasonable set of topics for a 30(b)(6) deposition of the FBI, Defendants anticipate that they will need to move for an extension of the close of discovery to allow sufficient time to prepare for and hold the 30(b)(6) deposition.

Dated: December 16, 2022

Respectfully submitted,

/s/ Christopher R. MacColl
Aitan D. Goelman (D.C. Bar 446636)
Christopher R. MacColl (D.C. Bar 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com
CMacColl@zuckerman.com

Richard A. Salzman (D.C. Bar 422497)
HELLER, HURON, CHERTKOF &
SALZMAN PLLC
1730 M Street NW, Suite 412
Washington, DC 20036
Telephone: (202) 293-8090
salzman@hellerhuron.com

Counsel for Plaintiff Peter Strzok

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar 449258)
Robert J. Katerberg (D.C. Bar 466325)
Kaitlin Konkel (D.C. Bar 1021109)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Amy.Jeffress@aporter.com
Robert.Katerberg@arnoldporter.com

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Joshua C. Abbuhl
MICHAEL J. GAFFNEY (D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL (D.C. Bar 1044782)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8366
Email: Joshua.Abbuhl@usdoj.gov

Counsel for Defendants

Kaitlin.Konkel@arnoldporter.com

*Counsel for Plaintiff Lisa Page*