# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. 19-2367 (ABJ) |
| v. | )<br>) |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |
| LISA PAGE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-3675 (TSC)<br>) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's December 21, 2022 minute order, the parties respectfully submit this joint status report regarding the parties' negotiations concerning a Rule 30(b)(6) deposition of the Federal Bureau of Investigation (FBI).[1]

---

[1] The above-captioned cases have been consolidated for purposes of discovery. The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

## I.     The Parties Have Reached Agreement on Most, But Not All, Deposition Topics

On January 20, 2023, in accordance with the Court's December 21, 2022 minute order, Plaintiffs provided Defendants with a list of proposed topics for a Rule 30(b)(6) deposition. The parties have attached Plaintiffs' proposed list as Exhibit A. The list includes a numbered set of nine proposed topics.

Defendants have agreed that topics 1-4 and 7-8 are appropriate topics for a Rule 30(b)(6) deposition in this case. At this time, Defendants cannot agree to topics 5 and 6 (which generally concern meetings and discussions of FBI Director Wray) and topic 9 (which generally concerns information related to Plaintiffs' security clearances). However, Defendants continue to evaluate whether they could agree to topics 5 and 6, possibly after narrowing the scope of those topics, and intend to complete that evaluation expeditiously and reach a decision shortly. If Defendants ultimately agree to those topics (or narrowed versions of them), they will promptly inform the Court of that development.

## II.    Next Steps

The parties have "reached an impasse" as to topic 9, *see* Dec. 21, 2022 Minute Order, and respectfully request a conference with the Court to resolve the dispute (including as to topics 5 and 6 if that portion of the dispute remains unresolved). As discussed above, if the parties reach agreement with respect to topics 5 and 6, the parties will promptly inform the Court.

Dated: February 3, 2023                                    Respectfully submitted,


*/s/ Christopher R. MacColl*                               BRIAN M. BOYNTON
Aitan D. Goelman (D.C. Bar 446636)                         Principal Deputy Assistant Attorney General
Christopher R. MacColl (D.C. Bar 1049153)
ZUCKERMAN SPAEDER LLP                                      MARCIA BERMAN
1800 M Street NW, Suite 1000                               Assistant Branch Director
Washington, DC 20036
Telephone: (202) 778-1800                                  CHRISTOPHER R. HALL
AGoelman@zuckerman.com                                     Assistant Branch Director
CMacColl@zuckerman.com

                                                           */s/ Joshua C. Abbuhl*
Richard A. Salzman (D.C. Bar 422497)                       MICHAEL J. GAFFNEY (D.C. Bar 1048531)
HELLER, HURON, CHERTKOF &                                  BRADLEY P. HUMPHREYS
SALZMAN PLLC                                               (D.C. Bar 988057)
1730 M Street NW, Suite 412                                JOSHUA C. ABBUHL (D.C. Bar 1044782)
Washington, DC 20036                                       Trial Attorneys, U.S. Department of Justice
Telephone: (202) 293-8090                                  Civil Division, Federal Programs Branch
salzman@hellerhuron.com                                    1100 L Street, N.W.
                                                           Washington, D.C. 20005
*Counsel for Plaintiff Peter Strzok*                       Tel.: (202) 616-8366
                                                           Email: Joshua.Abbuhl@usdoj.gov

                                                           *Counsel for Defendants*


*/s/ Amy Jeffress*
Amy Jeffress (D.C. Bar 449258)
Robert J. Katerberg (D.C. Bar 466325)
Kaitlin Konkel (D.C. Bar 1021109)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Amy.Jeffress@aporter.com
Robert.Katerberg@arnoldporter.com
Kaitlin.Konkel@arnoldporter.com

*Counsel for Plaintiff Lisa Page*