UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER STRZOK,<br>　　　　*Plaintiff*,<br>　v.<br>ATTORNEY GENERAL MERRICK GARLAND,<br>in his official capacity as Attorney General, *et al.*,<br>　　　　*Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br>　　　　*Plaintiff*,<br>　v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>　　　　*Defendants*. | Civil Action No. 19-3675 (TSC) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that these cases shall proceed on the following pretrial schedule:[1]

- **Further joint status report on the executive privilege issues:**
  - Plaintiffs' requested deadline:
    - <u>Friday, March 31, 2023</u>: The parties shall submit a further joint status report on discovery related to the executive privilege issues by March 31, 2023, seven days after Defendants' March 24, 2023 submission providing the current President's position on executive privilege.
  - Defendants' requested deadline:
    - <u>14 Days After the Court Issues Its Ruling on Any Invocations of Executive Privilege Pursuant to the Court's February 23, 2023 Order</u>: The parties shall submit a further status report on executive privilege

---

[1] The above-captioned cases have been consolidated for purposes of discovery. The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

   issues 14 days after the Court issues any order on those issues following Defendants' March 24, 2023 submission.

- **Deadline to serve supplemental responses, including responses to contention interrogatories that the parties deferred earlier in the discovery period:**
    - Plaintiffs' requested deadline:
        - <u>Friday, April 21, 2023</u>: The parties shall serve supplemental responses, including responses to contention interrogatories that the parties deferred earlier in the discovery period.
    - Defendants' requested deadline:
        - <u>Friday, April 28, 2023</u>: The parties shall serve supplemental responses, including responses to contention interrogatories that the parties deferred earlier in the discovery period.

- **Agreed deadline:**
    - <u>Friday, April 28, 2023</u>: All discovery unrelated to the executive privilege issues to be completed in *Strzok v. Garland* and *Page v. DOJ*.

- **Agreed deadline:**
    - <u>Friday, May 5, 2023</u>: Following the April 28, 2023 close-of-discovery deadline for all discovery unrelated to the executive privilege issues, the parties shall submit a joint status report addressing how the cases should proceed.

IT IS SO ORDERED this the _____ day of _____, 2023.

_____
AMY BERMAN JACKSON
United States District Judge