**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER P. STRZOK,<br><br>        Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-3675 (TSC) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>        Movants,<br>    v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:22-mc-27 (ABJ) |

### DEFENDANTS' MOTION TO SEAL PORTIONS OF DEFENDANTS' MOTION TO STAY DEPOSITION OF FORMER PRESIDENT DONALD TRUMP PENDING PETITION FOR MANDAMUS AND/OR MOTION FOR RECONSIDERATION

Pursuant to LCvR 5.1(h)(1), Defendants respectfully request leave to file under seal portions of Defendants' Motion to Stay Deposition of Former President Donald Trump Pending Petition for Mandamus and/or Motion for Reconsideration that quote portions of the sealed hearing transcript of February 23, 2023, which has been sealed by order of the Court. The relevant portions have been redacted in Defendants' public filing. Defendants do not believe the relevant material need be filed under seal, but file this motion in an abundance of caution. Defendants contacted counsel for Mr. Strzok, who advised that he does not believe the relevant material need be sealed. Counsel for Ms. Page advised that she takes no position on this motion.

Dated: May 11, 2023                                        Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher M. Lynch*
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL
(D.C. Bar 1044782)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4357
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*