**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-3675 (TSC) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Movants,<br>　　v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No.: 1:22-mc-27 (ABJ) |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Seal Portions of Defendants' Motion to Stay Deposition of Former President Donald Trump Pending Petition for Mandamus and/or Motion for Reconsideration, IT IS HEREBY ORDERED:

Defendants' Motion is

[GRANTED.  The portions of Defendants' Motion to Stay Deposition of Former President Donald Trump Pending Petition for Mandamus and/or Motion for Reconsideration that have been redacted in Defendants' public filing shall be filed under seal.]

[DENIED. Defendants shall file their motion in full on the public docket.]

SO ORDERED.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge