**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 19-3675 (TSC) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION, <br><br> Movants, <br> v. <br><br> PETER P. STRZOK <br><br> IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No.: 1:22-mc-27 (ABJ) |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Stay Deposition of Former President Donald Trump Pending Petition for Mandamus and/or Motion for Reconsideration, IT IS HEREBY ORDERED:

Defendants' Motion is GRANTED.  The deposition of former President Trump is hereby STAYED until (1) the deposition of Christopher Wray and any ensuing motion practice as to the remaining necessity of the former President's deposition have been completed; or (2) through the resolution of Defendants' petition for mandamus; whichever is later.

SO ORDERED.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge