## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK, | ) |
| | ) |
| Plaintiff, | ) |
| | )    Case No. 1:19-cv-2367 (ABJ) |
| v. | ) |
| | ) |
| ATTORNEY GENERAL MERRICK B. | ) |
| GARLAND, in his official capacity, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| LISA PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | )    Case No. 1:19-cv-3675 (TSC) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ATTORNEY GENERAL MERRICK | ) |
| GARLAND, in his official capacity, UNITED | ) |
| STATES DEPARTMENT OF JUSTICE, FBI | ) |
| DIRECTOR CHRISTOPHER A. WRAY, in his | ) |
| official capacity, FEDERAL BUREAU OF | ) |
| INVESTIGATION, | ) |
| | ) |
| Movants, | )    Case No. 1:22-mc-27 (ABJ) |
| | ) |
| v. | ) |
| | ) |
| PETER P. STRZOK | ) |
| | ) |
| IN RE SUBPOENA SERVED ON | ) |
| DONALD J. TRUMP | ) |
| | ) |

**DECLARATION OF CHRISTOPHER R. MACCOLL IN SUPPORT OF MOTION FOR
CLARIFICATION OF THE ORDER REGARDING DEPOSITIONS OF
<u>DONALD J. TRUMP AND CHRISTOPHER A. WRAY</u>**

I, Christopher R. MacColl, hereby declare:

1.      I am an associate with Zuckerman Spaeder LLP.  I have appeared in this matter as an attorney for Peter Strzok.

2.      Attached as Exhibit A is a true and correct copy of an email chain between myself and attorneys who have appeared for Defendants in this action, beginning March 27, 2023 and ending May 12, 2023.

3.      Attached as Exhibit B is a true and correct copy of an email chain between myself and attorneys for former President Trump, beginning March 31, 2023 and ending May 10, 2023.

4.      Attached as Exhibit C is a true and correct copy of two documents produced in this action by General John F. Kelly and an associated cover letter, dated April 12, 2023.

5.      Certain direct and mobile phone numbers are redacted from the exhibits.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: May 15, 2023                    */s/ Christopher R. MacColl*
Washington, D.C.                             Christopher R. MacColl
                                             DC Bar No. 1049153

# EXHIBIT A

## MacColl, Christopher

| | |
|---|---|
| **From:** | Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov> |
| **Sent:** | Friday, May 12, 2023 2:56 PM |
| **To:** | MacColl, Christopher |
| **Cc:** | Gaffney, Michael J. (CIV); Lynch, Christopher M. (CIV); Abbuhl, Joshua (CIV); Goelman, Aitan; salzman@hellerhuron.com; Konkel, Kaitlin; Katerberg, Robert J.; Jeffress, Amy |
| **Subject:** | Re: [EXTERNAL] RE: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege Issues |

Hi Chris,

We're doing everything we can to lock down a date for Director Wray's deposition. That's not the easiest thing, as I'm sure you can understand, given his duties. A deposition next week is highly unlikely.  But we understand it's a priority, and we'll circle back with you as soon as we have proposed dates.

Thanks,
Brad

> On May 12, 2023, at 2:31 PM, MacColl, Christopher <CMacColl@zuckerman.com> wrote:
>
> Mike,
>
> We respect the Court's order and would like to get a date for Director Wray's deposition on the calendar.  We would like to keep the May 24 date for President Trump's deposition.  That date took us six weeks of engaging with President Trump's attorneys to confirm.  We therefore believe Director Wray's deposition should be scheduled for next week.
>
> We note that Defendants created the impression for Judge Jackson that Mr. Strzok was insisting on President Trump's deposition being held first, but I suggested conducting Director Wray's deposition next week in my email below of April 27.  The Defendants have not responded.
>
> Chris
>
> ---
>
> **From:** MacColl, Christopher
> **Sent:** Thursday, April 27, 2023 11:07 AM
> **To:** 'Gaffney, Michael J. (CIV)' <Michael.J.Gaffney@usdoj.gov>
> **Cc:** 'Humphreys, Bradley (CIV)' <Bradley.Humphreys@usdoj.gov>; 'Lynch, Christopher M. (CIV)' <Christopher.M.Lynch@usdoj.gov>; 'Abbuhl, Joshua (CIV)' <Joshua.Abbuhl@usdoj.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; 'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>; 'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>; 'Jeffress, Amy' <Amy.Jeffress@arnoldporter.com>
> **Subject:** RE: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege Issues
>
> Mike,

Now that we have a tentative date for Scott Schools' deposition and seem to be making some progress on a date for President Trump's deposition, I wanted to follow up regarding dates for Director Wray's deposition.  For the Strzok team, the last two weeks of May or early June would likely be best.

Can you follow up with the FBI and let us know what would work for the Director.

Thanks,
Chris

---

**From:** MacColl, Christopher
**Sent:** Wednesday, April 26, 2023 9:57 AM
**To:** 'Gaffney, Michael J. (CIV)' <Michael.J.Gaffney@usdoj.gov>
**Cc:** 'Humphreys, Bradley (CIV)' <Bradley.Humphreys@usdoj.gov>; 'Lynch, Christopher M. (CIV)' <Christopher.M.Lynch@usdoj.gov>; 'Abbuhl, Joshua (CIV)' <Joshua.Abbuhl@usdoj.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; 'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>; 'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>; 'Jeffress, Amy' <Amy.Jeffress@arnoldporter.com>
**Subject:** RE: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege Issues

Mike,

We've been emailing Ms. Habba and two other lawyers for President Trump, Michael Madaio with Ms. Habba's firm and David Warrington of The Dhillon Law Group.  Unfortunately, notwithstanding an April 5 call with Ms. Habba on which she said April 28 did not work, discussed potential dates with us that would likely work, and indicated she would get back with the former President's availability in a day or so, no indication of President Trump's availability has been provided.  My understanding from the emails is that David Warrington has taken over as the primary representative for President Trump on this matter.

Can you let me know how the Defendants are planning to proceed?  We want to be respectful of everyone's time and commitments, but after eighteen months, we're also frustrated by the continued delay.

Chris

---

**From:** MacColl, Christopher
**Sent:** Friday, March 31, 2023 3:20 PM
**To:** 'Gaffney, Michael J. (CIV)' <Michael.J.Gaffney@usdoj.gov>
**Cc:** 'Humphreys, Bradley (CIV)' <Bradley.Humphreys@usdoj.gov>; 'Lynch, Christopher M. (CIV)' <Christopher.M.Lynch@usdoj.gov>; 'Abbuhl, Joshua (CIV)' <Joshua.Abbuhl@usdoj.gov>; Goelman, Aitan <AGoelman@zuckerman.com>; 'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>; 'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>; 'Jeffress, Amy' <Amy.Jeffress@arnoldporter.com>
**Subject:** RE: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege Issues

Mike,

On the subject of President Trump's deposition, we're going to provide Ms. Habba with a revised noticed date of April 28, 2023, on the understanding that that date would work for Defendants, both Plaintiffs, and their respective counsel.  Of course, we'll confer with President Trump's counsel on the logistics, potentially including further revision of the date.

Thanks,
Chris

-----Original Message-----
From: MacColl, Christopher
Sent: Friday, March 31, 2023 11:37 AM
To: 'Gaffney, Michael J. (CIV)' <Michael.J.Gaffney@usdoj.gov>
Cc: Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Lynch, Christopher M. (CIV)
<Christopher.M.Lynch@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Goelman, Aitan
<AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
<Kaitlin.Konkel@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>;
Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
Subject: RE: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege Issues

Thanks, Mike.

On the other items, do you have a response for us about the two Kelly documents and the other
executive privilege documents?

We would also like to reopen Scott Schools' deposition in light of the change in position regarding
executive privilege.  Can you let us know what dates would work?  The time required would certainly be
relatively limited.

Chris

-----Original Message-----
From: Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>
Sent: Friday, March 31, 2023 9:19 AM
To: MacColl, Christopher <CMacColl@zuckerman.com>
Cc: Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Lynch, Christopher M. (CIV)
<Christopher.M.Lynch@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Goelman, Aitan
<AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
<Kaitlin.Konkel@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>;
Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
Subject: RE: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege Issues

Chris,

As I stated last night, we don't foresee any scheduling issues being an issue for the government.  After
you speak with Mr. Trump's representative and understand his availability, please let us know the
available dates.

Mike

-----Original Message-----
From: MacColl, Christopher <CMacColl@zuckerman.com>
Sent: Thursday, March 30, 2023 11:18 PM
To: Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>
Cc: Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Lynch, Christopher M. (CIV)
<Christopher.M.Lynch@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Goelman, Aitan
<AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin

<Kaitlin.Konkel@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>;
Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
Subject: [EXTERNAL] Re: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege
Issues

Respectfully, Mike, we are entitled to set the order and to set the date for the third party depositions
we notice.  We noticed former President Trump's deposition sixteen months ago, and we would like to
proceed with it.  If, as the Department of Justice has suggested, it intends to petition for a writ of
mandamus with respect to Judge Jackson's order governing President Trump's deposition, we would like
that to happen sooner rather than later.

I reiterate our request for your availability in late April and early May.  We will certainly consider your
availability if you provide it.

I am sure we are all familiar with President Trump's current employment situation and ample resources.

Chris

On Mar 30, 2023, at 10:09 PM, Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov> wrote:


Chris,
Thanks for following up.  On your question about deposition scheduling, please contact Alina Habba at
ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>, who is the representative we referred to in
our March 24 filing.  We think it is premature to discuss our availability for former President Trump's
deposition since we expect his schedule will more likely be the driving factor on when the deposition
takes place.  After you speak with Mr. Trump's representative and understand his availability, please let
us know and we will then do our best to also be available as well.  Note also that it is Defendants'
position that Director Wray should be deposed before Mr. Trump.  So please let us know your thoughts
on when you would like to take Director Wray's deposition and we will consult with the FBI about his
availability.
We will follow up on your other questions.
Mike


From: MacColl, Christopher <CMacColl@zuckerman.com>
Sent: Thursday, March 30, 2023 10:23 AM
To: Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Lynch, Christopher M. (CIV)
<Christopher.M.Lynch@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Gaffney, Michael
J. (CIV) <Michael.J.Gaffney@usdoj.gov>
Cc: Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
<Kaitlin.Konkel@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>;
Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
Subject: [EXTERNAL] RE: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege
Issues

Brad, Mike, Chris, Josh,

Wanted to follow up on the below.

If you are not able to respond to all the requests at the moment, please let us know days on which Defendants would be available to attend a two hour deposition of former President Trump.  We would like to move forward with an amended subpoena tomorrow.

Thanks,
Chris

From: MacColl, Christopher
Sent: Monday, March 27, 2023 9:17 AM
To: 'Humphreys, Bradley (CIV)'
<Bradley.Humphreys@usdoj.gov<mailto:Bradley.Humphreys@usdoj.gov>>; Lynch, Christopher M. (CIV)
<Christopher.M.Lynch@usdoj.gov<mailto:Christopher.M.Lynch@usdoj.gov>>; Abbuhl, Joshua (CIV)
<Joshua.Abbuhl@usdoj.gov<mailto:Joshua.Abbuhl@usdoj.gov>>; Gaffney, Michael J. (CIV)
<Michael.J.Gaffney@usdoj.gov<mailto:Michael.J.Gaffney@usdoj.gov>>
Cc: Goelman, Aitan <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
'salzman@helleruron.com' <salzman@helleruron.com<mailto:salzman@helleruron.com>>; 'Konkel,
Kaitlin' <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.com>>; Katerberg,
Robert J. <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporter.com>>;
Jeffress, Amy <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>
Subject: Strzok v. Garland / Page v. DOJ - Deposition of Pres. Trump / Executive Privilege Issues

Brad, Mike, Chris, Josh,

Hope you all had a nice weekend.

In light of the decision to not assert executive privileges, please let us know what dates would work for President Trump's deposition.  We would like to schedule it for late April or early May.

We will need to coordinate with counsel for President Trump as well.  Can you let us know which of his attorneys provided the position regarding the PCP?

Also, we would appreciate Defendants producing the PCP document discussed at Mr. School's deposition and any other documents related to meetings or communications with President Trump that have been redacted or withheld due to executive privileges.  I have seen some redactions for "INFORMATION ORIGINATING WITH ANOTHER GOVERNMENT AGENCY", and I'm not sure whether that's indicative of a code selection error (N instead of M) or reflects an executive privilege assertion.  I am hopeful that Friday's notice also resolves the question of whether to assert privilege over the two notes identified by General Kelly.  Please let us know.

Thanks,
Chris

<https://protect2.fireeye.com/v1/url?k=8b7d2c52-d4e615e1-8b7a08b7-0cc47adc5e1a-
e57cdd5a9fa30fc4&q=1&e=15c41e5d-a193-4cc0-b32c-
77567fc990fe&u=http%3A%2F%2Fwww.zuckerman.com%2F>
<image001.png>

Christopher MacColl
Zuckerman Spaeder LLP
CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1849 direct • ██████████ mobile • 202.822.8106 fax

► Download vCard<https://protect2.fireeye.com/v1/url?k=a70ed503-f895ecb0-a709f1e6-
0cc47adc5e1a-997ae75f98af57c6&q=1&e=15c41e5d-a193-4cc0-b32c-
77567fc990fe&u=https%3A%2F%2Fwww.zuckerman.com%2Fvcard%2FChristopher_MacColl%2F> |
zuckerman.com<https://protect2.fireeye.com/v1/url?k=bcf156db-e36a6f97-bcf6723e-0cc47adca7cc-
e3983f4c0db60e07&q=1&e=63d697d4-e49a-4ab9-a0db-
e8f4757c3a63&u=http%3A%2F%2Fwww.zuckerman.com%2F>

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

EXHIBIT B

## MacColl, Christopher

| | |
|---|---|
| **From:** | David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com> |
| **Sent:** | Wednesday, May 10, 2023 11:09 AM |
| **To:** | MacColl, Christopher |
| **Cc:** | Alina Habba, Esq.; Goelman, Aitan; salzman@hellerhuron.com; Konkel, Kaitlin; Jeffress, Amy; Katerberg, Robert J.; Michael Madaio; Erin Potter (Dhillon Law) |
| **Subject:** | RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump |

EXTERNAL

Chris,

May 24th works for the President.  The DOJ is pretty sure it works for them and will confirm with me tomorrow and they agreed that we should put that date on the calendar for the deposition.

We are also working with the Secret Service on location and will let you know what works in regards to a site in the next day or so.

Thanks,

Dave

David A. Warrington | Partner | DHILLON LAW GROUP

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Direct: ███████
Mobile: ███████

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700| Fax: 415.520.6593
*Admitted Only in Virginia and Washington, D.C.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.

-----Original Message-----
From: MacColl, Christopher <CMacColl@zuckerman.com>
Sent: Tuesday, May 9, 2023 7:16 AM
To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
salzman@hellerhuron.com; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy

<Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

<font color="red" size:"16"><strong>External Email</strong></font>

Dave,

Can you confirm May 24?

Thanks,
Chris

> On May 4, 2023, at 11:32 AM, David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com> wrote:
>
>
> EXTERNAL
>
> Happens to all of us.  I'll keep you posted.
>
> David A. Warrington | Partner | DHILLON LAW GROUP
>
> 2121 Eisenhower Avenue, Suite 608
> Alexandria, VA 22314
> Direct: ██████████
> Mobile: ██████████
>
> SAN FRANCISCO ADDRESS:
> 177 Post Street, Suite 700
> San Francisco, California 94108
> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and
> Washington, D.C.
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>
> -----Original Message-----
> From: MacColl, Christopher <CMacColl@zuckerman.com>
> Sent: Thursday, May 4, 2023 11:31 AM
> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
> <EPotter@dhillonlaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump

>
> <font color="red" size:"16"><strong>External Email</strong></font>
>
> That sent prematurely.  Was supposed to end with "work for them."
>
> Chris
>
> -----Original Message-----
> From: MacColl, Christopher
> Sent: Thursday, May 4, 2023 11:30 AM
> To: 'David Warrington (Dhillon Law)' <DWarrington@dhillonlaw.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
> <EPotter@dhillonlaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> Thanks.  Please let us know what President Trump's request is regarding location as well.  We understand there may be atypical considerations on that front.
>
> The Defendants have had about ten lawyers who have attended depositions in this matter at different points, and they've indicated that they expect the former president's schedule to drive the date.  In light of that, our strong expectation is that DOJ will be able to make whatever date and time works for the Plaintiffs and President Trump
>
> -----Original Message-----
> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Sent: Thursday, May 4, 2023 11:16 AM
> To: MacColl, Christopher <CMacColl@zuckerman.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
> <EPotter@dhillonlaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
>
>  EXTERNAL
>
> Ok, let me continue to work with President Trump's scheduler and the DOJ to confirm that date and time.
>
> David A. Warrington | Partner | DHILLON LAW GROUP
>
> 2121 Eisenhower Avenue, Suite 608
> Alexandria, VA 22314
> Direct: ██████████

> Mobile: ███████
>
> SAN FRANCISCO ADDRESS:
> 177 Post Street, Suite 700
> San Francisco, California 94108
> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and
> Washington, D.C.
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>
> -----Original Message-----
> From: MacColl, Christopher <CMacColl@zuckerman.com>
> Sent: Thursday, May 4, 2023 11:09 AM
> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
> <AGoelman@zuckerman.com>; salzman@helleruron.com; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
> <EPotter@dhillonlaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> <font color="red" size:"16"><strong>External Email</strong></font>
>
> Hi Dave,
>
> Yes, I think the afternoon of the 24th would work for us.
>
> Chris
>
> -----Original Message-----
> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Sent: Wednesday, May 3, 2023 3:40 PM
> To: MacColl, Christopher <CMacColl@zuckerman.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
> <AGoelman@zuckerman.com>; salzman@helleruron.com; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
> <EPotter@dhillonlaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
>
> EXTERNAL

>

> Chris, still working with the President's schedule, but would the afternoon of the 24th work on your end?

>

> David A. Warrington | Partner | DHILLON LAW GROUP

>

> 2121 Eisenhower Avenue, Suite 608

> Alexandria, VA 22314

> Direct: ███████

> Mobile: ███████

>

> SAN FRANCISCO ADDRESS:

> 177 Post Street, Suite 700

> San Francisco, California 94108

> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and

> Washington, D.C.

>

> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.

>

> -----Original Message-----

> From: MacColl, Christopher <CMacColl@zuckerman.com>

> Sent: Wednesday, May 3, 2023 9:43 AM

> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>

> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan

> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin

> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy

> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.

> <Robert.Katerberg@arnoldporter.com>; Michael Madaio

> <mmadaio@habbalaw.com>

> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -

> Subpoena Served on Donald J. Trump

>

> <font color="red" size:"16"><strong>External Email</strong></font>

>

> Hi Dave,

>

> Thanks for the call on Monday.  You were checking on the 22nd through 26th and were hoping to know what dates would work by Tuesday (yesterday).  Any progress?

>

> Thanks,

> Chris

>

> -----Original Message-----

> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>

> Sent: Saturday, April 29, 2023 5:10 PM

> To: MacColl, Christopher <CMacColl@zuckerman.com>

> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan

> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin

> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy

> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
>
> EXTERNAL
>
> Hey Chris,
>
> I was hoping to have dates yesterday but should have them Monday.  I'll keep you posted.
>
> Thanks,
>
> Dave
>
> David A. Warrington | Partner | DHILLON LAW GROUP
>
> 2121 Eisenhower Avenue, Suite 608
> Alexandria, VA 22314
> Direct: ███████
> Mobile: ████████
>
> SAN FRANCISCO ADDRESS:
> 177 Post Street, Suite 700
> San Francisco, California 94108
> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and
> Washington, D.C.
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney
privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this
message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email
is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and
delete the message. Thank you.
>
> -----Original Message-----
> From: MacColl, Christopher <CMacColl@zuckerman.com>
> Sent: Saturday, April 29, 2023 3:34 PM
> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> <font color="red" size:"16"><strong>External Email</strong></font>
>
> Hi Dave,

> 
> Any update?
> 
> Thanks,
> Chris
> 
> On Apr 26, 2023, at 1:55 PM, MacColl, Christopher <CMacColl@zuckerman.com> wrote:
> 
> 
> Hi Dave,
> 
> Thanks for the email.  For Mr. Strzok's team, we have a conflict on May 19, and a six week trial starting the week of May 29, so we need to find a date before then.
> 
> I think we have a reasonable level of flexibility between May 8 and 26.
> 
> Thanks,
> Chris
> 
> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Sent: Wednesday, April 26, 2023 10:33 AM
> To: MacColl, Christopher <CMacColl@zuckerman.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
> <mmadaio@habbalaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
> 
> EXTERNAL
> Chris,
> 
> I am working on the logistics and timing issues.  I hope to have some things ironed out and answers for you tomorrow or Friday on timing.  Are there any avoid dates on your end?
> 
> Thanks,
> 
> Dave
> 
> David A. Warrington | Partner | Dhillon Law Group
> 
> 2121 Eisenhower Avenue, Suite 608
> Alexandria, VA 22314
> Direct: ███████
> Mobile: ███████
> 
> SAN FRANCISCO ADDRESS:
> 177 Post Street, Suite 700
> San Francisco, California 94108
> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and

> Washington, D.C.
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
> Sent: Monday, April 24, 2023 3:17 PM
> To: David Warrington (Dhillon Law)
> <DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>>
> Cc: Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>; Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>; Michael Madaio
> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
>
> External Email
> Hi David,
>
> Can you let us know President Trump's logistical needs and timing preferences?  We have been operating under the assumption that April 28, 2023 will not work based on Alina's statements on April 5, but that remains the operative, noticed date.
>
> Although you're new to this matter, please understand that we served this subpoena by consent through Attorney Larry Rosen in November 2021.  We deferred the initially noticed date in January 2022 based on a request from DOJ, which we understood was consulting with representatives for President Trump, and we then litigated a motion to quash that took multiple rounds of briefing over the course of a year to arrive at a decision.  It has been two months since Judge Jackson ruled (the matter having been transferred to her with President Trump's consent per Rule 45(f)) that a two hour deposition could proceed.  We are hopeful that we can confirm a date so that we can take this short deposition, with its relatively limited scope.  Look forward to hearing back from you about dates.
>
> Thanks,
> Chris
>
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
> Sent: Wednesday, April 19, 2023 3:40 PM
> To: Michael Madaio <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
> Cc: Alina Habba, Esq.

> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>;
> DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>;
> Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> Michael,
>
> President Trump is certainly free to change lawyers and have whoever he wants represent him.  It's really not up to us in the slightest.
>
> However, Alina referred to President Trump on our April 5 call as "my client," noted that "I represent the president in [his] personal capacity," discussed President Trump's likely desire to have her present at this deposition, and discussed her availability as a bar to holding this deposition on the noticed date ("the problem is that actually I am unavailable."). There's been no indication until today that you weren't representing him, and naturally, we understood that you were.
>
> Chris
>
> On Apr 19, 2023, at 2:48 PM, Michael Madaio <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>> wrote:
>
> EXTERNAL
> Also, to clarify, we never stated that our office represents Mr. Trump in this matter. He has been represented by the DOJ as you are aware.
>
> MICHAEL T. MADAIO, ESQ.
> Admitted to Practice in NJ, NY & PA
>
> 1430 US Highway 206, Suite 240
> Bedminster, New Jersey 07921
> Telephone: ████████
> Facsimile: 908-450-1881
>
> The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.
>
> -----Original Message-----
> From: Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
> Sent: Wednesday, April 19, 2023 10:28 AM
> To: MacColl, Christopher

> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>; Michael
> Madaio <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>;
> DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>
> Cc: Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> As a reminder I am on trial until mid May.
>
> A
> -----Original Message-----
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
> Sent: Wednesday, April 19, 2023 10:26 AM
> To: Michael Madaio
> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>;
> DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>
> Cc: Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>; Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> Thanks, Michael.
>
> David, as you may know, we spoke with Michael and Alina two weeks ago, on April 5.  Our understanding was that they would likely continue representing President Trump through his deposition in this matter, and we discussed the possibility of conducting this deposition in early- to mid-May.  Presently, we've noticed a modified date of performance of April 28, but we're pleased to work through the logistical issues and modify that date and/or the location provided we have President Trump's agreement that he will testify in accordance with the Court's order.
>
> Please let us know what dates would work and what other logistical needs you have.
>
> Thanks,
> Chris

>
> -----Original Message-----
> From: Michael Madaio
> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
> Sent: Wednesday, April 19, 2023 9:34 AM
> To: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>;
> DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>
> Cc: Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>; Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
>
> EXTERNAL
>
> Hi Chris,
>
> David Warrington will be stepping in to represent Mr. Trump in his personal capacity in connection with this matter.
I've copied him on here to connect you all.
>
> Thanks,
>
> MICHAEL T. MADAIO, ESQ.
> Admitted to Practice in NJ, NY & PA
> 1430 US Highway 206, Suite 240
> Bedminster, New Jersey 07921
> Telephone: ███████████
> Facsimile: 908-450-1881
>
> The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you
must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of
any virus or other defect that might affect any computer system into which it is received and opened, it is the
responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio &
Associates LLP for any loss or damage arising in any way from its use.
>
> -----Original Message-----
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
> Sent: Wednesday, April 19, 2023 8:06 AM
> To: Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
> Cc: Goelman, Aitan

> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>; Michael Madaio
> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> Hi Alina,
>
> Any update?
>
> Thanks,
> Chris
>
> On Apr 14, 2023, at 9:11 PM, Alina Habba, Esq. <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>> wrote:
>
>
> EXTERNAL
>
> Hi Chris-
>
> I am getting counsel lined up on this. Will have an update Monday.
>
>
>
>
> Alina Habba, Esq.
>
> Admitted to Practice in NJ, NY & CT
>
> HABBA MADAIO & ASSOCIATES LLP
>
>
> 1430 US Highway 206, Suite 240
>
> Bedminster, New Jersey 07921
>
> Telephone: ███████████
>
> Facsimile: 908-450-1881
>
>
>
> The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the

responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.

>
>
>
> _____
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
> Sent: Friday, April 14, 2023 9:10:38 PM
> To: Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
> Cc: Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>
> <salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>; Michael Madaio
> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> Hi Alina,
>
> Know you all are busy, but I'm following up again. Attached are images of a check that can be cashed based on the assumption that we would conduct this deposition in New York. If we agree to do it elsewhere, we would expect to modify the amount accordingly.
>
> Chris
>
> [image0.jpeg][image1.jpeg]
>
> On Apr 11, 2023, at 11:26 AM, MacColl, Christopher
<CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>> wrote:
>
>
> Hi Alina,
>
> Just following up again on the below.  Please let us know if there are dates that would work on your end.
>
> Thanks,
> Chris
>
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
> Sent: Friday, April 7, 2023 1:24 PM
> To: Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>

> Cc: Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
> Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
> Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com>>; Michael Madaio
> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> Hi Alina,
>
> Just following up to see if you've been able to identify dates that would work.
>
> Thanks,
> Chris
>
>
> On Apr 5, 2023, at 9:32 AM, MacColl, Christopher
<CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com%3cmailto:CMacColl
@zuckerman.com>>> wrote:
>
> Hi Alina,
>
> Attached are the two notices we filed regarding likely deposition topics.  After Judge Jackson issued a ruling permitting
the deposition to go forward with the 2 hour limit, she instructed the government to solicit President Biden's position on
executive privilege.  DOJ filed docket entry 108, which states that "The Executive Office of the President will not assert
the Presidential Communications Privilege, and Defendants will not assert the Deliberative Process Privilege."
>
> Appreciate your taking the time today and agreeing to get back to us in a day or so.
>
> Chris
>
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@
> zuckerman.com%3cmailto:CMacColl@zuckerman.com>>>
> Sent: Tuesday, April 4, 2023 7:39 PM
> To: Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com<mailto:ahabba@habbalaw
> .com%3cmailto:ahabba@habbalaw.com>>>
> Cc: Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com<mailto:AGoelman@
> zuckerman.com%3cmailto:AGoelman@zuckerman.com>>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com<mailto:salzman@
> hellerhuron.com%3cmailto:salzman@hellerhuron.com>>; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m<mailto:Kaitlin.Konkel@arnoldporter.com%3cmailto:Kaitlin.Konkel@arnol
> dporter.com>>>; Jeffress, Amy

> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com<ma
> ilto:Amy.Jeffress@arnoldporter.com%3cmailto:Amy.Jeffress@arnoldporter.
> com>>>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com<mailto:Robert.Katerberg@arnoldporter.com%3cmailto:Robert.Katerbe
> rg@arnoldporter.com>>>; Michael Madaio
> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com<mailto:mmadaio@habba
> law.com%3cmailto:mmadaio@habbalaw.com>>>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
>
> 9 works. I'll send an invite with a dial in later this evening.
>
> Chris
>
>
>
> On Apr 4, 2023, at 6:10 PM, Alina Habba, Esq.
<ahabba@habbalaw.com<mailto:ahabba@habbalaw.com<mailto:ahabba@habbalaw.com%3cmailto:ahabba@habbala
w.com>>> wrote:
>
> EXTERNAL
> Good afternoon Chris,
>
> Are you available for a call at 9am?
>
>
> Alina Habba, Esq.
>
> Admitted to Practice in NJ, NY & CT
>
> HABBA MADAIO & ASSOCIATES LLP
>
>
>
> 1430 US Highway 206, Suite 240
>
> Bedminster, New Jersey 07921
>
> Telephone: ███████████
>
> Facsimile: 908-450-1881
>
>
>
> The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.
>
>

> 
> _____
> From: MacColl, Christopher
> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@
> zuckerman.com%3cmailto:CMacColl@zuckerman.com>>>
> Sent: Tuesday, April 4, 2023 6:03:19 PM
> To: Alina Habba, Esq.
> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com<mailto:ahabba@habbalaw
> .com%3cmailto:ahabba@habbalaw.com>>>
> Cc: Goelman, Aitan
> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com<mailto:AGoelman@
> zuckerman.com%3cmailto:AGoelman@zuckerman.com>>>;
> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com<mailto:salzman@
> hellerhuron.com%3cmailto:salzman@hellerhuron.com>>
> <salzman@hellerhuron.com<mailto:salzman@hellerhuron.com<mailto:salzman
> @hellerhuron.com%3cmailto:salzman@hellerhuron.com>>>; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
> m<mailto:Kaitlin.Konkel@arnoldporter.com%3cmailto:Kaitlin.Konkel@arnol
> dporter.com>>>; Jeffress, Amy
> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com<ma
> ilto:Amy.Jeffress@arnoldporter.com%3cmailto:Amy.Jeffress@arnoldporter.
> com>>>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
> r.com<mailto:Robert.Katerberg@arnoldporter.com%3cmailto:Robert.Katerbe
> rg@arnoldporter.com>>>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
> Subpoena Served on Donald J. Trump
> 
> Ms. Habba,
> 
> Just following up on the below. Please confirm receipt, and let us know if the 28th will work.  Happy to discuss other logistics at your convenience.
> 
> Chris
> 
> On Mar 31, 2023, at 3:47 PM, MacColl, Christopher <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com%3cmailto:CMacColl@zuckerman.com>>> wrote:
> 
> 
> Ms. Habba,
> 
> I understand that you represent President Trump in connection with the subpoena that I served on him through attorney Larry Rosen in November 2021.
> 
> As I'm sure you know, the Department of Justice filed a motion to quash the subpoena in the Southern District of New York.  The matter was transferred to the District for the District of Columbia with the consent of President Trump per Rule 45(f).  Judge Amy Berman Jackson ruled that a deposition limited to two hours and certain topics would be allowed, and both President Biden and President Trump informed the Court that they would not assert executive privilege.
>

> We are pleased to discuss logistics with you.  We are, however, noticing a modified date of April 28, 2023 in light of the need to maintain a deadline.  This is in part because the Department of Justice has suggested that it may file a mandamus petition.
>
> I note that I conveyed to Mr. Rosen a check for the witness fee and mileage, but my records indicate that it went uncashed and has become void due to the passage of time.  We are pleased to reissue it.
>
> Please confirm receipt and let us know President Trump's preferences for logistics.  My cell is below if you would like to discuss by phone.
>
> Kind Regards,
> Chris
>
>
> <http://www.zuckerman.com/>
>
>
> <http://www.zuckerman.com/>
>
> Christopher MacColl
> Zuckerman Spaeder LLP
> CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@z
> uckerman.com%3cmailto:CMacColl@zuckerman.com<mailto:CMacColl@zuckerman
> .com%3cmailto:CMacColl@zuckerman.com%3cmailto:CMacColl@zuckerman.com%3
> cmailto:CMacColl@zuckerman.com>>>
>
>
> 1800 M STREET NW, SUITE 1000 • WASHINGTON,  DC 20036-5807
> 202.778.1849 direct • ███████████ mobile • 202.822.8106 fax
>
> ► Download vCard<https://www.zuckerman.com/vcard/Christopher_MacColl/>
> | zuckerman.com<http://www.zuckerman.com>
>
> This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.
>
>
>
>
> <2023-03-24 [Doc 108] Govt - Notice re Executive Privilege.PDF>
> <2022-09-29 [Doc 089] Strzok - Redacted Notice of Filing of Rosenstein
> Deposition Transcript.PDF>
> <2023-02-03 [Doc 105] Strzok - Notice of Additional Inquiry Areas for
> Depositions at Issue in Motions to Quash.PDF>

# EXHIBIT C

# WILLIAMS MULLEN

Direct Dial: █████████
cjames@williamsmullen.com

April 12, 2023

<u>BY EMAIL AND FIRST CLASS MAIL</u>

Christopher R. MacColl, Esquire
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC  20036

     Re:   *Peter P. Strzok v. Merrick Garland, etc, et al.*
           Case No. 1:19-CV-02367-ABJ

Dear Mr. MacColl:

In response to Plaintiff's Third Party Subpoena *Duces Tecum* issued on February 10, 2023 in the captioned case, enclosed are the responsive documents of John F. Kelly bates labelled Kelly_SDT_0001 to Kelly_SDT_0002.  In case Gen. Kelly's handwriting is hard to decipher, below are transcriptions of the documents.  Also, the post-it notes were not on the originals.  They were added for clarification.

       <u>1st page</u> (Kelly_SDT_0001)
       Potus, Rand Paul +2
       Security clearances
         * add Page, McCabe, Stroch (sic)
       Post-it Note:  23 July 2018 (Kelly)

       <u>2nd page</u> (Kelly_SDT_0002)
       Potus, AG, Don McGahn

        - Deep state issues
        - Investigations
        - Firing love birds
           McCabe?
        - Trust?
       Post-it Note:  21 Feb 2018 (Kelly)

Please do not hesitate to contact me if you have any questions.  Thank you.

               Sincerely,

               Charles E. James, Jr.

CEJjr/dad
Enclosure

102488703_1

to tus - Rand Paul +2

- Security Clearances
  + add Page, McCabe,
    Strock

23 July 2018

K

Kelly_SDT_0001



POTUS, AG, Don McGahn

- Deep state issues
- Investigations
- Firing love birds,
  McCabe?
- Twist ?
-

21 Feb 2018
Kelly

Kelly_SDT_0002