# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-2367 (ABJ) |
| v. | ) |
| | ) |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| LISA PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-3675 (TSC) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Movants, | ) Case No. 1:22-mc-27 (ABJ) |
| | ) |
| v. | ) |
| | ) |
| PETER P. STRZOK | ) |
| | ) |
| IN RE SUBPOENA SERVED ON DONALD J. TRUMP | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Clarification of the Order Regarding the Depositions of Donald J. Trump and Christopher A. Wray, it is hereby ORDERED that Defendants shall produce Director Wray for the ordered deposition before May 24, 2023.  Or, if Defendants are unable to produce Director Wray prior to that date, the deposition of former President Donald J. Trump shall proceed as scheduled.

**IT IS SO ORDERED** this the _____ day of _____, 2023.

_____
AMY BERMAN JACKSON
United States District Judge