**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 19-3675 (TSC) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>Movants,<br>v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No.: 1:22-mc-27 (ABJ) |

**UNOPPOSED MOTION TO UNSEAL PORTIONS OF FEBRUARY 23, 2023 HEARING TRANSCRIPT**

Defendants respectfully request that the Court unseal pages 1-40 of the February 23, 2023 hearing transcript, with the exception of the excerpt at 24:22 - 25:12,[1] and direct that these portions of the transcript be filed on the public docket. The portions of the transcript that defendants seek to unseal are "portions of the apex doctrine discussion." Feb. 23, 2023 Minute Order. The Court sealed portions of the transcript related to the apex doctrine only because they "made reference to sealed deposition testimony," but the relevant portions of the deposition testimony discussed therein do not necessitate confidential treatment. *Id.* In the absence of any factor necessitating confidential treatment of these portions of the transcript, and in light of the "strong presumption in favor of public access to judicial proceedings," these portions of the transcript should be unsealed. *Johnson v. Greater Se. Cmty. Hosp. Corp.*, 951 F.2d 1268, 1277 (D.C. Cir. 1991).

Defendants have conferred with counsel for Mr. Strzok and Ms. Page, who have represented that neither opposes this request.

Dated: May 19, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher M. Lynch*
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL

[1] Counsel for Mr. Strzok has requested that the excerpt at 24:22-25:12 remain under seal.

(D.C. Bar 1044782)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4357
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*