**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER P. STRZOK, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., <br><br> Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 19-3675 (TSC) |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION, <br><br> Movants, <br> v. <br><br> PETER P. STRZOK <br><br> IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No.: 1:22-mc-27 (ABJ) |

**[PROPOSED] ORDER**

Having considered Defendants' Unopposed Motion to Unseal Portions of February 23, 2023 Hearing Transcript, IT IS HEREBY ORDERED:

Defendants' Motion is GRANTED.  Pages 1-40 of the February 23, 2023 hearing transcript, with the exception of the excerpt at 24:22 - 25:12, shall be unsealed and filed on the public docket.

SO ORDERED.

Dated: _____  _____
Hon. Amy Berman Jackson
United States District Judge