**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-2367 (ABJ) |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LISA PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-3675 (TSC) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Movants, | ) | |
| v. | ) | Case No.: 1:22-mc-27 (ABJ) |
| | ) | |
| PETER P. STRZOK | ) | |
| | ) | |
| IN RE SUBPOENA SERVED ON DONALD J. TRUMP | ) | |

**[PROPOSED] ORDER**

Having considered Defendants' Motion for Reconsideration of Order Denying in Part Defendants' Motion to Quash Subpoena for Deposition of Former President Trump, any opposition, and the entire record herein, it is hereby ORDERED:

Defendants' Motion for Reconsideration is GRANTED.  Plaintiff Peter P. Strzok's subpoena for the deposition of former President Trump is hereby QUASHED.

SO ORDERED.

Dated: _____                    _____

                                                                                    Hon. Amy Berman Jackson