IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>    Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>    Defendants. | Case No. 1:19-cv-2367 (ABJ) |
| LISA PAGE,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-3675 (TSC) |

**NOTICE REGARDING DEPOSITION OF FORMER PRESIDENT TRUMP AND DISCOVERY STATUS CONSIDERING PROBABLE GOVERNMENT SHUTDOWN**

Pursuant to the Court's directive of September 8, 2023, Plaintiffs Peter Strzok and Lisa Page are filing this Notice that Mr. Trump's deposition has been scheduled for October 17, 2023. *See* Exhibit A. Plaintiffs will endeavor to consult with Defendants and file a status report in the days following Mr. Trump's deposition, as requested by the Court on September 8.

Plaintiffs recognize that a government shutdown appears likely to commence on October 1, 2023, and that the Department of Justice may request stays in nearly all civil actions in which it is a party. *See* Dep't of Justice, FY 2024 Contingency Plan (Sept. 25, 2023), https://www.justice.gov/jmd/page/file/1015676/download ("Litigators will approach the courts

and request that active cases . . . be postponed until funding is available.  If a court denies such a request and orders a case to continue, the Government will comply with the court's order . . . ."). Plaintiffs are also aware of the possibility of a district-wide default stay in such cases.  Considering the lengthy effort that scheduling Mr. Trump's deposition required (*see* Exhibit A) and that a stay might result in substantial delay of the conclusion of this action, Plaintiffs will oppose any stay and expect to promptly request relief from any default stay that is imposed.

Plaintiffs consulted with Defendants and were informed that, pursuant to DOJ policy, Defendants could not discuss whether they would be seeking a stay in this action in the event of a shutdown until Monday.

Dated:  September 28, 2023                      Respectfully submitted,

<u>/s/ Amy Jeffress</u>
Amy Jeffress (DC Bar 449258)
Robert J. Katerberg (DC Bar 466325)
Kaitlin Konkel (DC Bar 1021109)
**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
Amy.Jeffress@arnoldporter.com
Robert.Katerberg@arnoldporter.com
Kaitlin.Konkel@arnoldporter.com

*counsel for Lisa Page*

<u>/s/ Christopher R. MacColl</u>
Aitan D. Goelman (D.C. Bar 446636)
Christopher R. MacColl (D.C. Bar 1049153)
**ZUCKERMAN SPAEDER LLP**
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com

Richard A. Salzman (D.C. Bar No. 422497)
**HELLER, HURON, CHERTKOF &**
  **SALZMAN PLLC**
1010 Wayne Ave., Suite 510
Silver Spring, MD 20910
Telephone: (202) 293-8090
salzman@hellerhuron.com

*counsel for Plaintiff Peter Strzok*