# EXHIBIT A

**MacColl, Christopher**

| | |
|---|---|
| **From:** | David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com> |
| **Sent:** | Thursday, September 28, 2023 3:19 PM |
| **To:** | MacColl, Christopher; Lynch, Christopher M. (CIV) |
| **Cc:** | Alina Habba, Esq.; Goelman, Aitan; salzman@hellerhuron.com; Jeffress, Amy; Katerberg, Robert J.; Humphreys, Bradley (CIV); Gaffney, Michael J. (CIV); joshua.abbuhl_usdoj.gov; Michael Madaio; Erin Potter (Dhillon Law); Konkel, Kaitlin |
| **Subject:** | RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump |

EXTERNAL

Hello everyone,

We are confirmed for Tuesday, October 17, 2023.  We have set aside the time from 1 to 4pm for the 2 hour deposition.  We have a room that will accommodate 20 people.  I will let everyone know what information the Secret Service needs from the people attending as well as directions for REDACTED at the given time.

Let me know if anyone has any particular questions.

Best,

Dave

David A. Warrington | Partner | DHILLON LAW GROUP

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Direct: REDACTED
Mobile: REDACTED

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700| Fax: 415.520.6593
*Admitted Only in Virginia and Washington, D.C.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Thursday, September 28, 2023 12:51 PM
**To:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>; Michael Madaio

<mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>; Konkel, Kaitlin
<Kaitlin.Konkel@arnoldporter.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**External Email**

Hi Dave,

Great talking to you.  Thanks for confirming 1-4 pm REDACTED on the 17th.

We'll of course get you the necessary info when you send the forms later.

Enjoy your lunch.

Chris

---

**From:** MacColl, Christopher
**Sent:** Wednesday, September 27, 2023 1:13 PM
**To:** 'David Warrington (Dhillon Law)' <DWarrington@dhillonlaw.com>
**Cc:** 'Alina Habba, Esq.' <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Jeffress, Amy' <Amy.Jeffress@arnoldporter.com>;
'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>; 'Humphreys, Bradley (CIV)'
<Bradley.Humphreys@usdoj.gov>; 'Gaffney, Michael J. (CIV)' <Michael.J.Gaffney@usdoj.gov>; 'joshua.abbuhl_usdoj.gov'
<joshua.abbuhl@usdoj.gov>; 'Michael Madaio' <mmadaio@habbalaw.com>; 'Erin Potter (Dhillon Law)'
<EPotter@dhillonlaw.com>; 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

Hi Dave,

We can make either the 17th or 18th REDACTED.  We have a preference for the 17th, as we do have one conflict
that may be difficult to resolved for the 18th.  But we'll proceed on the 18th if that's what available.  Please let us know
what works on your end, and I'll get a videographer and court reporter lined up.

As you know, this deposition has been the subject of a lengthy dispute with DOJ, and we look forward to having this date
locked in by agreement with you.

Thanks,
Chris

---

**From:** MacColl, Christopher
**Sent:** Tuesday, September 26, 2023 5:09 PM
**To:** 'David Warrington (Dhillon Law)' <DWarrington@dhillonlaw.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
<Robert.Katerberg@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael
J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>; Michael Madaio
<mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>; Konkel, Kaitlin
<Kaitlin.Konkel@arnoldporter.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

Thanks Dave.  Yes, as mentioned, I'll confirm with the relevant folks, but we look forward to aligning schedules for the 17th or 18th REDACTED, premised on agreement to proceed.  And obviously we understand the secret service will need information for those attending and so forth.

Chris

---

**From:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
**Sent:** Tuesday, September 26, 2023 5:05 PM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**EXTERNAL**

Chris, great talking to you.  Let's connect tomorrow morning on final details.

David A. Warrington | Partner | DHILLON LAW GROUP

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Direct: REDACTED
Mobile: REDACTED

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700| Fax: 415.520.6593
*Admitted Only in Virginia and Washington, D.C.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Tuesday, September 26, 2023 3:51 PM
**To:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**External Email**

3

Dave,

As noted below, we were ordered to notify Judge Jackson when this deposition was scheduled. The deposition is the last anticipated discovery in this action, and we are eager to complete it. It has been outstanding since we served a subpoena by consent through Attorney Rosen nearly two years ago, and the Department of Justice confirmed former President Trump's acceptance of Judge Jackson's jurisdiction over it in January 2022.

We intend to file a notice informing the Court that we have noticed this deposition for October 17. If you are not able to confirm acceptance and the former president's availability for the 17th or agree to another reasonable date, we will also request an order from the Court compelling President Trump to appear.

Please let us know whether President Trump will agree to a location and date (preferably between October 16 and 19) by noon tomorrow.

Thanks,
Chris

---

**From:** MacColl, Christopher
**Sent:** Friday, September 22, 2023 9:21 AM
**To:** 'David Warrington (Dhillon Law)' <DWarrington@dhillonlaw.com>
**Cc:** 'Alina Habba, Esq.' <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; 'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; 'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>; 'Humphreys, Bradley (CIV)' <Bradley.Humphreys@usdoj.gov>; 'Gaffney, Michael J. (CIV)' <Michael.J.Gaffney@usdoj.gov>; 'joshua.abbuhl_usdoj.gov' <joshua.abbuhl@usdoj.gov>; 'Michael Madaio' <mmadaio@habbalaw.com>; 'Erin Potter (Dhillon Law)' <EPotter@dhillonlaw.com>; 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

Dave, Just to clear up a minor misstatement, Judge Jackson directed us to provide the date to her once it was scheduled on September 8, not September 15. Hope to hear back from you soon.

Thanks,
Chris

---

**From:** MacColl, Christopher
**Sent:** Thursday, September 21, 2023 1:10 PM
**To:** 'David Warrington (Dhillon Law)' <DWarrington@dhillonlaw.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

Hi Dave,

Please find attached a modified subpoena and a notice for President Trump's deposition on October 17, 2023. As noted in my initial email on this chain, we conveyed a check for the witness fee and milage to Mr. Rosen nearly two years ago, though we are pleased to reissue it. Once again, we are pleased to make whatever reasonable logistical accommodations are necessary, provided this deposition will proceed.

On September 15th, Judge Jackson directed us to notify the Court when this deposition was scheduled.  Please confirm acceptance of the attached and let us know by Monday, September 25 if any modification to the date is needed so that we can comply with that order in a prompt manner.

Best Regards,
Chris

**From:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
**Sent:** Tuesday, September 19, 2023 12:21 PM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**EXTERNAL**

Absolutely, and I appreciate your patience.

David A. Warrington | Partner | Dhillon Law Group

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Direct: REDACTED
Mobile: REDACTED

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700| Fax: 415.520.6593
*Admitted Only in Virginia and Washington, D.C.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Tuesday, September 19, 2023 10:44 AM
**To:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**External Email**

Thanks, Dave.  We certainly understand that and look forward to your response.  If you expect to need time past tomorrow, please let us know when we can expect a response.  I don't mean to be difficult but do want to keep the train on the tracks.

Chris

---

**From:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
**Sent:** Tuesday, September 19, 2023 10:38 AM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**EXTERNAL**

Chris,

Sorry for the delay in getting back to you—I am hoping to have available dates shortly and I will shoot for the window you propose.  As you can expect there are a lot of demands on the client's time and scheduling is a bit of a challenge.

Thanks,

Dave

David A. Warrington | Partner | DHILLON LAW GROUP

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Direct: REDACTED
Mobile: REDACTED

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700 | Fax: 415.520.6593
*Admitted Only in Virginia and Washington, D.C.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Monday, September 18, 2023 3:59 PM
**To:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;

salzman@helleruron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
<Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
<EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump


**External Email**

Hi Dave,

It's occurred to us that it may help move this along to set a date.  October 16-19 work well for our calendars.  We'll plan
to notice this deposition for Monday, October 16th if we don't hear from you by mid-day Wednesday.

Thanks,
Chris

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Friday, September 15, 2023 8:30 PM
**To:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>; Konkel, Kaitlin
<Kaitlin.Konkel@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J.
(CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
salzman@helleruron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
<Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
<EPotter@dhillonlaw.com>
**Subject:** Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

Hi Dave,

No one has ever accused me of lacking persistence.  Any update?

Thanks,
Chris

> On Sep 12, 2023, at 3:50 PM, MacColl, Christopher <CMacColl@zuckerman.com> wrote:

> Great, thanks!

> ---

> **From:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> **Sent:** Tuesday, September 12, 2023 3:50 PM
> **To:** MacColl, Christopher <CMacColl@zuckerman.com>; Konkel, Kaitlin
> <Kaitlin.Konkel@arnoldporter.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>;
> Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov
> <joshua.abbuhl@usdoj.gov>
> **Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
> salzman@helleruron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
> <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter
> (Dhillon Law) <EPotter@dhillonlaw.com>
> **Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J.
> Trump

EXTERNAL

Chris,

I'll get back to you by the end of the week if that is ok with you?

Thanks,

Dave

David A. Warrington | Partner | DHILLON LAW GROUP

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Direct: REDACTED
Mobile: REDACTED

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700| Fax: 415.520.6593
*Admitted Only in Virginia and Washington, D.C.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email
message is attorney privileged and confidential, intended only for the use of the individual or
entity named above. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution or copy of this email is strictly prohibited. If you
have received this email in error, please notify us immediately by calling (415) 433-1700 and
delete the message. Thank you.

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Tuesday, September 12, 2023 3:00 PM
**To:** Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; David Warrington (Dhillon Law)
<DWarrington@dhillonlaw.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney,
Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
<Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter
(Dhillon Law) <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J.
Trump

**External Email**

Hi Dave,

Just wanted to check in again.  We had a conference with the Court on Friday.  Judge Jackson inquired
where the arrangements for this deposition stood, as it is necessary to move the case forward.  The
government gave no indication that there was any obstacle from its perspective.

Hope to hear back from you soon.

Thanks,

Chris

---

**From:** MacColl, Christopher
**Sent:** Friday, September 8, 2023 10:56 AM
**To:** 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>; 'David Warrington (Dhillon Law)'
<DWarrington@dhillonlaw.com>; 'Humphreys, Bradley (CIV)' <Bradley.Humphreys@usdoj.gov>;
'Gaffney, Michael J. (CIV)' <Michael.J.Gaffney@usdoj.gov>; 'joshua.abbuhl_usdoj.gov'
<joshua.abbuhl@usdoj.gov>
**Cc:** 'Alina Habba, Esq.' <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Jeffress, Amy'
<Amy.Jeffress@arnoldporter.com>; 'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>;
'Michael Madaio' <mmadaio@habbalaw.com>; 'Erin Potter (Dhillon Law)' <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J.
Trump

Hi Dave,

Just wanted to follow up to see if you have any information on availability or an estimate as to when you
expect to be able to get back to us.

Thanks,
Chris

---

**From:** MacColl, Christopher
**Sent:** Tuesday, September 5, 2023 11:15 AM
**To:** 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>; 'David Warrington (Dhillon Law)'
<DWarrington@dhillonlaw.com>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney,
Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; joshua.abbuhl_usdoj.gov <joshua.abbuhl@usdoj.gov>
**Cc:** 'Alina Habba, Esq.' <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Jeffress, Amy'
<Amy.Jeffress@arnoldporter.com>; 'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>;
'Michael Madaio' <mmadaio@habbalaw.com>; 'Erin Potter (Dhillon Law)' <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J.
Trump

Hi Dave,

Hope you're well.  The DC Circuit denied the government's mandamus petition on Friday, and we would
once again like to find a time that works for President Trump.

We have a high level of flexibility and only need to find a few-hour block.  As previously, we're pleased
to make any reasonable logistical accommodations so long as those will help this deposition
proceed.  Can you let us know what the former president's availability looks like?

Thanks,
Chris

---

**From:** MacColl, Christopher
**Sent:** Monday, July 10, 2023 3:34 PM
**To:** 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>; 'David Warrington (Dhillon Law)'
<DWarrington@dhillonlaw.com>

**Cc:** 'Alina Habba, Esq.' <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; 'salzman@hellerhuron.com' <salzman@hellerhuron.com>; 'Jeffress, Amy' <Amy.Jeffress@arnoldporter.com>; 'Katerberg, Robert J.' <Robert.Katerberg@arnoldporter.com>; 'Michael Madaio' <mmadaio@habbalaw.com>; 'Erin Potter (Dillon Law)' <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

Hi Dave,

Just wanted to follow up and see whether you have time to discuss this afternoon.  We're available.

Thanks,
Chris

---

**From:** MacColl, Christopher
**Sent:** Sunday, July 9, 2023 4:25 PM
**To:** 'Konkel, Kaitlin' <Kaitlin.Konkel@arnoldporter.com>; David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
**Subject:** RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

Great.  Dave, let us know when would work best tomorrow other than 11-12, and I'll be happy to circulate an invite.

Thanks,
Chris

---

**From:** Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>
**Sent:** Friday, July 7, 2023 11:01 PM
**To:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>; MacColl, Christopher <CMacColl@zuckerman.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
**Subject:** Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**EXTERNAL**

Thanks, Dave and Chris - any time Monday afternoon works for us.

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Friday, July 7, 2023 9:01 PM
**To:** David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com <salzman@hellerhuron.com>; Konkel, Kaitlin

<[Kaitlin.Konkel@arnoldporter.com](mailto:Kaitlin.Konkel@arnoldporter.com)>; Jeffress, Amy <[Amy.Jeffress@arnoldporter.com](mailto:Amy.Jeffress@arnoldporter.com)>; Katerberg, Robert J. <[Robert.Katerberg@arnoldporter.com](mailto:Robert.Katerberg@arnoldporter.com)>; Michael Madaio <[mmadaio@habbalaw.com](mailto:mmadaio@habbalaw.com)>; Erin Potter (Dhillon Law) <[EPotter@dhillonlaw.com](mailto:EPotter@dhillonlaw.com)>
**Subject:** Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump

**External E-mail**

That'll work. Anytime other than 11-12 will work for me. Kaitlin, are you available?

Have a good weekend!

Chris


> On Jul 7, 2023, at 8:12 PM, David Warrington (Dhillon Law) <[DWarrington@dhillonlaw.com](mailto:DWarrington@dhillonlaw.com)> wrote:
>
>
> EXTERNAL
>
> Hey Chris,
>
> Sorry for the late reply.  I was in a deposition all day and just got back to the office.  Can we talk on Monday?  Let me know what works for you.
>
> Thanks,
>
> Dave
>
> David A. Warrington | Partner | DHILLON LAW GROUP
>
> 2121 Eisenhower Avenue, Suite 608
> Alexandria, VA 22314
> Direct: REDACTED
> Mobile: REDACTED
>
> SAN FRANCISCO ADDRESS:
> 177 Post Street, Suite 700
> San Francisco, California 94108
> Phone: 415.433.1700| Fax: 415.520.6593
> *Admitted Only in Virginia and Washington, D.C.
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>
> -----Original Message-----
> From: MacColl, Christopher <[CMacColl@zuckerman.com](mailto:CMacColl@zuckerman.com)>
> Sent: Friday, July 7, 2023 9:28 AM
> To: David Warrington (Dhillon Law) <[DWarrington@dhillonlaw.com](mailto:DWarrington@dhillonlaw.com)>
> Cc: Alina Habba, Esq. <[ahabba@habbalaw.com](mailto:ahabba@habbalaw.com)>; Goelman, Aitan <[AGoelman@zuckerman.com](mailto:AGoelman@zuckerman.com)>;

salzman@hellerhuron.com; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
<Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>;
Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J.
Trump
>
> <font color="red" size:"16"><strong>External Email</strong></font>
>
> Hi Dave,
>
> As you're probably aware, DOJ moved for reconsideration of the order allowing us obtain President
Trump's testimony.  Judge Jackson denied the motion yesterday without any stay of her order's effect.
>
> Can you let us know what dates would work for President Trump?  We would like to get this
deposition completed, and perhaps President Trump would be happy to have this behind him as
well.  As before, we'll be as flexible as we can on the logistical front.
>
> Thanks,
> Chris
>
> -----Original Message-----
> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Sent: Wednesday, May 10, 2023 11:09 AM
> To: MacColl, Christopher <CMacColl@zuckerman.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>;
salzman@hellerhuron.com; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
<Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>;
Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J.
Trump
>
>
>  EXTERNAL
>
> Chris,
>
> May 24th works for the President.  The DOJ is pretty sure it works for them and will confirm with me
tomorrow and they agreed that we should put that date on the calendar for the deposition.
>
> We are also working with the Secret Service on location and will let you know what works in regards to
a site in the next day or so.
>
> Thanks,
>
> Dave
>
> David A. Warrington | Partner | DHILLON LAW GROUP
>
> 2121 Eisenhower Avenue, Suite 608
> Alexandria, VA 22314
> Direct: REDACTED
> Mobile: REDACTED

>
> SAN FRANCISCO ADDRESS:
> 177 Post Street, Suite 700
> San Francisco, California 94108
> Phone: 415.433.1700| Fax: 415.520.6593
> *Admitted Only in Virginia and Washington, D.C.
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>
> -----Original Message-----
> From: MacColl, Christopher <CMacColl@zuckerman.com>
> Sent: Tuesday, May 9, 2023 7:16 AM
> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Michael Madaio <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law) <EPotter@dhillonlaw.com>
> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 - Subpoena Served on Donald J. Trump
>
> <font color="red" size="16"><strong>External Email</strong></font>
>
> Dave,
>
> Can you confirm May 24?
>
> Thanks,
> Chris
>
>> On May 4, 2023, at 11:32 AM, David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com> wrote:
>>
>>
>> EXTERNAL
>>
>> Happens to all of us.  I'll keep you posted.
>>
>> David A. Warrington | Partner | DHILLON LAW GROUP
>>
>> 2121 Eisenhower Avenue, Suite 608
>> Alexandria, VA 22314
>> Direct: REDACTED
>> Mobile: REDACTED
>>
>> SAN FRANCISCO ADDRESS:
>> 177 Post Street, Suite 700
>> San Francisco, California 94108
>> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and

>> Washington, D.C.
>>
>> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>>
>> -----Original Message-----
>> From: MacColl, Christopher <CMacColl@zuckerman.com>
>> Sent: Thursday, May 4, 2023 11:31 AM
>> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
>> <EPotter@dhillonlaw.com>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> <font color="red" size:"16"><strong>External Email</strong></font>
>>
>> That sent prematurely.  Was supposed to end with "work for them."
>>
>> Chris
>>
>> -----Original Message-----
>> From: MacColl, Christopher
>> Sent: Thursday, May 4, 2023 11:30 AM
>> To: 'David Warrington (Dhillon Law)' <DWarrington@dhillonlaw.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
>> <EPotter@dhillonlaw.com>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> Thanks.  Please let us know what President Trump's request is regarding location as well.  We understand there may be atypical considerations on that front.
>>
>> The Defendants have had about ten lawyers who have attended depositions in this matter at different points, and they've indicated that they expect the former president's schedule to drive the date.  In light of that, our strong expectation is that DOJ will be able to make whatever date and time works for the Plaintiffs and President Trump
>>
>> -----Original Message-----
>> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>

14

>> Sent: Thursday, May 4, 2023 11:16 AM
>> To: MacColl, Christopher <CMacColl@zuckerman.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
>> <EPotter@dhillonlaw.com>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>>
>> EXTERNAL
>>
>> Ok, let me continue to work with President Trump's scheduler and the DOJ to confirm that date and time.
>>
>> David A. Warrington | Partner | DHILLON LAW GROUP
>>
>> 2121 Eisenhower Avenue, Suite 608
>> Alexandria, VA 22314
>> Direct: REDACTED
>> Mobile: REDACTED
>>
>> SAN FRANCISCO ADDRESS:
>> 177 Post Street, Suite 700
>> San Francisco, California 94108
>> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and
>> Washington, D.C.
>>
>> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>>
>> -----Original Message-----
>> From: MacColl, Christopher <CMacColl@zuckerman.com>
>> Sent: Thursday, May 4, 2023 11:09 AM
>> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
>> <EPotter@dhillonlaw.com>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> <font color="red" size="16"><strong>External Email</strong></font>

>>
>> Hi Dave,
>>
>> Yes, I think the afternoon of the 24th would work for us.
>>
>> Chris
>>
>> -----Original Message-----
>> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
>> Sent: Wednesday, May 3, 2023 3:40 PM
>> To: MacColl, Christopher <CMacColl@zuckerman.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>; Erin Potter (Dhillon Law)
>> <EPotter@dhillonlaw.com>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>>
>> EXTERNAL
>>
>> Chris, still working with the President's schedule, but would the afternoon of the 24th work on your end?
>>
>> David A. Warrington | Partner | DHILLON LAW GROUP
>>
>> 2121 Eisenhower Avenue, Suite 608
>> Alexandria, VA 22314
>> Direct: REDACTED
>> Mobile: REDACTED
>>
>> SAN FRANCISCO ADDRESS:
>> 177 Post Street, Suite 700
>> San Francisco, California 94108
>> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and
>> Washington, D.C.
>>
>> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>>
>> -----Original Message-----
>> From: MacColl, Christopher <CMacColl@zuckerman.com>
>> Sent: Wednesday, May 3, 2023 9:43 AM
>> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin

>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> <font color="red" size:"16"><strong>External Email</strong></font>
>>
>> Hi Dave,
>>
>> Thanks for the call on Monday.  You were checking on the 22nd through 26th and were hoping to
know what dates would work by Tuesday (yesterday).  Any progress?
>>
>> Thanks,
>> Chris
>>
>> -----Original Message-----
>> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
>> Sent: Saturday, April 29, 2023 5:10 PM
>> To: MacColl, Christopher <CMacColl@zuckerman.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>>
>> EXTERNAL
>>
>> Hey Chris,
>>
>> I was hoping to have dates yesterday but should have them Monday.  I'll keep you posted.
>>
>> Thanks,
>>
>> Dave
>>
>> David A. Warrington | Partner | DHILLON LAW GROUP
>>
>> 2121 Eisenhower Avenue, Suite 608
>> Alexandria, VA 22314
>> Direct: REDACTED
>> Mobile: REDACTED
>>
>> SAN FRANCISCO ADDRESS:
>> 177 Post Street, Suite 700
>> San Francisco, California 94108
>> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and

>> Washington, D.C.
>>
>> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>>
>> -----Original Message-----
>> From: MacColl, Christopher <CMacColl@zuckerman.com>
>> Sent: Saturday, April 29, 2023 3:34 PM
>> To: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>
>> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> <font color="red" size:"16"><strong>External Email</strong></font>
>>
>> Hi Dave,
>>
>> Any update?
>>
>> Thanks,
>> Chris
>>
>> On Apr 26, 2023, at 1:55 PM, MacColl, Christopher <CMacColl@zuckerman.com> wrote:
>>
>>
>> Hi Dave,
>>
>> Thanks for the email.  For Mr. Strzok's team, we have a conflict on May 19, and a six week trial starting the week of May 29, so we need to find a date before then.
>>
>> I think we have a reasonable level of flexibility between May 8 and 26.
>>
>> Thanks,
>> Chris
>>
>> From: David Warrington (Dhillon Law) <DWarrington@dhillonlaw.com>
>> Sent: Wednesday, April 26, 2023 10:33 AM
>> To: MacColl, Christopher <CMacColl@zuckerman.com>
>> Cc: Alina Habba, Esq. <ahabba@habbalaw.com>; Goelman, Aitan
>> <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com>; Michael Madaio
>> <mmadaio@habbalaw.com>

18

>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> EXTERNAL
>> Chris,
>>
>> I am working on the logistics and timing issues.  I hope to have some things ironed out and answers for you tomorrow or Friday on timing.  Are there any avoid dates on your end?
>>
>> Thanks,
>>
>> Dave
>>
>> David A. Warrington | Partner | Dhillon Law Group
>>
>> 2121 Eisenhower Avenue, Suite 608
>> Alexandria, VA 22314
>> Direct: REDACTED
>> Mobile: REDACTED
>>
>> SAN FRANCISCO ADDRESS:
>> 177 Post Street, Suite 700
>> San Francisco, California 94108
>> Phone: 415.433.1700| Fax: 415.520.6593 *Admitted Only in Virginia and
>> Washington, D.C.
>>

>> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (415) 433-1700 and delete the message. Thank you.
>>
>> From: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
>> Sent: Monday, April 24, 2023 3:17 PM
>> To: David Warrington (Dhillon Law)
>> <DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>>
>> Cc: Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>; Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
>> Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
>> m>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
>> Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>; Michael Madaio
>> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>

>>
>> External Email
>> Hi David,
>>
>> Can you let us know President Trump's logistical needs and timing preferences?  We have been operating under the assumption that April 28, 2023 will not work based on Alina's statements on April 5, but that remains the operative, noticed date.
>>
>> Although you're new to this matter, please understand that we served this subpoena by consent through Attorney Larry Rosen in November 2021.  We deferred the initially noticed date in January 2022 based on a request from DOJ, which we understood was consulting with representatives for President Trump, and we then litigated a motion to quash that took multiple rounds of briefing over the course of a year to arrive at a decision.  It has been two months since Judge Jackson ruled (the matter having been transferred to her with President Trump's consent per Rule 45(f)) that a two hour deposition could proceed.  We are hopeful that we can confirm a date so that we can take this short deposition, with its relatively limited scope.  Look forward to hearing back from you about dates.
>>
>> Thanks,
>> Chris
>>
>> From: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
>> Sent: Wednesday, April 19, 2023 3:40 PM
>> To: Michael Madaio <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
>> Cc: Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>;
>> DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>>;
>> Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>>; Konkel,
>> Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
>> m>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
>> Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>
>> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> Michael,
>>
>> President Trump is certainly free to change lawyers and have whoever he wants represent him.  It's really not up to us in the slightest.
>>
>> However, Alina referred to President Trump on our April 5 call as "my client," noted that "I represent the president in [his] personal capacity," discussed President Trump's likely desire to have her present at this deposition, and discussed her availability as a bar to holding this deposition on the noticed date ("the problem is that actually I am unavailable."). There's been no indication until today that you weren't representing him, and naturally, we understood that you were.
>>
>> Chris

>>
>> On Apr 19, 2023, at 2:48 PM, Michael Madaio
<mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>> wrote:
>>
>> EXTERNAL
>> Also, to clarify, we never stated that our office represents Mr. Trump in this matter. He has been
represented by the DOJ as you are aware.
>>
>> MICHAEL T. MADAIO, ESQ.
>> Admitted to Practice in NJ, NY & PA
>>
>> 1430 US Highway 206, Suite 240
>> Bedminster, New Jersey 07921
>> Telephone: 908-869-1188
>> Facsimile: 908-450-1881
>>
>> The information in this e-mail is confidential and may be legally privileged. If you are not the
intended recipient, you must not read, use or disseminate the information. Although this e-mail and any
attachments are believed to be free of any virus or other defect that might affect any computer system
into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free
and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in
any way from its use.
>>
>> -----Original Message-----
>> From: Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
>> Sent: Wednesday, April 19, 2023 10:28 AM
>> To: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>; Michael
>> Madaio <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>;
>> DWarrington@dillonlaw.com<mailto:DWarrington@dillonlaw.com>
>> Cc: Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
>> Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
>> m>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
>> Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> As a reminder I am on trial until mid May.
>>
>> A
>> -----Original Message-----
>> From: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
>> Sent: Wednesday, April 19, 2023 10:26 AM
>> To: Michael Madaio

>> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>;
>> DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>
>> Cc: Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
>> Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
>> m>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
>> Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>; Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> Thanks, Michael.
>>
>> David, as you may know, we spoke with Michael and Alina two weeks ago, on April 5. Our
understanding was that they would likely continue representing President Trump through his deposition
in this matter, and we discussed the possibility of conducting this deposition in early- to mid-
May. Presently, we've noticed a modified date of performance of April 28, but we're pleased to work
through the logistical issues and modify that date and/or the location provided we have President
Trump's agreement that he will testify in accordance with the Court's order.
>>
>> Please let us know what dates would work and what other logistical needs you have.
>>
>> Thanks,
>> Chris
>>
>> -----Original Message-----
>> From: Michael Madaio
>> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
>> Sent: Wednesday, April 19, 2023 9:34 AM
>> To: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>;
>> DWarrington@dhillonlaw.com<mailto:DWarrington@dhillonlaw.com>
>> Cc: Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
>> Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
>> m>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
>> Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>; Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
>> Subject: RE: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>>

>> EXTERNAL
>>
>> Hi Chris,
>>
>> David Warrington will be stepping in to represent Mr. Trump in his personal capacity in connection with this matter. I've copied him on here to connect you all.
>>
>> Thanks,
>>
>> MICHAEL T. MADAIO, ESQ.
>> Admitted to Practice in NJ, NY & PA
>> 1430 US Highway 206, Suite 240
>> Bedminster, New Jersey 07921
>> Telephone: 908-869-1188
>> Facsimile: 908-450-1881
>>
>> The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.
>>
>> -----Original Message-----
>> From: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
>> Sent: Wednesday, April 19, 2023 8:06 AM
>> To: Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
>> Cc: Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>>; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
>> m>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
>> Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>; Michael Madaio
>> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
>> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> Hi Alina,
>>
>> Any update?
>>
>> Thanks,
>> Chris
>>
>> On Apr 14, 2023, at 9:11 PM, Alina Habba, Esq. <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>> wrote:

>>

>>

>> EXTERNAL

>>

>> Hi Chris-

>>

>> I am getting counsel lined up on this. Will have an update Monday.

>>

>>

>>

>>

>> Alina Habba, Esq.

>>

>> Admitted to Practice in NJ, NY & CT

>>

>> HABBA MADAIO & ASSOCIATES LLP

>>

>>

>> 1430 US Highway 206, Suite 240

>>

>> Bedminster, New Jersey 07921

>>

>> Telephone: 908-869-1188

>>

>> Facsimile: 908-450-1881

>>

>>

>>

>> The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.

>>

>>

>>

>> _____

>> From: MacColl, Christopher

>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>

>> Sent: Friday, April 14, 2023 9:10:38 PM

>> To: Alina Habba, Esq.

>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>

>> Cc: Goelman, Aitan

>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;

>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>

>> <salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>>; Konkel,

>> Kaitlin

>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co

>> m>>; Jeffress, Amy

>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;

>> Katerberg, Robert J.

>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>; Michael Madaio
>> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
>> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> Hi Alina,
>>
>> Know you all are busy, but I'm following up again. Attached are images of a check that can be cashed based on the assumption that we would conduct this deposition in New York. If we agree to do it elsewhere, we would expect to modify the amount accordingly.
>>
>> Chris
>>
>> [image0.jpeg][image1.jpeg]
>>
>> On Apr 11, 2023, at 11:26 AM, MacColl, Christopher <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>> wrote:
>>
>>
>> Hi Alina,
>>
>> Just following up again on the below.  Please let us know if there are dates that would work on your end.
>>
>> Thanks,
>> Chris
>>
>> From: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>>
>> Sent: Friday, April 7, 2023 1:24 PM
>> To: Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com>>
>> Cc: Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>; Konkel,
>> Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co
>> m>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>;
>> Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com>>; Michael Madaio
>> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com>>
>> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> Hi Alina,
>>
>> Just following up to see if you've been able to identify dates that would work.
>>
>> Thanks,

\>\> Chris

\>\>

\>\>

\>\> On Apr 5, 2023, at 9:32 AM, MacColl, Christopher
<CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com%3c
mailto:CMacColl@zuckerman.com>>> wrote:

\>\>

\>\> Hi Alina,

\>\>

\>\> Attached are the two notices we filed regarding likely deposition topics.  After Judge Jackson issued a
ruling permitting the deposition to go forward with the 2 hour limit, she instructed the government to
solicit President Biden's position on executive privilege.  DOJ filed docket entry 108, which states that
"The Executive Office of the President will not assert the Presidential Communications Privilege, and
Defendants will not assert the Deliberative Process Privilege."

\>\>

\>\> Appreciate your taking the time today and agreeing to get back to us in a day or so.

\>\>

\>\> Chris

\>\>

\>\> From: MacColl, Christopher

\>\> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@

\>\> zuckerman.com%3cmailto:CMacColl@zuckerman.com>>>;

\>\> Sent: Tuesday, April 4, 2023 7:39 PM

\>\> To: Alina Habba, Esq.

\>\> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com<mailto:ahabba@habbalaw

\>\> .com%3cmailto:ahabba@habbalaw.com>>>

\>\> Cc: Goelman, Aitan

\>\> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com<mailto:AGoelman@

\>\> zuckerman.com%3cmailto:AGoelman@zuckerman.com>>>;

\>\> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com<mailto:salzman@

\>\> hellerhuron.com%3cmailto:salzman@hellerhuron.com>>; Konkel, Kaitlin

\>\> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co

\>\> m<mailto:Kaitlin.Konkel@arnoldporter.com%3cmailto:Kaitlin.Konkel@arnol

\>\> dporter.com>>>; Jeffress, Amy

\>\> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com<ma

\>\> ilto:Amy.Jeffress@arnoldporter.com%3cmailto:Amy.Jeffress@arnoldporter.

\>\> com>>>; Katerberg, Robert J.

\>\> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte

\>\> r.com<mailto:Robert.Katerberg@arnoldporter.com%3cmailto:Robert.Katerbe

\>\> rg@arnoldporter.com>>>; Michael Madaio

\>\> <mmadaio@habbalaw.com<mailto:mmadaio@habbalaw.com<mailto:mmadaio@habba

\>\> law.com%3cmailto:mmadaio@habbalaw.com>>>

\>\> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -

\>\> Subpoena Served on Donald J. Trump

\>\>

\>\> 9 works. I'll send an invite with a dial in later this evening.

\>\>

\>\> Chris

\>\>

\>\>

\>\>

\>\> On Apr 4, 2023, at 6:10 PM, Alina Habba, Esq.

<ahabba@habbalaw.com<mailto:ahabba@habbalaw.com<mailto:ahabba@habbalaw.com%3cmailto:ah
abba@habbalaw.com>>> wrote:
>>
>> EXTERNAL
>> Good afternoon Chris,
>>
>> Are you available for a call at 9am?
>>
>>
>> Alina Habba, Esq.
>>
>> Admitted to Practice in NJ, NY & CT
>>
>> HABBA MADAIO & ASSOCIATES LLP
>>
>>
>>
>> 1430 US Highway 206, Suite 240
>>
>> Bedminster, New Jersey 07921
>>
>> Telephone: 908-869-1188
>>
>> Facsimile: 908-450-1881
>>
>>
>>
>> The information in this e-mail is confidential and may be legally privileged. If you are not the
intended recipient, you must not read, use or disseminate the information. Although this e-mail and any
attachments are believed to be free of any virus or other defect that might affect any computer system
into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free
and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in
any way from its use.
>>
>>
>>
>> _____
>> From: MacColl, Christopher
>> <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@
>> zuckerman.com%3cmailto:CMacColl@zuckerman.com>>>
>> Sent: Tuesday, April 4, 2023 6:03:19 PM
>> To: Alina Habba, Esq.
>> <ahabba@habbalaw.com<mailto:ahabba@habbalaw.com<mailto:ahabba@habbalaw
>> .com%3cmailto:ahabba@habbalaw.com>>>
>> Cc: Goelman, Aitan
>> <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com<mailto:AGoelman@
>> zuckerman.com%3cmailto:AGoelman@zuckerman.com>>>;
>> salzman@hellerhuron.com<mailto:salzman@hellerhuron.com<mailto:salzman@
>> hellerhuron.com%3cmailto:salzman@hellerhuron.com>>
>> <salzman@hellerhuron.com<mailto:salzman@hellerhuron.com<mailto:salzman
>> @hellerhuron.com%3cmailto:salzman@hellerhuron.com>>>; Konkel, Kaitlin
>> <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.co

>> m<mailto:Kaitlin.Konkel@arnoldporter.com%3cmailto:Kaitlin.Konkel@arnol
>> dporter.com>>>; Jeffress, Amy
>> <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com<ma
>> ilto:Amy.Jeffress@arnoldporter.com%3cmailto:Amy.Jeffress@arnoldporter.
>> com>>>; Katerberg, Robert J.
>> <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporte
>> r.com<mailto:Robert.Katerberg@arnoldporter.com%3cmailto:Robert.Katerbe
>> rg@arnoldporter.com>>>
>> Subject: Re: Strzok v. Garland 19-cv-2367 / Page v. DOJ 19-cv-3675 -
>> Subpoena Served on Donald J. Trump
>>
>> Ms. Habba,
>>
>> Just following up on the below. Please confirm receipt, and let us know if the 28th will work.  Happy to discuss other logistics at your convenience.
>>
>> Chris
>>
>> On Mar 31, 2023, at 3:47 PM, MacColl, Christopher <CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com%3c mailto:CMacColl@zuckerman.com>>> wrote:
>>
>>
>> Ms. Habba,
>>
>> I understand that you represent President Trump in connection with the subpoena that I served on him through attorney Larry Rosen in November 2021.
>>
>> As I'm sure you know, the Department of Justice filed a motion to quash the subpoena in the Southern District of New York.  The matter was transferred to the District for the District of Columbia with the consent of President Trump per Rule 45(f).  Judge Amy Berman Jackson ruled that a deposition limited to two hours and certain topics would be allowed, and both President Biden and President Trump informed the Court that they would not assert executive privilege.
>>
>> We are pleased to discuss logistics with you.  We are, however, noticing a modified date of April 28, 2023 in light of the need to maintain a deadline.  This is in part because the Department of Justice has suggested that it may file a mandamus petition.
>>
>> I note that I conveyed to Mr. Rosen a check for the witness fee and mileage, but my records indicate that it went uncashed and has become void due to the passage of time.  We are pleased to reissue it.
>>
>> Please confirm receipt and let us know President Trump's preferences for logistics.  My cell is below if you would like to discuss by phone.
>>
>> Kind Regards,
>> Chris
>>
>>
>> <http://www.zuckerman.com/>
>>
>>
>> <http://www.zuckerman.com/>

>>
>> Christopher MacColl
>> Zuckerman Spaeder LLP
>> CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com<mailto:CMacColl@z
>> uckerman.com%3cmailto:CMacColl@zuckerman.com<mailto:CMacColl@zuckerman
>> .com%3cmailto:CMacColl@zuckerman.com%3cmailto:CMacColl@zuckerman.com%3
>> cmailto:CMacColl@zuckerman.com>>>
>>
>>
>> 1800 M STREET NW, SUITE 1000 • WASHINGTON,  DC 20036-5807
>> 202.778.1849 direct • REDACTED mobile • 202.822.8106 fax
>>
>> ► Download vCard<https://www.zuckerman.com/vcard/Christopher_MacColl/>
>> | zuckerman.com<http://www.zuckerman.com>
>>
>> This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.
>>
>>
>>
>>
>>
>> <2023-03-24 [Doc 108] Govt - Notice re Executive Privilege.PDF>
>> <2022-09-29 [Doc 089] Strzok - Redacted Notice of Filing of Rosenstein
>> Deposition Transcript.PDF>
>> <2023-02-03 [Doc 105] Strzok - Notice of Additional Inquiry Areas for
>> Depositions at Issue in Motions to Quash.PDF>

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com