IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-2367 (ABJ) |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LISA PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-3675 (TSC) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's request of September 8, 2023, the parties respectfully submit this Joint Status Report on the conclusion of discovery and their intention to file a further status report by November 3, 2023.[1]

---

[1] The above-captioned cases have been consolidated for purposes of discovery. The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

Plaintiffs took Mr. Trump's deposition on October 17, 2023. Subject to supplementation pursuant to Federal Rule of Civil Procedure 26(e),[2] discovery has concluded.

The parties have begun conferring about next steps in the case and anticipate submitting a further report to the Court by November 3, 2023 setting forth their joint or respective positions on whether mediation would be productive, proposed format and timing for summary judgment motions, the continued consolidation of these cases, and any other matters that may be pertinent.

---

[2] In addition to supplementation pursuant to Rule 26, Mr. Strzok may notice *de bene esse* depositions, depending on the availability of witnesses for trial. Defendants reserve the right to oppose further depositions as outside the discovery period and beyond the scope authorized by the Federal Rules of Civil Procedure. *See, e.g.*, Fed. R. Civ. P. 32.

Dated:  October 23, 2023                                    Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>/s/ Christopher M. Lynch<br>BRADLEY P. HUMPHREYS<br>(D.C. Bar 988057)<br>Senior Trial Counsel<br>MICHAEL J. GAFFNEY (D.C. Bar 1048531)<br>JOSHUA C. ABBUHL (D.C. Bar 1044782)<br>CHRISTOPHER M LYNCH<br>(D.C. Bar No. 1049152)<br>Trial Attorneys, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 616-8366<br>Email: Joshua.Abbuhl@usdoj.gov<br><br>*counsel for Defendants* | /s/ Christopher R. MacColl<br>Aitan D. Goelman (D.C. Bar 446636)<br>Christopher R. MacColl (D.C. Bar 1049153)<br>**ZUCKERMAN SPAEDER LLP**<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 778-1800<br>AGoelman@zuckerman.com<br><br>Richard A. Salzman (D.C. Bar No. 422497)<br>**HELLER, HURON, CHERTKOF &**<br>**   SALZMAN PLLC**<br>1010 Wayne Ave., Suite 510<br>Silver Spring, MD 20910<br>Telephone: (202) 293-8090<br>salzman@hellerhuron.com<br><br>*counsel for Peter Strzok*<br><br>/s/ Amy Jeffress<br>Amy Jeffress (DC Bar 449258)<br>Robert J. Katerberg (DC Bar 466325)<br>Kaitlin Konkel (DC Bar 1021109)<br>**ARNOLD & PORTER**<br>**   KAYE SCHOLER LLP**<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>(202) 942-5000<br>Amy.Jeffress@arnoldporter.com<br>Robert.Katerberg@arnoldporter.com<br>Kaitlin.Konkel@arnoldporter.com<br><br>*counsel for Lisa Page* |