UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK,<br>   *Plaintiff*,<br> v.<br>ATTORNEY GENERAL MERRICK GARLAND,<br>in his official capacity as Attorney General, *et al.*,<br>   *Defendants.* | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br>   *Plaintiff*,<br> v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>   *Defendants*. | Civil Action No. 19-3675 (TSC) |

**STATUS REPORT**

Pursuant to the Court's November 7, 2023 Minute Order, Defendants respectfully submit this status report on the subject of mediation. Defendants believe that mediation could be constructive to determine to what extent further litigation is necessary. Accordingly, and in light of Plaintiffs' desire for mediation, Defendants ask that the two cases be referred to the Court's mediation program pursuant to Local Civil Rule 84.4.[1]

---

[1] The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

Counsel for Defendants have conferred with counsel for Mr. Strzok and Ms. Page, who represented that Plaintiffs join in Defendants' request for a referral to the Court's mediation program.

Date: November 17, 2023                                     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
Senior Trial Counsel
MICHAEL J. GAFFNEY (D.C. Bar 1048531)
JOSHUA C. ABBUHL (D.C. Bar 1044782)
CHRISTOPHER M LYNCH
(D.C. Bar No. 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
Email: bradley.humphreys@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 17, 2023, I caused a copy of the foregoing to be served via CM/ECF on all counsel of record.

      */s/ Bradley P. Humphreys*
      Bradley P. Humphreys