## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2367 (ABJ) |
| ) | |
| MERRICK GARLAND, ) | |
| *in his official capacity* ) | |
| *as Attorney General*, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| LISA PAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-3675 (TSC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

With the consent of the parties in the November 17, 2023 status report [Dkt. # 121], it is

**ORDERED** that these matters are referred to the Court's Mediation Program to commence as of today. Mediation efforts will conclude by **February 20, 2024.** It is

**FURTHER ORDERED** that if either case settles in whole or in part, the parties must immediately advise the Court of the settlement by filing a stipulation. If either matter has not been resolved in the interim, the parties must submit a report to this Court on the status of the mediation by **February 20, 2024.**

The cases are **STAYED** pending the close of mediation.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  November 21, 2023