IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER P. STRZOK, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 19-2367 (ABJ) |
| v. | ) ) ) | |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| LISA PAGE, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 19-3675 (TSC) |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

Pursuant to the Court's Order of November 21, 2023 (ECF No. 122), this case has been stayed while the parties have been engaged in mediation with the Court's Mediation Program.[1] To date, the parties have been unable to resolve these cases, but continue to mediate in good faith.

---

[1] The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

Accordingly, the parties respectfully request that the Court extend the stay through March 15, 2024 so that the parties can continue their efforts to mediate these cases.

The parties have been authorized to report that the mediator consents to this extension.

If either case settles in whole or in part prior to March 15, 2024, the parties will promptly advise the Court of the settlement by filing a stipulation. If either matter has not been resolved in the interim, the parties propose to file a Joint Status Report on the status of the mediation by March 15, 2024.

Dated: February 16, 2024

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher M. Lynch*
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL
(D.C. Bar 1044782)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4357
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*


/s/ Amy Jeffress
Amy Jeffress (D.C. Bar 449258)

>Robert J. Katerberg (D.C. Bar 466325)
>Kaitlin Konkel (D.C. Bar 1021109)
>ARNOLD & PORTER
>KAYE SCHOLER LLP
>601 Massachusetts Avenue NW
>Washington, DC 20001-3743
>Telephone: (202) 942-5000
>Fax: (202) 942-5999
>Amy.Jeffress@arnoldporter.com
>Robert.Katerberg@arnoldporter.com
>Kaitlin.Konkel@arnoldporter.com
>
>*Counsel for Plaintiff Lisa Page*
>
>/s/ Christopher R. MacColl
>Aitan D. Goelman (D.C. Bar 446636)
>Christopher R. MacColl (D.C. Bar 1049153)
>ZUCKERMAN SPAEDER LLP
>1800 M Street NW, Suite 1000
>Washington, DC 20036
>Telephone: (202) 778-1800
>AGoelman@zuckerman.com
>CMacColl@zuckerman.com
>
>Richard A. Salzman (D.C. Bar No. 422497)
>**HELLER, HURON, CHERTKOF &
>SALZMAN PLLC**
>1010 Wayne Ave., Suite 510
>Silver Spring, MD 20910
>Telephone: (202) 293-8090
>salzman@hellerhuron.com
>
>*Counsel for Plaintiff Peter Strzok*

3