### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>      Plaintiff,<br><br>      v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>      Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      Defendants. | Civil Action No. 19-3675 (TSC) |

### [PROPOSED] ORDER

Having considered the parties' Joint Motion to Extend Stay, IT IS HEREBY ORDERED:

The Motion is GRANTED. The cases are STAYED pending close of mediation. Mediation efforts shall conclude by March 15, 2024.

FURTHER ORDERED that if either case settles in whole or in part prior to March 15, 2024 the parties will promptly advise the Court of the settlement by filing a stipulation. If either matter has not been resolved in the interim, the parties shall file a Joint Status Report on the status of the mediation by March 15, 2024.

SO ORDERED.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge