# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) Civil Action No. 19-2367 (ABJ) |
| v. | ) <br> ) |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |
| LISA PAGE, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) Civil Action No. 19-3675 (TSC) |
| v. | ) <br> ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion to Extend Stay, IT IS HEREBY ORDERED:

The Motion is GRANTED. The cases are STAYED pending close of mediation. Mediation efforts shall conclude by April 5, 2024.

FURTHER ORDERED that if either case settles in whole or in part prior to April 5, 2024 the parties will promptly advise the Court of the settlement by filing a stipulation. If either matter has not been resolved in the interim, the parties shall file a Joint Status Report on the status of the mediation by April 5, 2024.

SO ORDERED.

Dated: _____                              _____
                                                       Hon. Amy Berman Jackson
                                                       United States District Judge