# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., <br><br> Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 19-3675 (TSC) |

**[PROPOSED] ORDER**

Having considered the parties' Joint Motion to Extend Stay, IT IS HEREBY ORDERED:

The Motion is GRANTED. The cases are STAYED pending close of mediation. Mediation efforts shall conclude by April 19, 2024.

It is FURTHER ORDERED that, if either case settles in whole or in part prior to April 19, 2024, the parties will promptly advise the Court of the settlement by filing a stipulation. If either matter has not been resolved in the interim, the parties shall file a Joint Status Report on the status of the mediation by April 19, 2024.

SO ORDERED.

Dated: _____

                                                        Hon. Amy Berman Jackson
                                                        United States District Judge