# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-2367 (ABJ) |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) |
| Defendants. | ) |
| | |
| LISA PAGE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-3675 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having considered the parties' Joint Motion to Extend Stay, IT IS HEREBY ORDERED:

The Motion is GRANTED. The cases are STAYED pending close of mediation. Mediation efforts shall conclude by May 6, 2024.

It is FURTHER ORDERED that, if either case settles in whole or in part prior to May 6, 2024, the parties will promptly advise the Court of the settlement by filing a stipulation. If either matter has not been resolved in the interim, the parties shall file a Joint Status Report on the status of the mediation by May 6, 2024.

SO ORDERED.

Dated: _____   _____
                                                                                                    Hon. Amy Berman Jackson
                                                                                                     United States District Judge