# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 19-3675 (TSC) |

**[PROPOSED] ORDER**

Having considered the parties' Joint Motion to Extend Stay, IT IS HEREBY ORDERED:

The Motion is GRANTED. The cases are STAYED pending close of mediation. Mediation efforts shall conclude by May 13, 2024.

It is FURTHER ORDERED that, if either case settles in whole or in part prior to May 13, 2024, the parties will promptly advise the Court of the settlement by filing a stipulation. If either matter has not been resolved in the interim, the parties shall file a Joint Status Report on the status of the mediation by May 13, 2024.

SO ORDERED.

Dated: _____

                                                    Hon. Amy Berman Jackson
                                                    United States District Judge