# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-2367 (ABJ) |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) |
| Defendants. | ) |
| LISA PAGE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-3675 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Pursuant to the Court's Minute Order of May 6, 2024, mediation closed on May 13, 2024. Having considered the parties' Joint Status Report, IT IS HEREBY ORDERED that the parties file a further Joint Status Report by May 20, 2024, setting forth their positions on (1) whether the cases should remain consolidated and (2) next steps in the litigation, including a proposed summary judgment briefing schedule.

SO ORDERED.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge