UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK,<br>              *Plaintiff*,<br>    v.<br><br>ATTORNEY GENERAL MERRICK GARLAND,<br>in his official capacity as Attorney General, *et al.*,<br><br>              *Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br>              *Plaintiff*,<br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>              *Defendants*. | Civil Action No. 19-3675 (TSC) |

**DECLARATION OF KAITLIN KONKEL IN SUPPORT OF PLAINTIFF LISA PAGE'S MOTION TO SUPPLEMENT EXPERT DISCOVERY**

I, Kaitlin Konkel, hereby declare:

1. I am a counsel with Arnold & Porter Kaye Scholer LLP. I represent Plaintiff Lisa Page in this case and have appeared on her behalf. This declaration is based on my personal knowledge and on information that has become available to me in the course of this representation. If called to testify, I could and would testify competently to the statements in this declaration.

2. This declaration is filed in support of Plaintiff Lisa Page's Motion to Supplement Expert Discovery. **Exhibits A-E** are attached to this declaration and described below.

3. Attached as **Exhibit A** is a true and correct copy of the November 5, 2021 report of Ms. Page's vocational expert, Anthony Bird. This report has been designated as "Confidential Information" under the protective order, and no party has challenged that designation.

4. Attached as **Exhibit B** is a true and correct copy of the November 9, 2021 report of Ms. Page's expert, Professor Danielle Citron of the University of Virginia School of Law. Professor Citron teaches and writes about information privacy, free expression, and civil rights, and her work has explored the nature of privacy harms and the proliferation of derogatory online content, among other topics. This report has been designated as "Confidential Information" under the protective order, and no party has challenged that designation.

5. Attached as **Exhibit C** is a true and correct copy of the September 7, 2022 updated report of Defendants' rebuttal expert, Laura Malowane. This report has been designated as "Confidential Information" under the protective order, and no party has challenged that designation.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from the transcript of the July 18, 2022 deposition of Anthony Bird, Ms. Page's vocational expert. These portions of the deposition transcript have been designated as "Confidential Information" under the protective order, and no party has challenged those designations.

7. Attached as **Exhibit E** is a true and correct copy of Plaintiff Lisa Page's Supplemental Response to Defendants' Interrogatory No. 6, as served on May 20, 2024. This interrogatory response has been designated as "Confidential Information" under the protective order, and no party has challenged that designation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2024

_____
Kaitlin Konkel

*Strzok v. Garland*, Civil Action No. 19-2367 (ABJ)

*Page v. Dep't of Justice*, Civil Action No. 19-3675 (TSC)

# EXHIBITS A-E

## FILED UNDER SEAL