## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK,<br>   *Plaintiff*,<br> v.<br>ATTORNEY GENERAL MERRICK GARLAND,<br>in his official capacity as Attorney General, *et al.*,<br>   *Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br>   *Plaintiff*,<br> v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>   *Defendants*. | Civil Action No. 19-3675 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff Lisa Page's Motion to Supplement Expert Discovery, the motion is GRANTED. The parties are ORDERED to meet and confer and to propose a schedule for expert supplementation by all parties.

IT IS SO ORDERED this the _____ day of _____, 2024.

_____
AMY BERMAN JACKSON
United States District Judge