# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-2367 (ABJ) |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LISA PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-3675 (TSC) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion to Stay, IT IS HEREBY ORDERED:

The Motion is GRANTED. The cases are STAYED until June 28, 2024.

It is FURTHER ORDERED that Defendants and Mr. Strzok shall file a Joint Status Report on or before June 28, 2024.

SO ORDERED.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge