# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>  Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*,<br><br>  Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>  Defendants. | Civil Action No. 19-3675 (TSC) |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion to Extend Stay, IT IS HEREBY ORDERED:

The Motion is GRANTED. The cases are STAYED until July 19, 2024.

It is FURTHER ORDERED that any remaining parties shall file a Joint Status Report on or before July 19, 2024.

SO ORDERED.

Dated: _____          _____
                                                                    Hon. Amy Berman Jackson
                                                                    United States District Judge