IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>   Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*,<br><br>   Defendants. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | Civil Action No. 19-3675 (TSC) |

**JOINT STATUS REPORT AND JOINT MOTION TO EXTEND STAY**

On May 28, 2024, the parties informed the Court that they had reached a tentative agreement to resolve all of both Plaintiffs' claims under the Privacy Act, 5 U.S.C. § 552a.[1] Pursuant to the Court's May 28 and July 1, 2024 Minute Orders, this case has been stayed while the parties negotiated final written settlement agreements regarding the Privacy Act claims. Those written agreements have been reached, subject to Defendants obtaining final approval.

---

[1] The parties in Civil Action No. 19-2367 (ABJ) are Plaintiff Peter Strzok and Defendants U.S. Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"); Attorney General Merrick Garland, in his official capacity; and FBI Director Christopher A. Wray, in his official capacity. The parties in Civil Action No. 19-3675 (TSC) are Plaintiff Lisa Page and Defendants DOJ and FBI.

The parties respectfully request that the Court extend the stay through July 26, 2024 to provide time for Defendants to obtain final approval.

In the Court's July 1, 2024 Minute Order, the Court ordered Defendants and Mr. Strzok to file a joint status report regarding further proceedings in Mr. Strzok's case. In light of the parties' request for an extension of the stay, Defendants and Mr. Strzok respectfully request that this deadline be extended through July 26, 2024. Defendants and Mr. Strzok expect to provide their respective positions on summary judgment briefing by that date and do not anticipate that further extensions will be needed.

Dated: July 19, 2024                                Respectfully submitted,

/s/ Christopher R. MacColl
Aitan D. Goelman (D.C. Bar 446636)
Christopher R. MacColl (D.C. Bar 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com
CMacColl@zuckerman.com

Richard A. Salzman (D.C. Bar No. 422497)
**HELLER, HURON, CHERTKOF & SALZMAN PLLC**
1010 Wayne Ave., Suite 510
Silver Spring, MD 20910
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter Strzok*

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar 449258)
Robert J. Katerberg (D.C. Bar 466325)
Kaitlin Konkel (D.C. Bar 1021109)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Amy.Jeffress@arnoldporter.com
Robert.Katerberg@arnoldporter.com
Kaitlin.Konkel@arnoldporter.com

*Counsel for Plaintiff Lisa Page*


BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/* Christopher M. Lynch
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL
(D.C. Bar 1044782)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
Email: bradley.humphreys@usdoj.gov

*Counsel for Defendants*