UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK,<br>      *Plaintiff*,<br>v.<br><br>ATTORNEY GENERAL MERRICK GARLAND,<br>in his official capacity as Attorney General, *et al.*,<br><br>      *Defendants*. | Civil Action No. 19-2367 (ABJ) |
| LISA PAGE,<br>      *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      *Defendants*. | Civil Action No. 19-3675 (TSC) |

**NOTICE OF FILING OF JOINT STIPULATION**

PLEASE TAKE NOTICE that the parties in *Page v. DOJ*, Civil Action No. 19-3675, have reached a final settlement of Ms. Page's Privacy Act claims and filed a Joint Stipulation of Dismissal with Prejudice in that action. Attached to this Notice is a copy of the Joint Stipulation.

Date: July 26, 2024

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar 449258)
Robert J. Katerberg (D.C. Bar 466325)
Kaitlin Konkel (D.C. Bar 1021109)
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

Amy.Jeffress@arnoldporter.com<br>
Robert.Katerberg@arnoldporter.com<br>
Kaitlin.Konkel@arnoldporter.com

*Counsel for Plaintiff Lisa Page*