IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-CV-2367-ABJ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying memorandum, Defendants respectfully move the Court to enter summary judgment in Defendants' favor on Count One and Count Two of Plaintiff's amended complaint, ECF No. 147. This motion is accompanied by a statement of undisputed material facts and a proposed order.

Dated: September 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

 */s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL
(D.C. Bar 1044782)
BRADLEY P. HUMPHREYS
(D.C. Bar. 988057)
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys
U.S. Department of Justice

                                                      Civil Division, Federal Programs Branch
                                                      1100 L Street, NW
                                                      Washington, D.C.  20001
                                                      Phone: (202) 616-8366
                                                      Fax: (202) 616-8460
                                                      Joshua.Abbuhl@usdoj.gov

                                                      *Counsel for Defendants*