IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*, <br><br> Defendants. | Case No. 1:19-CV-2367-ABJ |

**DECLARATION OF JOSHUA C. ABBUHL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Joshua C. Abbuhl, make the following declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am a Trial Attorney with the Federal Programs Branch of the Civil Division of the United States Department of Justice and counsel for Defendants in this matter.

2. Attached as Exhibit 1 is a true and correct copy of a redacted letter from former FBI Deputy Director David L. Bowdich to Peter Strzok, dated August 9, 2018.

3. Attached as Exhibit 2 is a true and correct copy of a letter from former FBI Assistant Director Candice Will to Peter Strzok, dated August 8, 2018.

4. Attached as Exhibit 3 is a true and correct copy of a letter sent from a Unit Chief in the FBI's Office of Professional Responsibility ("OPR") to Peter Strzok, dated June 15, 2018.

5. Attached as Exhibit 4 is a true and correct copy of a document entitled "Last Chance Agreement" signed by Peter Strzok and his counsel, dated July 26, 2018.

1

6. Attached as Exhibit 5 is a true and correct copy of a letter from Aitan Goelman to Assistant Director Candice Will, dated July 17, 2018.

7. Attached as Exhibit 6 is a true and correct copy of a transcript created by a court-reporting service (engaged by Defendants for the purposes of this litigation) that transcribed Peter Strzok's hearing before Assistant Director Candice Will on July 24, 2018. Plaintiff has not stipulated to the authenticity of this transcript.

8. Attached as Exhibit 7 is a true and correct copy of a transcript of the deposition of Candice Will, taken on June 15, 2022.

9. Attached as Exhibit 8 is a true and correct copy of an errata sheet signed by Candice Will on July 18, 2022, regarding her deposition transcript.

10. Attached as Exhibit 9 is a true and correct copy of a transcript of the deposition of David Bowdich, taken on September 9, 2022.

11. Attached as Exhibit 10 is a true and correct copy of the deposition of FBI Director Christopher Wray, taken on June 27, 2023.

12. Attached as Exhibit 11 is a true and correct copy of the deposition of former President Donald J. Trump, taken October 17, 2023.

13. Attached as Exhibit 12 is a true and correct copy of excerpts of the deposition of Nancy McNamara, taken August 12, 2022.

14. Attached as Exhibit 13 is a true and correct copy of excerpts of the Rule 30(b)(6) deposition of the FBI, taken April 14, 2023.

15. Attached as Exhibit 14 is a true and correct copy of excerpts of the deposition of Inspector General Michael Horowitz, taken April 20, 2022.

16. Attached as Exhibit 15 is a true and correct copy of excerpts of the deposition of Scott Schools, taken June 9, 2022.

17. Attached as Exhibit 16 is a true and correct copy of excerpts of the deposition of Peter Strzok, taken August 8, 2022.

18. Attached as Exhibit 17 is a true and correct copy of a declaration signed by former White House Chief of Staff John F. Kelly, with attachments, dated May 12, 2023.

19. Attached as Exhibit 18 is a true and correct copy of FBI Policy Directive 0915D, *Disciplinary Appeals Process*, with publication date October 23, 2016.

20. Attached as Exhibit 19 is a true and correct copy of FBI Policy Directive 0235D, *Disciplinary Appeals Process*, with effective date August 31, 2009.

21. Attached as Exhibit 20 is a true and correct copy of a memorandum from former FBI Director Louis J. Freeh, *Standards of Conduct, Disciplinary Matters – Revision of the FBI's Disciplinary Process*, dated March 5, 1997.

22. Attached as Exhibit 21 is a true and correct copy of *Standing Delegation of Authorities of the Director, Federal Bureau of Investigation*, executed by former-FBI Director Robert S. Mueller, III, in 2007.

23. Attached as Exhibit 22 is a true and correct copy of materials produced by the FBI related to the FBI's discipline of Peter Strzok.

24. Attached as Exhibit 23 is a true and correct copy of a letter relaying a disciplinary decision of former-Deputy Director Mark F. Giuliano, dated September 25, 2015.

25. Attached as Exhibit 24 is a true and correct copy of a letter relaying a disciplinary decision of former-Deputy Director Sean M. Joyce, dated September 27, 2013.

26. Attached as Exhibit 25 is a true and correct copy of a letter relaying a disciplinary decision of former-Deputy Director Sean M. Joyce, dated July 16, 2013.

27. Attached as Exhibit 26 is a true and correct copy of a letter relaying a disciplinary decision of former-Deputy Director David L. Bowdich, dated February 22, 2018.

28. Attached as Exhibit 27 is a true and correct copy of Order No. 3915-2017, from the Office of the Deputy Attorney General, dated May 17, 2017.

29. Attached as Exhibit 28 is a true and correct copy of a memorandum from OIG to Nancy McNamara, *Request for production of documents concerning FBI actions in advance of the 2016 election*, dated June 29, 2017.

30. Attached as Exhibit 29 is a true and correct copy of a letter from Inspector General Michael Horowitz to Chairmen Ron Johnson and Charles E. Grassley, dated December 13, 2017.

31. Attached as Exhibit 30 is a true and correct copy of an email among OIG staff, *First cut at Page-Strzok excerpts*, sent on July 26, 2017.

32. Attached as Exhibit 31 is a true and correct copy of an email among OIG staff, *RE: First cut at Page-Strzok excerpts*, sent on July 27, 2017.

33. Attached as Exhibit 32 is a true and correct copy of an additional email among OIG staff, *RE: First cut at Page-Strzok excerpts*, sent on July 27, 2017.

34. Attached as Exhibit 33 is a true and correct copy of an additional email among OIG staff, *FW: First cut at Page-Strzok excerpts*, sent on July 27, 2017.

35. Attached as Exhibit 34 is a true and correct copy of a redacted email sent from Michael Horowitz to OIG staff, *RE: Draft document request*, sent on July 27, 2017.

36. Attached as Exhibit 35 is a true and correct copy of an email sent among OIG staff, *Re: Call from Aaron*, sent on July 28, 2017.

37. Attached as Exhibit 36 is a true and correct copy of an email chain including Michael Horowitz and David Bowdich, *RE: meeting tomorrow morning?*, with the last email sent on July 28, 2017.

38. Attached as Exhibit 37 is a true and correct copy of a redacted email sent among OIG staff, attaching redacted handwritten notes, with the email sent on February 26, 2018.

39. Attached as Exhibit 38 is a true and correct copy of an email from David Bowdich to Peter Strzok, *Call*, dated August 1, 2017.

40. Attached as Exhibit 39 is a true and correct copy of an invitation to an August 1, 2017 meeting, David Bowdich and Peter Strzok, *A/DD Mtg. w/Pete Strzok*.

41. Attached as Exhibit 40 is a true and correct copy of an email sent among OPR staff, *Re: Peter Strzok*, sent July 5, 2018.

42. Attached as Exhibit 41 is a true and correct copy of an invitation to a July 24, 2018 meeting, *10AM Peter Strzok Hrg*.

43. Attached as Exhibit 42 is a true and correct copy of an email from an OPR Unit Chief to Candice Will, *Last chance*, sent July 24, 2018.

44. Attached as Exhibit 43 is a true and correct copy of an email from an OPR Unit Chief to Aitan Goelman, *Peter Strzok Last Chance Agreement*, sent July 25, 2018.

45. Attached as Exhibit 44 is a true and correct copy of a redacted email from Candice Will to David Bowdich, *Pending Matter*, sent July 25, 2018.

46. Attached as Exhibit 45 is a true and correct copy of an email from Aitan Goelman to an OPR Unit Chief, attaching a signed last chance agreement, sent July 26, 2018.

47. Attached as Exhibit 46 is a true and correct copy of an invitation to a July 26, 2018 meeting, Candice Will and David Bowdich, *DD Mtg. w/Candice Will*.

48. Attached as Exhibit 47 is a true and correct copy of an email from Candice Will to OPR staff, *Re: DD Mtg Today at 2:30PM*, sent July 26, 2018.

49. Attached as Exhibit 48 is a true and correct copy of an email from Candice Will to David Bowdich's executive assistant, *Re: can you call the deputy please* [*phone number*], sent July 27, 2018.

50. Attached as Exhibit 49 is a true and correct copy of an additional email from Candice Will to David Bowdich's executive assistant, *Re: can you call the deputy please,* [*phone number*], sent July 27, 2018.

51. Attached as Exhibit 50 is a true and correct copy of a printout of an email with a signed copy of a last chance agreement, including handwritten notes, with the handwritten notes indicating a date of July 27, 2018.

52. Attached as Exhibit 51 is a true and correct copy of an email from Aitan Goelman to an OPR Unit Chief, *RE: Peter Strzok*, sent July 30, 2018.

53. Attached as Exhibit 52 is a true and correct copy of an email from Candice Will to an OPR Unit Chief, *RE: Peter Strzok character reference*, sent August 6, 2018.

54. Attached as Exhibit 53 is a true and correct copy of a redacted email from David Bowdich to an individual in the FBI's Office of General Counsel, containing the text of a draft letter, with the email sent March 5, 2021.

55. Attached as Exhibit 54 is a true and correct copy of an email from David Bowdich's executive assistant to Candice Will, *letter --- UNCLASSIFIED*, attaching the draft of a letter, with the email sent August 8, 2018.

56. Attached as Exhibit 55 is a true and correct copy of an email from Candice Will to David Bowdich's executive assistant, *RE: letter --- UNCLASSIFIED*, attaching the draft of a letter, with the email sent on August 8, 2018.

57. Attached as Exhibit 56 is a true and correct copy of a redacted email from Candice Will to an FBI Unit Chief, *FW: Pete Strzok*, sent August 10, 2018.

58. Attached as Exhibit 57 is a true and correct copy of an FBI SES Job Posting Information Form (Deputy Assistant Director, Counterintelligence Division), posted July 7, 2016.

59. Attached as Exhibit 58 is a true and correct copy of a redacted Standard Form 50 Notification of Personnel Action for Peter Strzok, with approval date of February 9, 2016.

60. Attached as Exhibit 59 is a true and correct copy of a redacted Standard Form 52 Request for Personnel Action for Peter Strzok, with effective date of August 10, 2018.

61. Attached as Exhibit 60 is a true and correct copy of excerpts from Peter Strzok's objections and responses to Defendants' first set of interrogatories, executed May 10, 2021.

62. Attached as Exhibit 61 is a slipsheet corresponding to an audio file of Peter Strzok's hearing before Assistant Director Candice Will on July 24, 2018. A true and correct copy of the audio file has been provided to Chambers.

Executed this 16th day of September, 2024

                                                          */s/ Joshua C. Abbuhl*
                                                          Joshua C. Abbuhl