# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 1:19-CV-2367-ABJ <br> ) <br> ) |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## [PROPOSED] ORDER

Having considered Defendants' motion for summary judgment, Plaintiff's response, and the entire record, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED, and summary judgment is entered in Defendants' favor on Count One and Count Two of Plaintiff's amended complaint.

SO ORDERED.

Dated: _____   _____
Hon. Amy Berman Jackson
United States District Judge