# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-CV-2367-ABJ |
| ) | |
| ATTORNEY GENERAL MERRICK B. ) | |
| GARLAND, in his official capacity ) | |
| as Attorney General of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT TWO**

Plaintiff Peter P. Strzok files this Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56, 57, and Local Rule 7(h). As set forth in the accompanying Memorandum of Points and Authorities, no genuine issues of material fact exist as to the Plaintiff's entitlement to summary judgment in his favor on Count Two of the operative complaint, ECF No. 147. This Motion is accompanied by a memorandum in support (which is a consolidated memorandum that also opposes Defendants' Motion for Summary Judgment, ECF No. 150), a statement of undisputed material facts, and a proposed order.

Dated: October 31, 2024

Respectfully submitted,

/s/ Christopher R. MacColl
Aitan D. Goelman (D.C. Bar 446636)
Christopher R. MacColl (D.C. Bar 1049153)
**ZUCKERMAN SPAEDER LLP**
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com
CMacColl@zuckerman.com

Richard A. Salzman (D.C. Bar No. 422497)
**HELLER, HURON, CHERTKOF &
 SALZMAN PLLC**
1010 Wayne Ave., Suite 510
Silver Spring, MD 20910
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter P. Strzok*