*Strzok v. Garland, et al.*, **No. 1:19-cv-2367-ABJ (D.D.C.)**

# Plaintiff's Exhibit 34

## To Plaintiff's Summary Judgment Memorandum



