*Strzok v. Garland, et al.*, **No. 1:19-cv-2367-ABJ (D.D.C.)**

# Plaintiff's Exhibit 35

# To Plaintiff's Summary Judgment Memorandum



PLAINTIFF'S EXHIBIT
19
10·17·23 LG



Donald J. Trump ✓
@realDonaldTrump · Follow

I am on Air Force One flying to NATO and hear reports that the FBI lovers, Peter Strzok and Lisa Page are getting cold feet on testifying about the Rigged Witch Hunt headed by 13 Angry Democrats and people that worked for Obama for 8 years. Total disgrace!

10:40 AM · Jul 10, 2018

64.7K    Reply    Share

Read 18.9K replies