*Strzok v. Garland, et al.*, **No. 1:19-cv-2367-ABJ (D.D.C.)**

# Plaintiff's Exhibit 38

## To Plaintiff's Summary Judgment Memorandum



**Donald J. Trump** @realDonaldTrump · Follow

In one of the biggest stories in a long time, the FBI now says it is missing five months worth of lovers Strzok-Page texts, perhaps 50,000, and all in prime time. Wow!

6:55 AM · Jan 23, 2018

82.4K   Reply   Share

Read 20.8K replies

**Donald J. Trump** @realDonaldTrump · Follow

Where are the 50,000 important text messages between FBI lovers Lisa Page and Peter Strzok?  Blaming Samsung!

10:54 PM · Jan 23, 2018

78.7K   Reply   Share

Read 26.7K replies



PLAINTIFF'S EXHIBIT 6  10.17.23

PSTRZOK-DOJ-00014245