*Strzok v. Garland, et al.*, **No. 1:19-cv-2367-ABJ (D.D.C.)**

# Plaintiff's Exhibit 72

## To Plaintiff's Summary Judgment Memorandum

# MacColl, Christopher

| | |
|---|---|
| **From:** | Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov> |
| **Sent:** | Tuesday, August 6, 2024 11:17 AM |
| **To:** | MacColl, Christopher |
| **Cc:** | Goelman, Aitan; Richard Salzman; Lynch, Christopher M. (CIV); Gaffney, Michael J. (CIV); Abbuhl, Joshua (CIV) |
| **Subject:** | RE: Strzok v. Garland |
| **Attachments:** | 2024-08-06 - Letter re FBI Production.pdf; FBI0070090.pdf |

Thanks, Chris. Please see the attached letter and production.

Best,
Brad

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Tuesday, August 06, 2024 9:49 AM
**To:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; Richard Salzman <ras@hellerhuron.com>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>
**Subject:** [EXTERNAL] RE: Strzok v. Garland

Thanks, Brad. That works to resolve the document issue.

I think we still need to get you an update on the interrogatory responses and doc productions related to Pete's income for last year, although I cannot imagine that those will inform your SJ motion.

Chris

**From:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Sent:** Tuesday, August 6, 2024 9:14 AM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; Richard Salzman <ras@hellerhuron.com>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>
**Subject:** RE: Strzok v. Garland

Hi Chris,

We've had a chance to confer with FBI. As we've explained before, we do not believe that producing any material related to post 2018 changes to last chance agreements falls within defendants' duty to supplement. However, to resolve this dispute without further involvement of the court, FBI would agree to produce the current template for last chance agreements used by OPR. We think that gives you what you're looking for, particularly given our recent production of FBI0070089. But if you're insisting that FBI search for and produce "any [other] documents associated with the policy and practice change," then FBI does not agree, and I think we're still at an impasse. The court reiterated in the recent minute order that discovery has long been closed, and defendants are not willing to conduct a further search for documents that, even assuming they exist, were created years after Mr. Strzok's removal and that are outside the period for which the parties agreed Defendants would search for and produce documents.

As to the recent production, and as I explained on our call, the FBI attorneys assigned to the case did not know of the documents until very recently.  They became aware of them by happenstance in the course of their work on another matter.  We supplemented very quickly after they became aware of the materials.

Thanks,
Brad

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Tuesday, July 30, 2024 5:33 PM
**To:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; Richard Salzman <ras@hellerhuron.com>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>
**Subject:** [EXTERNAL] RE: Strzok v. Garland

Hi Brad,

We are considering what steps are necessary to remedy the late production of these documents.

Your JSR implied that you might be open to producing the information requested (exemplar letter and any documents associated with the policy and practice change leading to the late 2023 amended disciplinary notices).  Do you have a position for us on that?

Relatedly, we would like to know why these documents were produced late, whether FBI attorneys working on this case (including those who appeared at Mr. Wray's deposition were aware of them), and what the FBI's position is on their relevance, if any?

Thanks,
Chris

---

**From:** Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>
**Sent:** Friday, July 26, 2024 12:02 PM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; Richard Salzman <ras@hellerhuron.com>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>
**Subject:** Strzok v. Garland

Chris,

As we just discussed, please see the attached two documents that FBI is producing under the protective order.

Thanks,
Brad