*Strzok v. Garland, et al.*, **No. 1:19-cv-2367-ABJ (D.D.C.)**

# Plaintiff's Exhibit 75

## To Plaintiff's Summary Judgment Memorandum

PLAINTIFF'S EXHIBIT 22A 10.17.23 LG



**Donald J. Trump** @realDonaldTrump · Follow

"FBI Agent Peter Strzok (on the Mueller team) should have recused himself on day one. He was out to STOP THE ELECTION OF DONALD TRUMP. He needed an insurance policy. Those are illegal, improper goals, trying to influence the Election. He should never, ever been allowed to........

9:03 AM · Aug 1, 2018

48.7K    Reply    Share

Read 10.9K replies

**Donald J. Trump** @realDonaldTrump · Follow

......remain in the FBI while he himself was being investigated. This is a real issue. It won't go into a Mueller Report because Mueller is going to protect these guys. Mueller has an interest in creating the illusion of objectivity around his investigation." ALAN DERSHOWITZ.....

9:15 AM · Aug 1, 2018

37.3K    Reply    Share

Read 7.1K replies

PSTRZOK-DOJ-00014272