*Strzok v. Garland, et al.*, **No. 1:19-cv-2367-ABJ (D.D.C.)**

# Plaintiff's Exhibit 85

## To Plaintiff's Summary Judgment Memorandum

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-2367 (ABJ) |
| | ) |
| ATTORNEY GENERAL MERRICK GARLAND, | ) |
| in his official capacity as Attorney General, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF RETIRED GENERAL AND FORMER WHITE HOUSE CHIEF OF STAFF JOHN F. KELLY

I, John Francis Kelly, retired Marine Corps General, former Secretary of Homeland Security, and former Chief of Staff to President Donald J. Trump, hereby declare:

1. As White House Chief of Staff in 2018, I observed then President Trump make comments about Peter Strzok and Lisa Page. The then President questioned to me and others whether Mr. Strzok and Ms. Page could be disciplined. It appeared from President Trump's comments, both public and private, that he wanted to see Mr. Strzok fired. I do not recall President Trump ever posing such questions to FBI Director Christopher Wray, FBI Deputy Director David Bowdich, or anyone else at the FBI.

2. President Trump's inquiries about Mr. Strzok and Ms. Page appeared to be based on media reports about Mr. Strzok and Ms. Page, typically on Fox News, which was often played on a television in the dining room adjacent to the Oval Office.

3. President Trump's statements about Mr. Strzok's and Ms. Page's employment status occurred through both public and private statements. The tenor of his private statements was generally consistent with his public statements.

4. President Trump questioned whether investigations by the Internal Revenue Service or other federal agencies should be undertaken into Mr. Strzok and/or Ms. Page. I do not

know of President Trump ordering such an investigation. It appeared, however, that he wanted to see Mr. Strzok and Ms. Page investigated. I do not recall President Trump ever posing such questions to Director Wray, Deputy Director Bowdich, or anyone else at the FBI.

5. President Trump also questioned whether Mr. Strzok and Ms. Page should have their security clearances revoked. Although President Trump did not order their security clearances revoked, it appeared from his comments that he wanted to see their security clearances revoked. I do not recall President Trump ever posing such questions to Director Wray, Deputy Director Bowdich, or anyone else at the FBI.

6. I am not able to individually recall and date most of the statements referenced above. I have, however, reviewed the notes in my possession for records of President Trump making statements about Mr. Strzok and Ms. Page. I identified the two handwritten notes attached hereto as Exhibit A. They are the only documents in my possession pertaining to Mr. Strzok or Ms. Page. The individuals identified at the top of each note were among those present during the referenced discussions, and the subsequent notes refer to topics discussed.

7. Exhibit A, Kelly_SDT_0002 is a note from February 21, 2018 that reads:

> Potus, AG, Don McGahn
> - Deep state issues
> - Investigations
> - Firing love birds
>     McCabe?
> - Trust?

8. Exhibit A, Kelly_SDT_0001 is a note from July 23, 2018 that reads:

> Potus, Rand Paul +2
> - Security Clearances
>     * add Page, McCabe, Strzok

9. I did not make a note of every instance in which then President Trump made a comment about Mr. Strzok or Ms. Page.

2

10. President Trump generally disapproved of note taking in meetings. He expressed concern that the notes might later be used against him.

11. I did not take any action to put into effect, or cause to be put into effect, former President Trump's expressed views with respect to Mr. Strzok, Ms. Page, or other perceived political enemies. Nor am I aware of anyone else doing so with respect to Mr. Strzok or Ms. Page. When the President proposed courses of action that may not have been within our legal authority to implement, we engaged the White House Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2023
at Manassas, Virginia

John F. Kelly

# EXHIBIT A

POTUS - Rand Paul +2

- Security Clearances
  × added Page, McCabe,
  Strzok

[redacted]

23 July 2018

K



Feb 2018

Potus, AG, Don McGahn

- Investigations
- Firing Loue Hinds, McCabe?
- Trust?

Kelly_SDT_0002