# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL MERRICK B.<br>GARLAND, in his official capacity<br>as Attorney General of the United States, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:19-CV-2367-ABJ |

## [PROPOSED] ORDER

Having considered Plaintiff's motion for summary judgment on Count II, Defendants' response, and the entire record, IT IS HEREBY ORDERED:

Plaintiff's motion in GRANTED, and summary judgment is entered in Plaintiff's favor as to liability on Count II of Plaintiff's Amended Complaint.

Pursuant to Federal Rules of Civil Procedure 56 or 57, the Court DECLARES that Plaintiff Peter P. Strzok is entitled to the rights afforded by the Last Chance Agreement signed by him on July 26, 2018 and adopted by the decision signed and issued by FBI OPR AD Will on August 8, 2018, including reinstatement to a nonsupervisory position and termination only upon further serious misconduct.

The Parties are ORDERED to confer regarding the appropriate equitable relief, damages, back pay, and attorneys' fees on Count II within seven days of this Order. The Parties are ORDERED to submit their joint or respective positions regarding a judgment as to remedies within fourteen days of this Order.

10003246.1

Dated: _____

                                                      Honorable Amy Berman Jackson
                                                      United States District Judge

10003246.1