IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| PETER P. STRZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-2367 (ABJ) |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION TO EXTEND FILING DEADLINES**

Defendants respectfully submit this motion to extend the current filing deadlines set by the Court in its August 1, 2024 Minute Order to give Defendants two additional business days to file their combined reply in support of their motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment, moving their filing deadline from November 21, 2024 to November 25, 2024. Defendants further request that Plaintiffs receive a concomitant extension to file their reply in support of their cross-motion for summary judgment, from December 12, 2024 to December 16, 2024. Good cause exists for this extension because of a Division-wide system outage that prevented counsel for Defendant's access to necessary network files over the weekend of November 16-17, 2024. Undersigned counsel has conferred with counsel for the Plaintiff, who does not oppose this request.

Dated: November 18, 2024               Respectfully submitted,

                                       BRIAN M. BOYNTON
                                       Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

<u>  /s/ Christopher M. Lynch          </u>
MICHAEL J. GAFFNEY
(D.C. Bar 1048531)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
Phone: (202) 353-4537
Fax: (202) 616-8470
Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*