IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>    Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 19-2367 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion to Extend Filing Deadlines, it is hereby ORDERED that the motion is GRANTED.

Defendants' combined Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment shall be filed on or before November 25, 2024.

Plaintiff's Reply in Support of Cross-Motion for Summary Judgment shall be filed on or before December 16, 2024.

IT IS SO ORDERED this _____ day of November, 2024.

_____
AMY BERMAN JACKSON
United States District Judge