IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL PAMELA BONDI, in her official capacity, *et al.*,[1] <br><br> Defendants. | Case No. 1:19-CV-2367-ABJ |

**NOTICE OF WITHDRAWAL OF MICHAEL J. GAFFNEY
AS COUNSEL FOR DEFENDANTS**

Pursuant to D.C. Local Civil Rule 83.6(b), Michael J. Gaffney hereby withdraws his appearance as counsel for Defendants in the above-captioned case. Mr. Gaffney is leaving the Department of Justice on March 7, 2025. Mr. Gaffney will no longer be associated with this case. Bradley P. Humphreys, Christopher M. Lynch, and Joshua C. Abbuhl have previously entered appearances and remain as counsel for Defendants. Defendants have been notified of the withdrawal prior to the filing of this notice.

Dated: March 4, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney

---

[1] Under Federal Rule of Civil Procedure 25(d), Pamela Bondi, Attorney General, is substituted as a defendant in her official capacity for her predecessor, Merrick B. Garland. Kash Patel, Director of the Federal Bureau of Investigation, is substituted as a defendant in his official capacity for his predecessor, Christopher A. Wray.

          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L Street, N.W.
          Washington, D.C. 20005
          Tel: (202) 514-2356
          Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

>  */s/ Michael J. Gaffney*
>  MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
>  Trial Attorney
>  United States Department of Justice
>  Civil Division, Federal Programs Branch
>  1100 L Street, N.W.
>  Washington, D.C. 20005
>  Tel: (202) 514-2356
>  Email: michael.j.gaffney@usdoj.gov