UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2367 (ABJ) |
| ) | |
| MERRICK GARLAND, ) | |
| *in his official capacity* ) | |
| *as Attorney General*, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 56 and 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendants' motion for summary judgment on Counts One and Two [Dkt. # 150] is **GRANTED**, and plaintiff's partial Motion for Summary Judgment as to Count Two [Dkt. # 153] is **DENIED**.

This is a final appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: September 23, 2025