**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PETER P. STRZOK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL PAMELA BONDI,<br>in her official capacity, *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 1:19-CV-2367-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF BRADLEY P. HUMPHREYS
AS COUNSEL FOR DEFENDANTS**

Pursuant to D.C. Local Civil Rule 83.6(b), Bradley P. Humphreys hereby withdraws his appearance as counsel for Defendants in the above-captioned case.  Mr. Humphreys is leaving the Department of Justice and will no longer be associated with this case.  Christopher M. Lynch remains as counsel for Defendants.  Defendants have been notified of the withdrawal prior to the filing of this notice.

Dated: September 24, 2025

　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　CHRISTOPHER R. HALL
　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　*/s/ Bradley P. Humphreys*
　　　　　　　　　　　　　　　BRADLEY P. HUMPHREYS
　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　Tel: (202) 305-0878
　　　　　　　　　　　　　　　bradley.humphreys@usdoj.gov

　　　　　　　　　　　　　　　*Counsel for Defendants*