IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER P. STRZOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:19-CV-2367-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE REGARDGING ORDER OF SEPTEMBER 23, 2025**

Pursuant to the Court's order of September 23, 2025 (ECF No. 165), Defendants hereby inform the Court that they have no objection to the Court's unsealing the Memorandum Opinion of September 23, 2025 (ECF No. 164) in its entirety.

Dated: September 30, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. HALL
　　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　　 */s/ Christopher M. Lynch*
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER M. LYNCH
　　　　　　　　　　　　　　　　　　　　　(D.C. Bar 1049152)
　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 353-4537
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　Christopher.M.Lynch@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*