IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER P. STRZOK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-2367-ABJ |
| ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S UNOPPOSED FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS OR COMMENTS ON CONTINUED SEALING**

Plaintiff respectfully requests an extension of ten days to file any objections and/or comments with respect to the continued sealing of portions of the Court's September 23, 2025 Memorandum Opinion Granting Summary Judgment.  The Court originally set a deadline of September 30, 2025 to submit that filing. Counsel for Defendants have consented to this request.

Because the Court's memorandum was filed under seal, the Clerk's office was unable to provide a copy to Plaintiff's counsel electronically, and counsel first received that Memorandum Opinion by mail yesterday morning.  The Opinion is lengthy and will take time to carefully consider the question regarding continued sealing.  Both of Plaintiff's counsel with Zuckerman Spaeder are engaged in ongoing trials out of state and need additional time to review the issues regarding the continued sealing of portions of the Memorandum Opinion, and its impact on privacy issues affecting parties, former parties and third-party witnesses.  These are potentially sensitive issues which require a careful balancing between the privacy interests involved and the desire for

public disclosure. Accordingly, Plaintiff respectfully requests a 10-day extension of time, to and including October 10, 2025, to submit his filing on this question.

Date: September 30, 2025         Respectfully submitted,

/s/ Christopher R. MacColl
Aitan D. Goelman (DC Bar 446636)
Christopher R. MacColl (DC Bar 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
AGoelman@zuckerman.com

/s/
Richard A. Salzman (DC Bar 422497)
HELLER, HURON, CHERTKOF & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel: (202) 293-8090
salzman@hellerhuron.com