**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PETER P. STRZOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-CV-2367-ABJ |
| ) | |
| ATTORNEY GENERAL MERRICK B. ) | |
| GARLAND, in his official capacity ) | |
| as Attorney General of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE REGARDING CONTINUED SEALING**

Pursuant to the Court's order of September 23, 2025 (ECF No. 165), Plaintiff hereby gives notice that he does not object to the Court's unsealing the Memorandum Opinion (ECF No. 164) in its entirety.

Date: October 8, 2025                Respectfully submitted,

/s/ Christopher R. MacColl
Aitan D. Goelman (DC Bar 446636)
Christopher R. MacColl (DC Bar 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
AGoelman@zuckerman.com


/s/
Richard A. Salzman (DC Bar 422497)
HELLER, HURON, CHERTKOF & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel: (202) 293-8090
salzman@hellerhuron.com